IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE,<br>22000 South Price Road<br>Chandler, Arizona 85248,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 00-428C<br><br>(Assigned to the Honorable Christine O.C. Miller)<br><br>Filed October 30, 2006 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPENDIX A SUBMISSIONS**

Plaintiff/counterdefendant International Air Response moves for an extension of time from October 30, 2006 to November 6, 2006 to file its filings pursuant to paragraphs 14(a), 15 and 16 of Appendix A. Counsel for the Government does not object to this request for an extension.

The request is necessitated by two circumstances: (1) IAR made a settlement proposal to the Government some time ago and has tried to hold off on trial preparation and expense as long as possible while awaiting the Government's response, which was expected some time ago but to date has not been provided; and (2) counsel's colleague had a baby last week and has been unavailable in order to help identify the location of certain exhibits and materials. This request should not otherwise prejudice the remaining pretrial schedule.

Respectfully submitted,

Date: October 30, 2006

By: s/ Randy Papetti

Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response