IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-428 |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Defendant, the United States, pursuant to this Court's order dated July 21, 2006, and Appendix A to the Rules of the United States Court of Federal Claims, respectfully submits the following witness list.

(1) William "Woody" Grantham. In addition to cross-examining Mr. Grantham, we may call him to testify on direct examination about the exchange agreement, the value of the aircraft exchanged, the participation of International Air Response, Inc. ("IAR") in the aircraft exchange program, expenses incurred by IAR, and IAR's use of the C-130 aircraft. We estimate that two hours will be needed for direct examination, which is subject to change based upon the scope of direct examination by his attorney and the length of our cross-examination.

(2) Ronald E. Hooper, contracting officer, United States Forest Service. We expect to call Mr. Hooper to testify concerning the contracting officer's final decision and the bases therefor, the illegality of the aircraft exchange program, and the value of the aircraft exchanged. We expect him to testify for approximately two hours.

(3) If necessary, we may call one or more custodians of documents to authenticate defendant's exhibits. If this testimony is necessary, we expect that the custodian(s) will testify for approximately 15 minutes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3091
Fax (202) 307-0972

October 30, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of October 2006, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Roger A. Hipp