IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-428 |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Defendant, the United States, pursuant to this Court's order dated July 21, 2006, and Appendix A to the Rules of the United States Court of Federal Claims, respectfully submits the following exhibit list.

| Defendant's Exhibit No. | Description |
|---|---|
| 1 | Letter from Woody Grantham to John McCain, dated 4/5/89. Expect to offer. |
| 2 | Letter from Woody Grantham to Dennis DeConcini, dated 4/7/89. Expect to offer. |
| 3 | Exchange Agreement. Expect to offer. |
| 4 | Bill of sale for Beech TC-45J. Expect to offer. |
| 5 | Bill of sale for C-130A, S/N 56-537, dated 11/12/90. May offer. |
| 6 | Bill of sale for Sikorsky UH-19D. Expect to offer. |
| 7 | Bill of sale for C-130A, S/N 56-537, dated 12/24/90. May offer. |
| 8 | Check No. 133 from Woody Grantham to Reagan Enterprises, dated 1/15/91. Expect to offer. |
| 9 | Letter from T&G Aviation, Inc. To Martech U.S.A., Inc., dated 2/2/91. Expect to offer. |
| 10 | Bill of sale for Douglas DC-7B, dated 1/29/92. Expect to offer. |
| 11 | Letter from Charles R. Hartgraves to Woody Grantham, dated 2/23/93. Expect to offer. |

| | |
|---|---|
| 12 | FAA records for C-130A, S/N 54-1631 (includes some records for S/N 54-478). Expect to offer. |
| 13 | FAA records for C-130A, S/N 57-512. Expect to offer. |
| 14 | Contracting officer's final decision, dated 11/27/98. Expect to offer. |

In addition to the above exhibits, we may use the following statements and transcripts for impeachment, to refresh recollection, or other purposes:

- Sworn statement of Woody Grantham, dated March 6, 1993, given in connection with the investigation of the Department of Agriculture Office of Inspector General.

- Affidavit of Woody Grantham, dated February 3, 1995, submitted in United States ex rel. Eitel v. Roy D. Reagan, et al., Case No. CV94-425JO (N.D. Ariz.)

- Trial testimony of Woody Grantham, dated September 30, 1997, in United States v. Fred Albano Fuchs, et al., Case No. CR 96-427-TUC-WDS (N.D. Ariz.)

- Deposition testimony of Woody Grantham, dated October 13, 1999, in United States ex rel. Eitel, surpra.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3091
Fax (202) 307-0972

October 30, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of October 2006, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Roger A. Hipp