IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE,<br>22000 South Price Road<br>Chandler, Arizona 85248,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00-428C<br><br>(Assigned to the Honorable Christine O.C. Miller) |

**PLAINTIFF'S WITNESS LIST**

Plaintiff, International Air Response, pursuant to the Court's Order dated July 21, 2006, and Appendix A to the Rules of the United States Court of Federal claims, respectfully submits the following Witness List.

(1) William "Woody" Grantham. Mr. Grantham will testify about his role in the aircraft exchange program, the value of the aircraft exchanged, the subsequent history of the aircraft exchanged, his and his company's efforts to upgrade the planes received from the Government and the cost of such upgrades, IAR's damages as a result of the Government's conduct subsequent to the exchanges, and the harm IAR would suffer if the planes were taken from IAR. IAR anticipates that the direct and re-direct examination of Mr. Grantham will take 4-5 hours.

(2) Ronald Hooper. In addition to being cross-examined, Hooper may be called by IAR to testify about the status of the aircraft from the point of view of the Forest Service, and his purported investigation prior to issuing his final decision in 1998.

IAR reserves the right to call any witness subsequently named by the Government in any subsequent witness list.



1785805.1

Respectfully submitted,

Date: November 6, 2006

By: s/ Randy Papetti

Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response

Certificate of Filing

I certify that the foregoing Plaintiff's Exhibit List was electronically filed this 6th day of November 2006.

s/Carole Hanger