IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE,<br>22000 South Price Road<br>Chandler, Arizona 85248,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 00-428C<br><br>(Assigned to the Honorable Christine O.C. Miller) |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, International Air Response, pursuant to the Court's Order dated July 21, 2006, and Appendix A to the Rules of the United States Court of Federal claims, respectfully submits the following Exhibit List, containing documents which it expects to utilize at trial. IAR reserves the right to utilize any exhibit previously or subsequently listed by defendant on an exhibit list or any supplement thereto.

| **Plaintiff's Exhibit No.** | **Description** |
|---|---|
| 1. | June 24, 1990 Letter from Aero Union Corporation to T&G Aviation forwarding contract of sale of installation of a retardant tank system |
| 2. | Contract of Sale between Areo Union and T&G dated July 10, 1990 |
| 3. | Aero Union Corporation invoice dated November 6, 1990 |
| 4. | Letter from Aero Union Corporation to T&G Aviation re changes to the Contract of Sale |
| 5. | January 6, 2003 Letter from Az Dept. of Revenue to W. Grantham re status of W. Grantham's account |
| 6. | Wire Transfer Instructions from T&G to Aero Union |
| 7. | April 1, 1993 letter from T&G to Aero Union re authorization to proceed modification and installation of RADS System |

| | |
|---|---|
| 8. | Contract of Sale between Aero Union & T&G dated April 1, 1993 |
| 9. | January 6, 2003 Letter from Az Dept. of Revenue to W. Grantham re status of Grantham's account |
| 10. | January 2, 1996 Memorandum of Understanding between T&G and Marsh Aviation re fabrication and installation of retardant tank |
| 11. | Addendum One to January 2, 1996 Memorandum of Understanding |
| 12. | Addendum Two to January 10, 1996 Memorandum of Understanding |
| 13. | Marsh Aviation invoice to IAR dated August 28, 2002 |
| 14. | IAR check to Marsh for $25,000 dated 11/14/02 |
| 15. | T&G check to Aero Union for $80,000 dated 7/10/90 |
| 16. | T&G check to Werner's Aero for $7,009.22 dated 8/22/90 |
| 17. | T&G check to Hamilton Aviation for $15,200 dated 10/3/90 |
| 18. | T&G check to Aero Union for $200,000 dated 4/26/91 |
| 19. | T&G check to AirCom for $11,871/50 dated 5/5/91 |
| 20. | T&G check to AirCom for $4,000 dated 7/1/91 |
| 21. | T&G check to AirCom for $2,068.60 dated 8/3/91 |
| 22. | T&G check to AirCom for $1,830.55 dated 8/5/91 |
| 23. | T&G check to Aero Union for $10,000 dated 8/15/91 |
| 24. | T&G check to Aero Union for $3,000 dated 8/22/91 |
| 25. | T&G check to Aero Union for $3,000 dated 9/13/91 |
| 26. | T&G check to Aero Union for $40,781.70 dated 9/25/92 |
| 27. | September 16, 2005 Summary of Work |
| 28. | IAR check to Becker Avionics for $6,625.14 dated 2/12/01 |
| 29. | IAR check to Becker Avionics for $3,570.60 dated 3/12/01 |
| 30. | IAR check to Becker Avionics for $306.37 dated 3/27/01 |
| 31. | IAR check to Becker Avionics for $12,017.32 dated 4/12/02 |
| 32. | IAR check to Becker Avionics for $17,462.97 dated 6/22/02 |
| 33. | IAR check to Becker Avionics for $5,784.69 dated 6/29/02 |
| 34. | IAR check to Becker Avionics for $19,718.35 dated 11/13/02 |
| 35. | Thomas W. Deiters Engineering invoice to IAR dated 11/6/02 |

| | |
|---|---|
| 36. | Thomas W. Deiters Engineering invoice to IAR dated 11/27/02 |
| 37. | IAR Detail Slip Listing dated 9/17/05 |
| 38. | IAR Detail Slip Listing dated 9/17/05 |
| 39. | IAR Summarize Slip dated 9/16/05 |
| 40. | T&G check to Pat Ross for $15,000 dated 2/8/90 |
| 41. | T&G check to Aeronautics for $5,575.70 dated 2/13/90 |
| 42. | T&G check to Pat Ross for $5,000 dated 3/6/91 |
| 43. | T&G check to Harry Chaffee for $1,500.00 dated 4/15/90 |
| 44. | T&G check to Harry Chaffee for $2,800.00 dated 8/20/90 |
| 45. | T&G check to Harry Chaffee for $1,175.00 dated 8/16/91 |
| 46. | T&G check to Harry Chaffee for $2,999.51 dated 8/19/92 |
| 47. | T&G check to Harry Chaffee for $4,069.36 dated 9/29/92 |
| 48. | Genesis 3 Work Order dated 10/31/02 |
| 49. | Genesis 3 Work Order dated 12/07/02 |
| 50. | Genesis 3 Work Order dated 10/30/02 |
| 51. | Genesis 3 Work Order dated 11/18/02 |
| 52. | Genesis 3 Work Order dated 12/20/02 |
| 53. | Genesis 3 Invoice for $2,230.00 dated 12/02/02 |
| 54. | Genesis 3 Invoice for $6,705.00 dated 12/13/02 |
| 55. | Genesis 3 Work Order dated 3/18/03 |
| 56. | Genesis 3 Work Order dated 3/26/03 |
| 57. | T&G check to Aero Communications for $3,000 dated 5/19/90 |
| 58. | T&G check to Aero Communications for $6,000 dated 6/7/90` |
| 59. | T&G check to Aero Communications for $3,000 dated 7/11/90 |
| 60. | T&G check to Aero Communications for $3,000 dated 8/11/90 |
| 61. | T&G check to Aero Communications for $10,500 dated 8/21/90 |
| 62. | T&G check to Aero Communications for $4,000 dated 12/26/90 |
| 63. | T&G check to Aero Communications for $5,000 dated 2/11/91 |
| 64. | T&G check to Aero Communications for $10,000 dated 2/27/91 |
| 65. | T&G check to Aero Communications for $6,000 dated 7/17/91 |

