**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-43--UTILIZATION OF PERSONAL PROPERTY**
**Subpart 101-43.3--Utilization of Excess.**
**s 101-43.311** Determination of excess as surplus.

s **101-43.311-**1 Reportable property.

Excess personal property, when reported to GSA in accordance with s 101-43.304 and not transferred to other Federal agencies, shall become surplus at the close of business on the surplus release date, which should be evidenced on the report of excess personal property. The surplus release date will be established to occur 60 calendar days or less after receipt of the report of excess personal property in the appropriate GSA regional office unless the property is held for redistribution in accordance with s 101-43.309-4. The appropriate GSA regional office will coordinate surplus release date extensions with the reporting activity to minimize impact on the utilization and disposal process.

PART 101-43--UTILIZATION OF PERSONAL PROPERTY

Authority: Sec. 205(c), 63 Stat. 390; 40 U.S.C. 486(c).

Source: 29 FR 16012, Dec. 1, 1964, unless otherwise noted.

Subpart 101-43.3--Utilization of Excess.

Source: 53 FR 16092, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-43.311**-1

41 CFR s **101-43.311**-1

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-43--UTILIZATION OF PERSONAL PROPERTY**
**Subpart 101-43.3--Utilization of Excess.**
**s 101-43.311** Determination of excess as surplus.

s **101-43.311**-2 Nonreportable property.

(a) Property excepted from the reporting requirements of s 101-43.304 shall become surplus when it has been made available by the holding agency for Federal use for a minimum of 21 calendar days after excess determination and has not been selected for transfer to other Federal agencies. Holding agencies shall annotate property records in a manner that will indicate to authorized Federal agency representatives the date of the excess determination. The property will become surplus at the close of business on the surplus release date, which normally will occur 21 calendar days after the holding agency determines the property to be available for screening as excess unless extended by GSA. Authorized Federal agency representatives may request and, with the approval of GSA, holding agencies will grant additional time not to exceed 30 calendar days, unless otherwise agreed upon by the holding agency and the GSA regional office concerned. The release as surplus of property not transferred to other Federal agencies will be deferred by the same lengths of time.

(b) During the screening period following the determination that the property is excess, no holding agency shall take for its use any property in its custody which has been selected by a GSA area utilization officer for further screening or transfer for utilization, except with the approval of the appropriate GSA regional office; provided that holding activities may withdraw such property to meet their essential emergency requirements without this prior approval. The appropriate GSA regional office shall be notified of any such actions.

(c) This section is applicable to all nonreportable excess property other than perishables, dangerous property, classified property, trading stamps, and Nuclear Regulatory Commission-controlled materials.

PART 101-43--UTILIZATION OF PERSONAL PROPERTY

Authority: Sec. 205(c), 63 Stat. 390; 40 U.S.C. 486(c).

Source: 29 FR 16012, Dec. 1, 1964, unless otherwise noted.

Subpart 101-43.3--Utilization of Excess.

Source: 53 FR 16092, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-43.311**-2

41 CFR s **101-43.311**-2

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-43--UTILIZATION OF PERSONAL PROPERTY**
**Subpart 101-43.3--Utilization of Excess.**
s **101-43.311** Determination of excess as surplus.

s **101-43.311**-3 Property not utilized

Property determined to be surplus as provided in ss **101-43.311**-1 and **101- 43.311**-2 shall be held available for donation program screening in accordance with Part 101-44 before it shall be assigned for sale, abandonment, or destruction in accordance with Part 101-45. Property which requires reimbursement upon transfer, when determined surplus, shall not be available for donation but may be disposed of as provided in Part 101-45.

PART 101-43--UTILIZATION OF PERSONAL PROPERTY

Authority: Sec. 205(c), 63 Stat. 390; 40 U.S.C. 486(c).

Source: 29 FR 16012, Dec. 1, 1964, unless otherwise noted.

Subpart 101-43.3--Utilization of Excess.

Source: 53 FR 16092, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-43.311**-3

41 CFR s **101-43.311**-3

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY**

s **101-46.001-3** Exchange.

"Exchange" means to replace a nonexcess personal property item by trade or trade-in with the supplier of the replacement item when the value of the replaced item is used to reduce or offset the cost of the acquired item. The supplier may be a Government agency, commercial or private organization, or an individual.

PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY

Authority: Sec. 205(c), 63 Stat. 390 (40 U.S.C. 486(c)).

Source: 53 FR 16125, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-46.001-3**

41 CFR s **101-46.001-3**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY**

s **101-46.001-4** Historic item.

