# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERNATIONAL AIR RESPONSE,** | * | |
| Plaintiff, | * | |
| v. | * | No. 00-428C |
| **THE UNITED STATES,** | * | (Filed Nov. 9, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the pretrial conference held this date,

**IT IS ORDERED**, as follows:

Paragraph 6 of the order entered on July 21, 2006, is modified only insofar as trial, not to exceed three days, shall commence at 9:00 a.m., on Wednesday, November 15, 2006.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge