# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERNATIONAL AIR RESPONSE,** | * | |
| Plaintiff, | * | |
| v. | * | No. 00-428C |
| **THE UNITED STATES,** | * | (Filed Nov. 15, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Trial having been completed in this matter on November 15, 2006,

**IT IS ORDERED**, as follows:

The proofs shall be closed upon the filing of the official transcript of the trial and exhibits.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge