IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE,<br>22000 South Price Road<br>Chandler, Arizona 85248,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00-428C<br><br>(Assigned to the Honorable Christine O.C. Miller)<br><br>E-Filed December 18, 2006 |

**NOTICE OF NON-SETTLEMENT**

International Air Response ("IAR") files this Notice to inform the Court that thirty days has passed since the Court's oral ruling in the case at the conclusion of trial on November 15, 2006. On November 17, 2006, IAR reiterated its pretrial settlement proposal to the Government, but, as of today, December 18, 2006, there has been no settlement or counter-proposal from the Government.[1]

When issuing its oral ruling, the Court stated that it would hold off issuing any written ruling for thirty days in order to give the parties another opportunity to discuss and consummate a settlement. Because that time period has passed without the parties either reaching a settlement, and without any such settlement appearing imminent, IAR respectfully asks that the Court issue a written ruling at its earliest convenience.

[1] At one point the Government did inquire whether IAR would be willing to unilaterally alter its proposal in one respect, which IAR informed the Government it would not do.

Respectfully submitted,

Date: December 18, 2006

By: s/ Randy Papetti
Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response