# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERNATIONAL AIR RESPONSE,** | * | |
| Plaintiff, | * | |
| v. | * | No. 00-428C |
| **THE UNITED STATES,** | * | (Filed Jan. 2, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Both parties having telephonically notified the court on December 26, 2006, that a settlement had been reached and is awaiting approval from the appropriate Department of Justice officials,

**IT IS ORDERED**, as follows:

Defendant shall file a status report by January 31, 2007, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge