# In the United States Court of Federal Claims

**00-428C**

**Filed: January 18, 2007**

**INTERNATIONAL AIR RESPONSE**

**v.**

**THE UNITED STATES**

**Trial Exhibits**
**Plaintiff Exhibits: 2-4,8,9,13,19,20,28-34, 40-42,57,58-73,74-77,117,119-121**
**Defendant Exhibits: 1,2,5,9,11-16**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.