IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-428C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's January 2, 2007 order, defendant, the United States, respectfully submits the following status report.

The Government has evaluated what it understands to be the best and final settlement offer from plaintiff, International Air Response. The Government has rejected the offer as not being in the best interests of the United States. Defendant's counsel does not believe that further settlement discussions are likely to result in settlement.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3091

Date: January 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of January 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Roger A. Hipp