IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE,<br>22000 South Price Road<br>Chandler, Arizona 85248,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 00-428C<br><br>(Assigned to the Honorable Christine O.C. Miller)<br><br>E-Filed January 22, 2007 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT**

On January 19, 2007, defendant submitted a status report to the Court to clarify that it has rejected IAR's settlement proposal. To clarify, the proposal the defendant rejected was the exact same proposal that the defendant telephonically informed the Court on December 26 that it had accepted, pending further approval from higher-up Department of Justice officials. Until receiving notice on January 19, 2007 that the defendant had rejected IAR's proposal, IAR had heard nothing from the defendant since December 26, 2006.

When the Court orally ruled in IAR's favor at the conclusion of the November 15, 2006 trial, it stated that it was going to withhold issuing a written ruling for thirty days in order to give the defendant the chance to settle. On November 17, 2006, IAR reiterated its pre-trial settlement proposal to the defendant in order to confirm that the offer was still extant notwithstanding the Court's ruling. During the over sixty days since trial, the

defendant has made no actual proposal or counter-proposal and has now firmly rejected IAR's proposal.

IAR thus asks that the Court issue its written ruling at its earliest convenience, so that the clock starts running on the defendant's anticipated appeal.

Respectfully submitted,

Date: January 22, 2007

By: s/ Randy Papetti
Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response