# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERNATIONAL AIR RESPONSE,** *

Plaintiff, *

v. * No. 00-428C

**THE UNITED STATES,** * (Filed Feb. 6, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant filed Defendant's Status Report on January 19, 2007, and Plaintiff's Response to Defendant's Status Report was filed on January 22, 2007. The court notes defendant's questionable actions as set forth in plaintiff's status report. The court's decision technically is due ninety days from the date of defendant's status report (the proofs were closed on December 11, 2006). At the conclusion of trial on November 15, 2006, the court gave the parties a tentative ruling, but stated that it would withhold issuing its opinion for thirty days if the parties wanted to discuss settlement. The court promised an expedited decision if the case did not settle.

After plaintiff filed its Notice of Non-Settlement on December 18, 2006, urging that the court issue its opinion, the parties advised the court telephonically on December 26, 2006, that a settlement had been reached pending approval by the Department of Justice officials. See Order entered Jan. 2, 2007. Defendant's decision to reject settlement as of mid-January has compromised an expedited decision, but one will issue as soon as possible, given the court's trial schedule. Accordingly,

**IT IS ORDERED**, as follows:

The stay in this matter is lifted. The court will endeavor to issue its opinion by March 12, 2007.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge