# In the United States Court of Federal Claims

**No. 00-428 C**

**INTERNATIONAL AIR RESPONSE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed March 12, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the plaintiff on plaintiff's prayer that the contracting officer's decision be set aside.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is in favor of plaintiff and against defendant on defendant's counterclaim.

Brian Bishop
Clerk of Court

**March 12, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.