ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 9 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-428C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 12, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

May 9, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 9 day of May, 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of "NOTICE OF APPEAL" addressed as follows:

Randy Papetti, Esq.
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429

Dawn A. [signature]