IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE,<br>22000 South Price Road<br>Chandler, Arizona 85248,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 00-428C<br><br>(Assigned to the Honorable Christine O.C. Miller)<br><br>E-Filed June 12, 2007 |

**PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES**

Plaintiff IAR submits this Application out of an abundance of caution to ensure its timeliness. The relevant facts are as follows:

1. On March 12, 2007, the Court issued an Order in favor of IAR in this matter.

2. On May 9, 2007, the Government filed a Notice of Appeal from the March 12, 2007 ruling.

3. IAR's ability to request attorneys' fees and costs under the EAJA, 28 U.S.C. § 2412(d)(1)(A) must be filed within "thirty days of final judgment in the action." *Id*. § 2412(d)(1)(B).

4. The EAJA defines a "final judgment" as a judgment that is "not appealable." *Id*. § 2412(d)(2)(G). Courts have routinely interpreted this provision to mean that the thirty-day period does not run while an appeal is pending. *See, e.g., Pierce v. Barnhart*, 440 F.3d 657, 661-62 (5th Cir. 2006) (good discussion).

5. An application for fees under the EAJA may be filed prior to the entry of final judgment. *See, e.g., Gonzalez v. United States*, 44 Fed. Cl. 764, 767 (1999).

6. Because the Government's appeal has not yet been resolved or dismissed, IAR files this application out of an abundance of caution should there be further clarification or alteration of the rules governing the timeliness of EAJA fee petitions. There is no need for the Court to act on this Application, or for the Government to respond to it, prior to resolution of the Government's appeal and subsequent supplementation by IAR of this Application.

Respectfully submitted,

Date: June 12, 2007

By: s/ Randy Papetti

Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response