# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

RECEIVED
JUN 19 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2007-5127 - INTERNATIONAL AIR V US**

**Date of docketing:** 06/13/2007

**Appeal from:** United States Court of Federal Claims case no. 00-CV-428

**Appellant(s):** United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Roger A. Hipp
Randall S. Papetti

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5127

INTERNATIONAL AIR RESPONSE,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 00-CV-428, Judge Christine O.C. Miller.

Authorized Abbreviated Caption[2]

INTERNATIONAL AIR v US, 2007-5127

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# 2007-5127

# In the United States Court of Federal Claims

## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 13 2007

JAN HORBALY
CLERK

**Judge Christine O. C. Miller**

**Nature of Suit:** 112

**Type of Case**: Contract - Sale (CDA)

INTERNATIONAL AIR RESPONSE,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 00-428 C.

**Cross or Related**? No.

**Appeal filed by:** Defendant.

**Date Judgment Entered**: March 12, 2007.

**Notice of Appeal**: May 9, 2007.

**Fee**: Not required.

*See Docket Sheet for Plaintiff and Defendant attorney information*.