ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
JUL 17 2007
U.S. COURT OF
FEDERAL CLAIMS

2007-5127

INTERNATIONAL AIR RESPONSE,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly /JB

Jan Horbaly
Clerk

07/17/07

cc: Clerk's Office, CFC
Roger A. Hipp
Randall S. Papetti

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 17 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 07/17/07

INTERNATIONAL AIR V US, 2007-5127
CFC - 00-CV-428

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 7/17/07