# EXHIBIT A - 1

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

September 11, 2000
Invoice No. 593819

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH AUGUST 14, 2000

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 07-17-2000 | J. Frank<br>Complaint and related matters | 3.0 | 1,050.00 |
| 07-19-2000 | J. Frank<br>Court of Claims complaint | 3.2 | 1,120.00 |
| 07-20-2000 | J. Frank<br>Court of Claims case | 3.2 | 1,120.00 |
| 08-14-2000 | J. Frank<br>Briefing | 0.5 | 175.00 |
| | TOTAL HOURS | 9.9 | |
| | TOTAL FEES | | $ 3,465.00 |

**ADVANCES**

| | | |
|---|---|---|
| 07-21-2000 | Court Fees - VENDOR: Arizona Supreme Court Clerk Certificate of Good Standing, Arizona Supreme Court | 17.00 |
| 08-03-2000 | Court Fees - VENDOR: U.S. Court of Federal Claims, Admission fee, U.S. Court of Federal Claims | 30.00 |
| 08-03-2000 | Lexis | 222.37 |
| 08-07-2000 | Photocopying t & g | 3.20 |
| 08-09-2000 | Lexis | 12.64 |
| 08-16-2000 | Photocopying | 0.40 |
| | TOTAL ADVANCES | $ 285.61 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| J. Frank | 350.00 | 9.9 | 3,465.00 |
| **Total All Timekeepers** | | **9.9** | **$3,465.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Court Fees | 47.00 |
| Lexis | 235.01 |
| Photocopying | 3.60 |
| **Total Advances** | **$ 285.61** |

**TOTAL FEES AND ADVANCES** **$3,750.61 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP
LAWYERS

Federal Tax ID No.
86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

October 23, 2000
Invoice No. 596958

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH SEPTEMBER 19, 2000

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 09-12-2000 | J. Frank<br>Conference re Court of Claims | 0.4 | 140.00 |
| 09-19-2000 | J. Frank<br>Telephone call from and amended Notice to the Federal Court of Claims | 0.3 | 105.00 |
| | TOTAL HOURS | 0.7 | |
| | TOTAL FEES | | $ 245.00 |

**ADVANCES**

| | | |
|---|---|---|
| 09-20-2000 | Photocopying | 7.20 |
| 09-28-2000 | Long Distance Telephone 1(202)219-9562 7455 | 0.81 |
| | TOTAL ADVANCES | $ 8.01 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| J. Frank | 350.00 | 0.7 | 245.00 |
| **Total All Timekeepers** | | **0.7** | **$245.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 0.81 |
| Photocopying | 7.20 |
| **Total Advances** | **$ 8.01** |