| | |
|---|---|
| 66. | T&G check to Aero Communications for $2,000 dated 7/26/91 |
| 67. | T&G check to Litton Aero Products for $14,529 dated 5/9/90 |
| 68. | T&G check to Avionic Sales for $1,181 dated 6/12/90 |
| 69. | T&G check to Aircraft Systems for $2,880 dated 6/14/90 |
| 70. | T&G check to ConAir for $5,000 dated 9/7/90 |
| 71. | T&G check to Radio Sales for $4,650 dated 3/4/91 |
| 72. | T&G check to Flight Crew for $20,650 dated 2/7/91 |
| 73. | T&G check to Aviation Equipment for $7,000 dated 2/3/89 |
| 74. | T&G check to Engine components for $4,493.41 dated 12/21/89 |
| 75. | T&G check to Arnar Systems for $6,203.75 dated 2/2/90 |
| 76. | T&G check to Avionics Sales for $1,540 dated 2/5/90 |
| 77. | T&G check to Avionics Sales for $1,789 dated 3/9/90 |
| 78. | T&G check to Robert Madden for $1,200 dated 5/21/90 |
| 79. | T&G check to Bob Madden for $6,000 dated 9/17/90 |
| 80. | T&G check to Miami Aviation for $2,145 dated 11/21/90 |
| 81. | T&G check to Flight Crew for $19,925 dated 1/24/91 |
| 82. | T&G check to Lewis Welding for $2,000 dated 5/15/91 |
| 83. | T&G check to Hamilton Standard for $1,562.40 dated 6/10/91 |
| 84. | T&G check to Omni Logistics for $200 dated 6/12/91 |
| 85. | T&G check to Kline & Joseph for $1,500 dated 10/6/91 |
| 86. | T&G check to Balance Industries for $4,000 dated 2/4/94 |
| 87. | T&G check to Sawyer Avionics for $500 dated 3/17/904 |
| 88. | T&G check to The Leading Edge Aerospace for $2,327.25 dated 3/23/94 |
| 89. | T&G check to DAC International for $6,3446 dated 3/24/94 |
| 90. | T&G check to Western Avionics for $1,260 dated 3/24/94 |
| 91. | T&G check to Avtronics for $1,688 dated 3/30/94 |
| 92. | Canyon State Inspection invoice to IAR for $5,455.50 dated 9/12/02 |
| 93. | Canyon State Inspection invoice to IAR for $4,633 dated 9/12/02 |
| 94. | Canyon State Inspection invoice to IAR for $3,676 dated 11/26/02 |
| 95. | Canyon State Inspection invoice to IAR for $1,696 dated 7/08/03 |

| | |
|---|---|
| 96. | Canyon State Inspection invoice to IAR for $316 dated 7/08/03 |
| 97. | IAR check to Havco for $2,000 dated 10/17/02 |
| 98. | IAR check to Network Logistics for $1,760.74 dated 11/2/02 |
| 99. | IAR September 2003 W-2 Wage and Tax Statement for Frederick Wester |
| 100. | Canyon State Inspection invoice to IAR for $1,838 dated 12/17/02 |
| 101. | Canyon State Inspection invoice to IAR for $316 dated 5/16/03 |
| 102. | Canyon State Inspection invoice to IAR for $4,302 dated 6/16/03 |
| 103. | Canyon State Inspection invoice to IAR for $184 dated 10/23/03 |
| 104. | Canyon State Inspection invoice to IAR for $316 dated 11/11/03 |
| 105. | Canyon State Inspection invoice to IAR for $316 dated 11/11/03 |
| 106. | Canyon State Inspection invoice to IAR for $5,869.60 dated 11/17/03 |
| 107. | Canyon State Inspection invoice to IAR for $184 dated 12/18/03 |
| 108. | Genesis 3 invoice for $3,985 dated 3/19/04 |
| 109. | Genesis 3 invoice for $3,985 dated 3/19/04 |
| 110. | IAR Detail Slip Listing dated 9/17/05 |
| 111. | Dynamic Machine invoice for $820 dated 2/17/04 |
| 112. | Dynamic Machine invoice for $625 dated 4/4/04 |
| 113. | Dynamic Machine invoice for $450 dated 5/5/04 |
| 114. | Dynamic Machine invoice for $625 dated 5/26/04 |
| 115. | September 27, 1989 Exchange Agreement |
| 116. | November 27, 1998 Contracting Officer’s Decision |
| 117. | May 25, 1994 Appraisal (may utilize) |

Respectfully submitted,

Date: November 6, 2006

By: s/ Randy Papetti

Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
Attorney of Record for Plaintiff,
International Air Response

Certificate of Filing

I certify that the foregoing Plaintiff's Exhibit List was electronically filed this 6th day of November 2006.

s/Carole Hanger