"Historic item" means property having added value for display purposes because of its historical significance that is greater than the fair market value of the item for continued use. Items that are commonly available and remain in use for their intended purpose, such as military aircraft still in use by active or reserve units, would not be regarded as historic items.

PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY

Authority: Sec. 205(c), 63 Stat. 390 (40 U.S.C. 486(c)).

Source: 53 FR 16125, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-46.001-4**

41 CFR s **101-46.001-4**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY**
**Subpart 101-46.2--Authorization**

s **101-46.202** Restrictions and limitations.

(a) Items which are found in any of the Federal supply classification groups listed below are not eligible for handling under the provisions of this part.

Federal Supply Classification Group Number and Identification

10 Weapons.

11 Nuclear ordnance.

12 Fire control equipment.

14 Guided missiles.

15 Aircraft and airframe structural components.

16 Aircraft components and accessories.

17 Aircraft launching, landing, and ground handling equipment.

20 Ship and marine equipment.

22 Railway equipment.

31 Bearings.

32 Woodworking machinery and equipment, except lathes, milling machines, and saws, circular or band.

34 Metalworking machinery, except drill presses, lathes, milling machines, and saws, circular or band.

40 Rope, cable, chain, and fittings.

41 Refrigeration, air conditioning, and air circulating equipment.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

42 Firefighting, rescue, and safety equipment.

44 Furnace, steam plant, and drying equipment; and nuclear reactors.

45 Plumbing, heating, and sanitation equipment.

46 Water purification and sewage treatment equipment.

47 Pipe, tubing, hose, and fittings.

48 Valves.

51 Hand tools.

53 Hardware and abrasives.

54 Prefabricated structures and scaffolding.

55 Lumber, millwork, plywood, and veneer.

56 Construction and building materials.

68 Chemicals and chemical products, except medicinal chemicals.

71 Furniture.

75 Office supplies and devices, except cards, tabulating.

83 Textiles, leather, furs, apparel and shoe findings, tents and flags.

84 Clothing, individual equipment, and insignia.

(b) The application of exchange allowances or proceeds of sale in whole or in part payment for personal property acquired is authorized only when all of the following conditions apply:

(1) The item sold or exchanged is similar to the item acquired. Sufficient data shall be made a matter of record to establish that the acquired item and the replaced item were similar. Items are deemed similar when:

(i) The replaced item and the acquired item are identical;

(ii) The acquired item is designed and constructed for the same specific purpose as the replaced item, or both constitute parts or containers for identical or similar end items; or

(iii) The acquired item and the replaced item both fall within a single category in the following list:

Exchange/Sale Similarity List

Agriculture products, processed foods, and forage.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Ammunition and ammunition components.

Animals and animal products.

Batteries, storage.

Cards, tabulating.

Ditching machines.

Dozer blades.

Drill presses.

Drugs, biologicals, and official reagents.

Earth augers.

Graders, self-powered and towed.

Lathes.

Machines, adding and calculating.

Machines, dictating and transcribing.

Machines, duplicating.

Machines, punched card, bookkeeping, tabulating and accounting.

Milling machines.

Mixers, concrete, portable or truck mounted.

Pile drivers.

Plows, snow, motorized.

Road rollers, wheeled and sheepsfoot.

Saws, circular or band.

Scrapers, earth moving, towed.

Sedans, station wagons, coupes, limousines.

Spreaders, aggregate and lime.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Tractors, warehouse.

Tractors, wheeled or crawler, with or without special attachments up to 65 h.p.

Trailers, general purpose, multiple axle.

Trailers, general purpose, single axle.

Trailers, tank mounted.

Trucks, forklift.

Trucks, general purpose, cargo and construction, 12,500 GVW through 28,000 GVW (including truck tractors, dump, multiple drive, etc.)

Trucks, general purpose and utility, up to 12,500 GVW (including suburbans, carryalls, and sedan deliveries).

Trucks, straddle.

Trucks, tank (special purpose trailer of which the tank is an integral part of the construction).

Trucks, warehouse, platform, electric and gasoline powered.

Typewriters, manual and electric.

(2) The items sold or exchanged (with the exception of automatic data processing equipment to be exchanged by GSA) are not excess, and the items acquired are needed in the conduct of approved programs;

(3) One item is to be acquired to replace one similar item. The only exceptions to the one-for-one rule shall be:

(i) The items acquired must perform all or substantially all of the tasks in which the old items would otherwise be used; and

(ii) The items sold or exchanged and the items acquired are parts or containers fcr identical or similar end items.