**TOTAL FEES AND ADVANCES** **$253.01 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

April 20, 2001
Invoice No. 612434

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MARCH 16, 2001

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 01-03-2001 | R. Papetti<br>Telephone conference with Mr. K. Kessler re confusion | 0.2 | 44.00 |
| 02-16-2001 | J. Martin<br>Review motion to dismiss and research issues re affect of stay | 0.6 | 81.00 |
| 02-16-2001 | C. Anderson<br>Assignment from Mr. R. Papetti re legals and memo re tolling dates; run update to docket; telephone to court reporters re 1/28/99 transcript | 0.8 | 96.00 |
| 02-19-2001 | J. Martin<br>Research affect of stay on statute of limitations in court of claims | 2.4 | 324.00 |
| 02-20-2001 | J. Martin<br>Research effect of stay on statute of limitations | 2.6 | 351.00 |
| 02-21-2001 | J. Martin<br>Research effect of stay on limitations period | 4.7 | 634.50 |
| 02-22-2001 | J. Martin<br>Research effect of stay on statute of limitations | 6.6 | 891.00 |
| 02-23-2001 | J. Martin<br>Research and draft response to motion to dismiss | 9.4 | 1,269.00 |
| 02-24-2001 | J. Martin<br>Research response to motion to dismiss | 2.7 | 364.50 |
| 03-03-2001 | J. Martin<br>Research and draft response to motion to dismiss | 2.3 | 310.50 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| 03-05-2001 | J. Martin<br>Research and draft response to motion to dismiss | 7.8 | 1,053.00 |
| 03-06-2001 | J. Frank<br>Confer with Mr. J. Martin | 0.3 | 105.00 |
| 03-06-2001 | J. Martin<br>Research and revise response to motion to dismiss | 1.8 | 243.00 |
| 03-06-2001 | C. Anderson<br>Pull material for attorney use in preparation of filing in court of claims | 0.7 | 84.00 |
| 03-08-2001 | J. Martin<br>Revise response to motion to dismiss | 1.8 | 243.00 |
| 03-09-2001 | J. Martin<br>Revise response to motion to dismiss (.4); draft motion for extension of time to respond (.8); phone call to Mr. K. Kessler re extension (.1) | 1.3 | 175.50 |
| 03-14-2001 | R. Papetti<br>Work on response to motion to dismiss | 1.6 | 352.00 |
| 03-15-2001 | C. Anderson<br>Prepare exhibits for reply to court of claims pleading | 0.5 | 60.00 |
| 03-16-2001 | R. Papetti<br>Finalize issues re response to motion to dismiss | 1.1 | 242.00 |
| 03-16-2001 | J. Martin<br>Revise response to motion to dismiss | 4.0 | 540.00 |
| 03-16-2001 | J. Siatta<br>Cite/quote check and edit opposition to motion to dismiss | 1.6 | 112.00 |
| | TOTAL HOURS | 54.8 | |
| | TOTAL FEES | | $ 7,575.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 02-08-2001 | Photocopying | 1.20 |
| 02-16-2001 | Photocopying | 3.20 |
| 02-16-2001 | Photocopying | 0.40 |
| 02-16-2001 | Other Online Service | 24.20 |
| 02-16-2001 | Long Distance Telephone 1(520)205-4267 5302 | 0.97 |
| 02-19-2001 | Lexis | 600.12 |
| 02-20-2001 | Lexis | 120.00 |
| 02-22-2001 | Long Distance Telephone 1(520)205-4267 5302 | 0.55 |
| 02-24-2001 | Lexis | 62.50 |
| 03-02-2001 | Reporting Services and Transcript - VENDOR: Bonnie Bruenotte 3/2/01 Transcript CV97-169-TUC-WDB | 54.00 |
| 03-05-2001 | Photocopying | 4.20 |
| 03-05-2001 | Lexis | 106.02 |
| 03-06-2001 | Photocopying | 5.60 |
| 03-06-2001 | Photocopying | 1.80 |
| 03-06-2001 | Photocopying | 2.00 |
| 03-06-2001 | Photocopying | 4.40 |
| 03-08-2001 | Photocopying | 3.20 |
| 03-08-2001 | Photocopying | 0.60 |
| 03-09-2001 | Photocopying | 3.20 |
| 03-09-2001 | Long Distance Telephone 1(202)307-6288 5740 | 0.81 |
| 03-15-2001 | Photocopying | 50.40 |
| 03-16-2001 | Photocopying | 86.40 |
| 03-16-2001 | Photocopying | 1.20 |
| 03-16-2001 | Photocopying | 4.60 |
| 03-16-2001 | Lexis | 83.75 |
| 03-16-2001 | Lexis | 82.50 |
| 03-16-2001 | Lexis | 129.53 |
| 03-16-2001 | Long Distance Telephone 1(202)219-9657 5740 | 0.81 |
| 03-16-2001 | Long Distance Telephone 1(202)219-9657 5740 | 1.21 |
| 03-16-2001 | Long Distance Telephone 1(202)219-9657 5740 | 0.81 |
| 03-27-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation 14863-00015 | 26.28 |
| | TOTAL ADVANCES | $ 1,466.46 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| J. Frank | 350.00 | 0.3 | 105.00 |
| R. Papetti | 220.00 | 2.9 | 638.00 |
| J. Martin | 135.00 | 48.0 | 6,480.00 |
| J. Siatta | 70.00 | 1.6 | 112.00 |
| C. Anderson | 120.00 | 2.0 | 240.00 |
| **Total All Timekeepers** | | **54.8** | **$7,575.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Delivery - Federal Express | 26.28 |
| Reporting Services and Transcript | 54.00 |
| Lexis | 1,184.42 |
| Other Online Service | 24.20 |
| Long Distance Telephone | 5.16 |
| Photocopying | 172.40 |
| **Total Advances** | **$ 1,466.46** |