(4) There has been at the time of exchange or sale (or at the time of acquisition if it precedes the sale) a written administrative determination to apply the exchange allowance or proceeds of sale in acquiring property in accordance with this Subpart 101-46.2;

(5) The transaction will foster the economical and efficient accomplishment of an approved program; and

(6) The item to be exchanged or sold was acquired for official use and not for the principal purpose of exchange or sale.

(c) This part shall not be construed to authorize:

(1) The acquisition of personal property by an executive agency when such acquisition is not otherwise authorized by law.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(2) The acquisition of personal property by an executive agency in contravention of:

(i) Any restriction upon the procurement of a commodity or commodities, or

(ii) Any replacement policy or standard, prescribed by the President, the Congress, or by the Administrator of General Services.

(3) The acquisition of personal property other than under a consolidated purchasing or stores program or Federal Supply Schedule contract where procurement under such program or contract is required by regulations or other directives prescribed by the Administrator of General Services.

(4) The sale, transfer, or exchange of excess property (other than automatic data processing equipment to be exchanged by GSA) or surplus property under this part.

(5) The sale, transfer, or exchange of strategic and critical materials, unless the provisions of s 101-14.103-2 are met.

(6) The sale, transfer, or exchange of Nuclear Regulatory Commission-controlled materials (as defined in Part 101-43) except in accordance with applicable regulations of the Nuclear Regulatory Commission (See 10 CFR Parts 30, 40, and 70).

(7) The sale or exchange of controlled substances, except in accordance with Part 101-45.

(8) The sale of personal property in new or unused condition under this part.

(9) The sale, transfer, or exchange of scrap materials under this part, except in the case of scrap gold for fine gold.

(10) Even though otherwise eligible, the exchange or sale of property which was originally acquired as excess or forfeited property, or from another source other than new procurement, unless such property has been placed in official use by the acquiring agency for a minimum of 1 year. Forfeited property placed in official use for less than 1 year may be exchanged or sold if the head of the agency certifies that a continuing valid requirement exists, but the specific item in use no longer meets that requirement, and that the exchange or sale meets all other requirements of this part. Property exchanged or sold subject to such certification shall be reflected separately on the annual report required by s 101-46.305.

(11) The exchange or sale of property which is dangerous to public health or safety without first rendering such property innocuous or providing adequate safeguards therefor.

(12) The exchange or sale of combat material pursuant to this part without first demilitarizing such property if such demilitarization is found by a fully authorized official of the executive agency concerned to be in the best interest of public health, safety, or security. Such demilitarization may include rendering such property innocuous, stripping from it any confidential or secret characteristics, or making it unfit for military use. Demilitarization of property to be exchanged or sold shall be accomplished in such manner as to preserve so far as possible any civilian utility or commercial value of the property.

(d) This part does not apply to materials in the National Defense Stockpile (50 U.S.C. 98-98h), or the Defense Production Act inventory (50 U.S.C. App. 2093).



© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXCHANGE/SALE AUTHORITY

Authority: Sec. 205(c), 63 Stat. 390 (40 U.S.C. 486(c)).

Source: 53 FR 16125, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-46.202**

41 CFR s **101-46.202**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 41--PUBLIC CONTRACTS AND PROPERTY MANAGEMENT**
**CHAPTER 101--FEDERAL PROPERTY MANAGEMENT REGULATIONS**
**SUBCHAPTER H--UTILIZATION AND DISPOSAL**
**PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY**
**Subpart 101-46.2--Authorization**

s **101-46.203** Special authorizations.

(a) Notwithstanding any other provisions of this part, executive agencies may exchange, without monetary appraisal or detailed listing or reporting, books and periodicals in their libraries not needed for permanent use for other books and periodicals.

(b) In acquiring items for historical preservation or display at Federal museums, executive agencies may exchange historic items in the museum property account without regard to the Federal supply classification group or the requirement in s 101-46.202 to replace items on a one-for-one basis, provided the exchange transaction is documented and certified by the agency head to be in the best interest of the Government and all other provisions of this part are met. The documentation must contain a determination that the item exchanged and the item acquired are historic items as defined in s 101-46.001- 3. Historic items so exchanged shall be reflected separately on the annual report required by s 101-46.305.

PART 101-46--UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY PURSUANT TO EXCHANGE/SALE AUTHORITY

Authority: Sec. 205(c), 63 Stat. 390 (40 U.S.C. 486(c)).

Source: 53 FR 16125, May 5, 1988, unless otherwise noted.

41 C. F. R. s **101-46.203**

41 CFR s **101-46.203**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.