**TOTAL FEES AND ADVANCES** **$9,041.46 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

May 10, 2001
Invoice No. 613806

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

**ADVANCES**

| | | |
|---|---|---|
| 03-16-2001 | Document Preparation | 12.25 |
| 04-07-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 35.03 |
| 04-09-2001 | Photocopying | 0.20 |
| 04-20-2001 | Delivery - VENDOR: E Z Messenger Attorney Service 3/2/01 634836 P/U transcript | 15.00 |
| 04-23-2001 | Long Distance Telephone 1(520)796-5188 7449 | 0.49 |

TOTAL ADVANCES $ 62.97

LEWIS AND ROCA LLP
LAWYERS



**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Delivery - Federal Express | 35.03 |
| Delivery - UPS | 15.00 |
| Long Distance Telephone | 0.49 |
| Document Preparation | 12.25 |
| Photocopying | 0.20 |
| **Total Advances** | **$ 62.97** |

**TOTAL FEES AND ADVANCES** **$62.97**
**(U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

August 17, 2001
Invoice No. 620285

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JULY 30, 2001

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 05-21-2001 | J. Martin<br>Review government's reply in support of motion to dismiss | 0.3 | 40.50 |
| 06-05-2001 | J. Frank<br>Opinion; memorandum; conference | 2.0 | 750.00 |
| 06-06-2001 | J. Frank<br>Memorandum re Court of Claims; letter to client | 0.8 | 300.00 |
| 06-11-2001 | J. Frank<br>Confer with Mr. G. Smith | 0.5 | 187.50 |
| 06-11-2001 | G. Smith<br>Conference with Mr. J. Frank as to status and how to proceed | 0.4 | 180.00 |
| 06-11-2001 | J. Weiss<br>Confer with Mr. R. Papetti re Court of Claims' order; read order; begin researching issues for appeal | 1.4 | 329.00 |
| 06-12-2001 | G. Smith<br>Conference with Messrs. J. Frank and R. Papetti as to proceeding with appeal; attempt to call Mr. W. Grantham | 0.4 | 180.00 |
| 06-12-2001 | J. Weiss<br>Continue researching issues for appeal | 1.5 | 352.50 |
| 06-13-2001 | J. Weiss<br>Continue researching issues for appeal | 0.4 | 94.00 |
| 06-14-2001 | R. Papetti | 1.9 | 494.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Analyze order | | |
| 06-18-2001 | J. Siatta<br>Docket and calendar deadline for filing notice of appeal; prepare draft of notice of appeal re 6/1/01 order | 0.2 | 20.00 |
| 06-19-2001 | J. Siatta<br>Review Federal Circuit and Court of Federal Claims rules re filing notice of appeal; file (mail) same | 0.3 | 30.00 |
| 06-20-2001 | G. Smith<br>Telephone to Mr. Grantham and message for Mr. Frank as to meeting next week with Woody | 0.2 | 90.00 |
| 06-20-2001 | J. Weiss<br>Continue researching unique circumstances doctrine | 3.8 | 893.00 |
| 06-27-2001 | J. Weiss<br>Confer with Mr. R. Papetti re potential appeals issues | 0.4 | 94.00 |
| 06-28-2001 | R. Papetti<br>Draft status memo to Mr. J. Frank and discuss with him | 0.5 | 130.00 |
| 06-28-2001 | J. Weiss<br>Work on memo to Mr. J. Frank re unique circumstances doctrine | 1.2 | 282.00 |
| 07-02-2001 | J. Frank<br>Telephone from Mr. W. Grantham | 0.2 | 75.00 |
| 07-03-2001 | J. Siatta<br>Docket and calendar appeals proceedings deadlines; prepare entry of appearance statement, certificate of interest and representation statement and file (mail) same | 1.0 | 100.00 |
| 07-09-2001 | J. Weiss<br>Work on memorandum to Mr. J. Frank re unique circumstances doctrine | 2.5 | 587.50 |
| 07-10-2001 | R. Papetti<br>Work on appeal issues | 2.5 | 650.00 |
| 07-10-2001 | J. Weiss<br>Continue working on memorandum to Mr. J. Frank re unique circumstances doctrine; begin working on analysis of whether Judge Browning had authority to enter stay order | 1.3 | 305.50 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| 07-10-2001 | J. Siatta<br>Meet with Mr. John Frank re appeals proceedings schedule of deadlines | 0.2 | 20.00 |
| 07-11-2001 | J. Weiss<br>Continue working on memorandum to Mr. J. Frank re unique circumstances doctrine; legal research re Judge Browning's authority to enter stay | 2.5 | 587.50 |
| 07-27-2001 | J. Weiss<br>Legal research re Judge Browning's authority to enter stay | 0.5 | 117.50 |
| 07-30-2001 | J. Weiss<br>Legal research re Judge Browning's authority to enter stay | 2.1 | 493.50 |
| | TOTAL HOURS | 29.0 | |
| | TOTAL FEES | | $ 7,383.00 |

**ADVANCES**

| | | |
|---|---|---|
| 05-08-2001 | Photocopying | 0.80 |
| 05-21-2001 | Photocopying | 23.80 |
| 06-04-2001 | Photocopying | 6.60 |
| 06-06-2001 | Photocopying | 2.60 |
| 06-06-2001 | Photocopying | 14.60 |
| 06-11-2001 | Lexis | 248.39 |
| 06-11-2001 | Lexis | 3.75 |
| 06-11-2001 | Lexis | 1.93 |
| 06-11-2001 | Lexis | 15.00 |
| 06-11-2001 | Lexis | 5.00 |
| 06-11-2001 | Lexis | 3.06 |
| 06-12-2001 | Lexis | 35.00 |
| 06-12-2001 | Lexis | 122.00 |
| 06-12-2001 | Lexis | 9.75 |
| 06-12-2001 | Lexis | 11.25 |
| 06-13-2001 | Photocopying | 23.60 |
| 06-13-2001 | Lexis | 20.85 |
| 06-18-2001 | Photocopying | 16.80 |
| 06-19-2001 | Court Fees - VENDOR: U.S. Court of Federal Claims, 14863-00015 Filing fee for Notice of Appeal | 105.00 |
| 06-19-2001 | Photocopying | 2.80 |
| 06-19-2001 | Photocopying | 0.20 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 06-19-2001 | Photocopying | 1.00 |
| 06-19-2001 | Long Distance Telephone 1(202)219-9657 4609 | 0.92 |
| 06-20-2001 | Photocopying | 2.20 |
| 06-20-2001 | Photocopying | 1.60 |
| 06-20-2001 | Photocopying | 3.60 |
| 06-20-2001 | Lexis | 32.35 |
| 06-20-2001 | Lexis | 8.08 |
| 06-20-2001 | Lexis | 50.25 |
| 06-29-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 14.15 |
| 07-03-2001 | Photocopying | 2.40 |
| 07-03-2001 | Photocopying | 0.60 |
| 07-10-2001 | Photocopying | 5.20 |
| 07-10-2001 | Photocopying | 5.60 |
| 07-11-2001 | Photocopying | 9.60 |
| 07-11-2001 | Lexis | 20.00 |
| 07-11-2001 | Lexis | 101.25 |
| 07-11-2001 | Lexis | 10.00 |
| 07-11-2001 | Lexis | 9.33 |
| 07-11-2001 | Lexis | 3.75 |
| 07-13-2001 | Delivery - VENDOR: United Parcel Service | 15.75 |
| 07-13-2001 | Delivery - VENDOR: United Parcel Service Address correction charge | 10.00 |
| 07-18-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 29.11 |
| 07-27-2001 | Photocopying | 4.20 |
| 07-27-2001 | Photocopying | 9.40 |
| 07-28-2001 | Photocopying | 8.40 |

TOTAL ADVANCES $ 1,031.52

LEWIS AND ROCA LLP
LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 620285
August 17, 2001


## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| J. Frank | 375.00 | 3.5 | 1,312.50 |
| G. Smith | 450.00 | 1.0 | 450.00 |
| R. Papetti | 260.00 | 4.9 | 1,274.00 |
| J. Weiss | 235.00 | 17.6 | 4,136.00 |
| J. Martin | 135.00 | 0.3 | 40.50 |
| J. Siatta | 100.00 | 1.7 | 170.00 |
| **Total All Timekeepers** | | **29.0** | **$7,383.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Delivery - Federal Express | 43.26 |
| Court Fees | 105.00 |
| Delivery - UPS | 25.75 |
| Lexis | 710.99 |
| Long Distance Telephone | 0.92 |
| Photocopying | 145.60 |
| **Total Advances** | **$ 1,031.52** |

**TOTAL FEES AND ADVANCES** **$8,414.52 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**