# EXHIBIT A - 2

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

September 18, 2001
Invoice No. 622432

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2001

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 08-13-2001 | R. Schaffer<br>Review file; confer with R. Papetti and J. Weiss re research to be done; research jurisdictional issues | 3.9 | 936.00 |
| 08-13-2001 | J. Weiss<br>Confer with Mr. R. Schaffer re status of research; conduct additional research for appeal | 0.5 | 117.50 |
| 08-14-2001 | R. Papetti<br>Work on appeal | 0.7 | 182.00 |
| 08-14-2001 | J. Weiss<br>Additional research for appeal | 0.3 | 70.50 |
| 08-20-2001 | J. Siatta<br>Prepare draft of motion for extension of time to file opening brief; telephone call to Federal Circuit Court of Appeals clerk re procedures for same; review circuit rules re same | 0.8 | 80.00 |
| 08-23-2001 | J. Siatta<br>Telephone call to Federal Circuit Court of Appeals clerk re status of motion to extend time for filing opening brief; docket and calendar new date re same | 0.2 | 20.00 |
| 08-28-2001 | R. Papetti<br>Work on appeal | 0.7 | 182.00 |
| 08-29-2001 | R. Papetti<br>Work on appeal | 0.5 | 130.00 |
| 08-29-2001 | J. Weiss | 2.3 | 540.50 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Legal research re Judge Browning's authority to stay administrative proceedings | | |
| 08-30-2001 | J. Weiss<br>Continue researching whether Judge Browning had authority to stay administrative proceedings | 2.2 | 517.00 |
| 08-31-2001 | J. Weiss<br>Additional research for opening brief on appeal | 0.3 | 70.50 |
| | TOTAL HOURS | 12.4 | |
| | TOTAL FEES | | $ 2,846.00 |

**ADVANCES**

| | | |
|---|---|---|
| 08-13-2001 | Lexis | 91.15 |
| 08-13-2001 | Lexis | 17.68 |
| 08-13-2001 | Lexis | 5.91 |
| 08-20-2001 | Long Distance Telephone 1(202)633-6550 4609 | 1.38 |
| 08-20-2001 | Long Distance Telephone 1(202)633-6550 4609 | 1.38 |
| 08-20-2001 | Long Distance Telephone 1(202)633-6550 4609 | 0.46 |
| 08-20-2001 | Long Distance Telephone 1(202)633-6556 4609 | 0.46 |
| 08-23-2001 | Long Distance Telephone 1(202)633-6550 4609 | 1.85 |
| 08-28-2001 | Photocopying | 1.40 |
| 08-29-2001 | Photocopying | 2.60 |
| 08-29-2001 | Photocopying | 9.40 |
| 08-29-2001 | Lexis | 6.47 |
| 08-29-2001 | Lexis | 3.75 |
| 08-29-2001 | Lexis | 10.00 |
| 08-30-2001 | Photocopying | 2.60 |
| 08-30-2001 | Photocopying | 10.80 |
| 08-30-2001 | Lexis | 60.00 |
| 08-30-2001 | Lexis | 30.00 |
| 08-30-2001 | Lexis | 80.00 |
| 08-30-2001 | Lexis | 2.91 |
| 08-31-2001 | Facsimile Document 1(1202)879-7918 | 0.00 |
| | TOTAL ADVANCES | $ 340.20 |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| ACCOUNT NO. | 14863-00015 |
| Invoice No. | 622432 |
| September 18, 2001 | Page 3 |

## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 260.00 | 1.9 | 494.00 |
| R. Schaffer | 240.00 | 3.9 | 936.00 |
| J. Weiss | 235.00 | 5.6 | 1,316.00 |
| J. Siatta | 100.00 | 1.0 | 100.00 |
| **Total All Timekeepers** | | **12.4** | **$2,846.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Lexis | 307.87 |
| Long Distance Telephone | 5.53 |
| Photocopying | 26.80 |
| **Total Advances** | **$ 340.20** |

**TOTAL FEES AND ADVANCES** **$3,186.20 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

October 11, 2001
Invoice No. 624809

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH SEPTEMBER 24, 2001

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 09-03-2001 | R. Papetti<br>Work on brief | 3.0 | 780.00 |
| 09-05-2001 | R. Schaffer<br>Telephone to K. Kessler re time extension; review Federal Circuit Rule re time extension requests | 0.3 | 72.00 |
| 09-06-2001 | R. Papetti<br>Work on research for brief; draft motion for extension | 8.5 | 2,210.00 |
| 09-10-2001 | R. Papetti<br>Work on appellate brief | 10.6 | 2,756.00 |
| 09-10-2001 | R. Schaffer<br>Revise and finalize appellate brief | 10.8 | 2,592.00 |
| 09-10-2001 | J. Weiss<br>Work on opening brief | 1.9 | 446.50 |
| 09-10-2001 | R. Burnside<br>Review and revise appeal for federal circuit; Sheparize case law. | 4.1 | 635.50 |
| 09-11-2001 | R. Papetti<br>Distributer briefs | 0.3 | 78.00 |
| 09-13-2001 | R. Papetti<br>Review brief | 0.7 | 182.00 |
| 09-24-2001 | R. Papetti | 0.3 | 78.00 |

LEWIS AND ROCA LLP LAWYERS



Review court order; draft memo to Mr. J. Frank re final brief

TOTAL HOURS 40.5

TOTAL FEES $ 9,830.00

**ADVANCES**

| | | |
|---|---|---|
| 09-05-2001 | Long Distance Telephone 1(202)307-6288 5271 | 0.46 |
| 09-06-2001 | Photocopying | 1.20 |
| 09-06-2001 | Photocopying | 1.20 |
| 09-06-2001 | Photocopying | 7.20 |
| 09-07-2001 | Westlaw Computer Research | 380.93 |
| 09-10-2001 | Westlaw Computer Research | 107.01 |
| 09-10-2001 | Westlaw Computer Research | 129.50 |
| 09-10-2001 | Photocopying | 61.60 |
| 09-10-2001 | Lexis | 192.00 |
| 09-10-2001 | Lexis | 150.00 |
| 09-10-2001 | Lexis | 5.00 |
| 09-10-2001 | Lexis | 117.00 |
| 09-10-2001 | Lexis | 55.00 |
| 09-10-2001 | Lexis | 5.00 |
| 09-10-2001 | Lexis | 26.25 |
| 09-10-2001 | Lexis | 116.25 |
| 09-10-2001 | Lexis | 5.00 |
| 09-10-2001 | Lexis | 295.00 |
| 09-12-2001 | Photocopying | 34.60 |
| 09-12-2001 | Document Preparation | 7.00 |
| 09-24-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 21.97 |
| 09-28-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 13.73 |

TOTAL ADVANCES $ 1,732.90

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 260.00 | 23.4 | 6,084.00 |
| R. Schaffer | 240.00 | 11.1 | 2,664.00 |
| J. Weiss | 235.00 | 1.9 | 446.50 |
| R. Burnside | 155.00 | 4.1 | 635.50 |
| **Total All Timekeepers** | | **40.5** | **$9,830.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Delivery - Federal Express | 35.70 |
| Westlaw Computer Research | 617.44 |
| Lexis | 966.50 |
| Long Distance Telephone | 0.46 |
| Document Preparation | 7.00 |
| Photocopying | 105.80 |
| **Total Advances** | **$ 1,732.90** |

**TOTAL FEES AND ADVANCES** **$11,562.90 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

January 15, 2002
Invoice No. 633146

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH DECEMBER 27, 2001

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 10-01-2001 | J. Siatta<br>Docket and calendar deadline for filing corrected brief; work on corrections to brief. | 0.8 | 80.00 |
| 10-02-2001 | J. Siatta<br>Work on corrections to opening brief and appendix; confer with Mr. Papetti re same. | 1.2 | 120.00 |
| 10-03-2001 | J. Siatta<br>Telephone call to Federal Circuit Court of Appeals clerk re rules pertaining to brief and appendix production; telephone call to US Court of Federal Claims clerk re obtaining copy of docket sheet for this matter; confer with Mr. Bob Schaffer and Ms. Anderson re creation of appendix; review brief for legal cites for inclusion in appendix; letter to court clerk to request copies of docket. | 1.0 | 100.00 |
| 10-09-2001 | J. Siatta<br>Work on compiling and labeling appendix to brief. | 0.7 | 70.00 |
| 10-10-2001 | R. Schaffer<br>Finalize appendix in appeal | 0.3 | 72.00 |
| 10-10-2001 | J. Siatta<br>Edit record cites in brief to conform to appendix; prepare appendix and tables to same. | 1.2 | 120.00 |
| 10-11-2001 | J. Siatta<br>Make final edits to corrected opening brief; prepare addendum to brief; prepare and edit tables to brief; place brief in final format for filing and file (mail) same; prepare copy of appendix for opposing counsel; draft letter to same enclosing complete appendix. | 4.8 | 480.00 |

| | | | |
|---|---|---|---|
| 10-12-2001 | R. Papetti<br>Work with Mr. J. Siatta to finalize brief | 0.4 | 104.00 |
| 10-23-2001 | J. Siatta<br>Draft letter to Mr. Kenneth Kessler re duplicate copies of corrected brief and appendix; overnight copies of same. | 0.4 | 40.00 |
| 11-05-2001 | R. Schaffer<br>Telephone from K. Kessler re extension (message); telephone to K. Kessler (message) | 0.1 | 24.00 |
| 11-28-2001 | R. Schaffer<br>Telephone from and to K. Kessler re extension of time to file answering brief (messages) | 0.1 | 24.00 |
| 12-26-2001 | R. Schaffer<br>Telephone to K. Kessler re service of answering brief (message) | 0.1 | 24.00 |
| 12-27-2001 | R. Schaffer<br>Telephone to K. Kessler (message) | 0.1 | 24.00 |
| | TOTAL HOURS | 11.2 | |
| | TOTAL FEES | | $ 1,282.00 |

**ADVANCES**

| | | |
|---|---|---|
| 06-18-2001 | Long Distance Telephone 1(202)237-0505 5302 | 0.92 |
| 06-20-2001 | Photocopying | 0.40 |
| 06-26-2001 | Photocopying | 0.60 |
| 08-20-2001 | Photocopying | 5.00 |
| 08-20-2001 | Facsimile Document 1-202-633-9623 | 0.00 |
| 09-03-2001 | Westlaw Computer Research | 382.86 |
| 09-06-2001 | Long Distance Telephone 1(202)633-9612 5337 | 1.38 |
| 09-06-2001 | Facsimile Document 1(1202)633-9623 | 0.00 |
| 09-07-2001 | Delivery - VENDOR: United Parcel Service | 15.75 |
| 09-07-2001 | Delivery - VENDOR: United Parcel Service | 15.75 |
| 09-10-2001 | Photocopying IAR | 10.60 |
| 09-20-2001 | Long Distance Telephone 1(559)636-0200 7455 | 0.92 |
| 09-20-2001 | Facsimile Document 1(1559)636-9759 | 0.00 |
| 10-01-2001 | Photocopying | 0.60 |
| 10-02-2001 | Photocopying | 0.40 |
| 10-03-2001 | Long Distance Telephone 1(202)312-5534 4609 | 0.54 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 10-03-2001 | Long Distance Telephone 1(202)312-5534 4609 | 5.39 |
| 10-03-2001 | Long Distance Telephone 1(202)312-5529 4609 | 0.54 |
| 10-03-2001 | Long Distance Telephone 1(202)219-9657 4609 | 1.08 |
| 10-03-2001 | Copying Expense (Outside Office) - VENDOR: Federal Court Clerk Obtain copy of docket | 25.00 |
| 10-03-2001 | Reversal from Void Check Number: 225821 Bank ID: CLIENT Voucher ID: 384704 Vendor: Federal Court Clerk | (25.00) |
| 10-05-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 23.73 |
| 10-05-2001 | Photocopying | 0.40 |
| 10-08-2001 | Photocopying | 47.40 |
| 10-09-2001 | Photocopying | 45.00 |
| 10-09-2001 | Photocopying | 45.80 |
| 10-10-2001 | Photocopying | 8.80 |
| 10-11-2001 | Photocopying | 45.60 |
| 10-11-2001 | Photocopying | 209.20 |
| 10-11-2001 | Photocopying | 0.80 |
| 10-11-2001 | Photocopying | 2.40 |
| 10-11-2001 | Lexis | 18.75 |
| 10-11-2001 | Lexis | 5.00 |
| 10-11-2001 | Long Distance Telephone 1(202)312-5534 4609 | 1.08 |
| 10-11-2001 | Document Preparation | 33.25 |
| 10-16-2001 | Photocopying | 6.40 |
| 10-16-2001 | Facsimile Document 252-6043 | 0.00 |
| 10-16-2001 | Facsimile Document 506-3609 | 0.00 |
| 10-16-2001 | Facsimile Document 254-9263 | 0.00 |
| 10-17-2001 | Facsimile Document 640-6076 | 0.00 |
| 10-17-2001 | Facsimile Document 640-6073 | 0.00 |
| 10-17-2001 | Facsimile Document 264-1008 | 0.00 |
| 10-18-2001 | Long Distance Telephone 1(520)796-5188 7449 | 1.29 |
| 10-23-2001 | Photocopying | 0.40 |
| 10-23-2001 | Photocopying | 69.20 |
| 10-29-2001 | Copying Expense (Outside Office) - VENDOR: Federal Court Clerk Obtain copy of docket | 2.00 |
| 10-31-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 15.34 |
| 10-31-2001 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 15.34 |
| 11-02-2001 | Long Distance Telephone 1(202)393-4141 5271 | 0.54 |
| 11-05-2001 | Long Distance Telephone 1(202)307-6288 5271 | 1.08 |
| 11-16-2001 | Delivery - VENDOR: United Parcel Service | 32.40 |
| 11-28-2001 | Long Distance Telephone 1(202)307-0313 5271 | 0.54 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 12-26-2001 | Long Distance Telephone 1(202)307-6288 5271 | 1.08 |
| 12-27-2001 | Long Distance Telephone 1(202)307-6288 5271 | 0.54 |

TOTAL ADVANCES $ 1,076.09

LEWIS AND ROCA LLP LAWYERS



## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 260.00 | 0.4 | 104.00 |
| R. Schaffer | 240.00 | 0.7 | 168.00 |
| J. Siatta | 100.00 | 10.1 | 1,010.00 |
| **Total All Timekeepers** | | **11.2** | **$1,282.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Delivery - Federal Express | 54.41 |
| Westlaw Computer Research | 382.86 |
| Delivery - UPS | 63.90 |
| Lexis | 23.75 |
| Long Distance Telephone | 16.92 |
| Document Preparation | 33.25 |
| Copying Expense (Outside Office) | 2.00 |
| Photocopying | 499.00 |
| **Total Advances** | **$ 1,076.09** |

**TOTAL FEES AND ADVANCES** **$2,358.09 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

March 15, 2002
Invoice No. 638494

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH FEBRUARY 8, 2002

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 01-02-2002 | R. Schaffer<br>Review answering brief; telephone to K. Kessler re extension request; prepare extension request and supporting affidavit | 1.1 | 264.00 |
| 01-02-2002 | J. Siatta<br>Calculate deadline for filing reply brief; prepare draft of motion to extend time for filing same. | 0.4 | 40.00 |
| 01-04-2002 | L. Kasten<br>Review pleadings and opposing counsel's brief in preparation for drafting reply brief. | 3.9 | 975.00 |
| 01-10-2002 | R. Papetti<br>Review opening portion of brief | 0.4 | 104.00 |
| 01-10-2002 | L. Kasten<br>Drafting reply brief. Research for same. | 7.5 | 1,875.00 |
| 01-11-2002 | R. Papetti<br>Work on reply brief | 0.5 | 130.00 |
| 01-11-2002 | L. Kasten<br>Draft memorandum. Research regarding same. | 8.0 | 2,000.00 |
| 01-12-2002 | L. Kasten<br>Work on reply brief. | 5.8 | 1,450.00 |
| 01-14-2002 | R. Papetti<br>Work on appellate brief; telephone conference with Mr. W. Grantham | 0.9 | 234.00 |

| | | | |
|---|---|---|---|
| 01-14-2002 | L. Kasten<br>Work on reply brief. | 9.1 | 2,275.00 |
| 01-15-2002 | R. Papetti<br>Work on reply | 2.0 | 520.00 |
| 01-15-2002 | L. Kasten<br>Drafting reply brief. Research regarding same. | 9.0 | 2,250.00 |
| 01-16-2002 | L. Kasten<br>Work on reply brief. | 6.3 | 1,575.00 |
| 01-17-2002 | R. Papetti<br>Work on brief | 0.9 | 234.00 |
| 01-17-2002 | L. Kasten<br>Research. Draft memorandum. | 6.0 | 1,500.00 |
| 01-18-2002 | R. Papetti<br>Work on brief | 1.9 | 494.00 |
| 01-18-2002 | L. Kasten<br>Work on reply brief. Research re same. | 4.0 | 1,000.00 |
| 01-18-2002 | J. Siatta<br>Cite/quote check and edit reply brief; prepare toc to brief. | 1.7 | 170.00 |
| 01-21-2002 | R. Papetti<br>Work on reply brief | 5.1 | 1,326.00 |
| 01-21-2002 | L. Kasten<br>Work on reply. | 5.0 | 1,250.00 |
| 01-22-2002 | R. Papetti<br>Work on reply brief | 4.0 | 1,040.00 |
| 01-22-2002 | L. Kasten<br>Worked on reply. | 4.5 | 1,125.00 |
| 01-22-2002 | J. Siatta<br>Verify opening brief cites; prepare and edit tables to brief; make final edits to reply brief; place reply brief in final format for filing and file (mail) same. | 2.1 | 210.00 |
| 01-23-2002 | J. Siatta<br>Docket and calendar Appendix due date; telephone call to Federal | 1.8 | 180.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Circuit Court of Appeals Clerk re format of joint appendix; begin preparing joint appendix for filing; confer with Mr. Randy Papetti and Mr. Larry Kasten re inclusion of non-record materials in Appendix; telephone call to Mr. Kenneth Kessler re duplicate copies of added appendix materials. | | |
| 01-24-2002 | L. Kasten<br>Telephone call with opposing counsel. Drafted letter to opposing counsel. Worked on joint appendix. | 2.6 | 650.00 |
| 01-24-2002 | J. Siatta<br>Make final edits to appendix; place in final format for filing; prepare copies for filing and service. | 0.5 | 50.00 |
| 01-28-2002 | R. Papetti<br>Draft memo to Mr. J. Frank | 0.2 | 52.00 |
| 02-06-2002 | L. Kasten<br>Draft proof of service. Draft letter to opposing counsel. Telephone calls with clerk's office. | 1.7 | 425.00 |
| 02-08-2002 | R. Papetti<br>Work on appellate issue | 1.5 | 390.00 |
| | TOTAL HOURS | 98.4 | |
| | TOTAL FEES | | $ 23,788.00 |

**ADVANCES**

| | | |
|---|---|---|
| 01-02-2002 | Photocopying | 10.80 |
| 01-02-2002 | Long Distance Telephone 1(202)307-6288 5271 | 0.54 |
| 01-02-2002 | Long Distance Telephone 1(202)307-6288 7429 | 0.54 |
| 01-02-2002 | Long Distance Telephone 1(202)633-6550 4609 | 1.08 |
| 01-02-2002 | Facsimile Document 1-202-633-9623 | 0.00 |
| 01-02-2002 | Facsimile Document 1-202-305-7643 | 0.00 |
| 01-10-2002 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 15.12 |
| 01-10-2002 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 15.12 |
| 01-11-2002 | Westlaw Computer Research | 362.23 |
| 01-11-2002 | Photocopying | 45.80 |
| 01-11-2002 | Lexis | 60.00 |
| 01-12-2002 | Westlaw Computer Research | 203.21 |
| 01-12-2002 | Lexis | 14.23 |
| 01-12-2002 | Lexis | 25.00 |

| | | |
|---|---|---|
| 01-12-2002 | Lexis | 12.58 |
| 01-12-2002 | Lexis | 25.00 |
| 01-14-2002 | Lexis | 141.71 |
| 01-14-2002 | Lexis | 60.22 |
| 01-14-2002 | Lexis | 45.00 |
| 01-14-2002 | Lexis | 35.00 |
| 01-14-2002 | Lexis | 1.01 |
| 01-15-2002 | Lexis | 20.00 |
| 01-15-2002 | Lexis | 117.12 |
| 01-15-2002 | Lexis | 24.28 |
| 01-15-2002 | Lexis | 25.00 |
| 01-16-2002 | Lexis | 104.82 |
| 01-16-2002 | Lexis | 75.00 |
| 01-16-2002 | Lexis | 268.37 |
| 01-16-2002 | Lexis | 65.00 |
| 01-17-2002 | Photocopying | 8.20 |
| 01-18-2002 | Lexis | 95.00 |
| 01-18-2002 | Lexis | 7.50 |
| 01-18-2002 | Lexis | 131.25 |
| 01-18-2002 | Lexis | 48.00 |
| 01-21-2002 | Photocopying | 8.00 |
| 01-22-2002 | Lexis | 5.00 |
| 01-22-2002 | Lexis | 3.75 |
| 01-22-2002 | Lexis | 20.00 |
| 01-22-2002 | Lexis | 5.00 |
| 01-22-2002 | Lexis | 3.75 |
| 01-22-2002 | Lexis | 91.45 |
| 01-23-2002 | Photocopying | 15.80 |
| 01-23-2002 | Long Distance Telephone 1(202)312-5520 4609 | 3.23 |
| 01-23-2002 | Long Distance Telephone 1(202)307-6288 4609 | 1.62 |
| 01-23-2002 | Long Distance Telephone 1(202)307-6288 5228 | 1.08 |
| 01-24-2002 | Photocopying | 0.40 |
| 01-24-2002 | Photocopying | 0.40 |
| 01-24-2002 | Photocopying | 159.60 |
| 01-24-2002 | Photocopying | 2.40 |
| 01-24-2002 | Photocopying | 299.20 |
| 01-24-2002 | Document Preparation | 26.25 |
| 01-25-2002 | Photocopying | 0.80 |
| 01-28-2002 | Photocopying | 56.20 |
| 02-04-2002 | Long Distance Telephone 1(202)312-5531 5228 | 1.62 |
| 02-06-2002 | Photocopying | 1.20 |
| 02-06-2002 | Photocopying | 33.00 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 638494
March 15, 2002


| | | |
|---|---|---|
| 02-06-2002 | Facsimile Document 1-202-633-9623 | 0.00 |
| 02-19-2002 | Photocopying | 0.60 |
| 02-20-2002 | Delivery - VENDOR: United Parcel Service | 27.96 |
| 02-25-2002 | Copying Expense (Outside Office) - VENDOR: Pacer Service Center | 0.07 |
| | TOTAL ADVANCES | $ 2,832.11 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 260.00 | 17.4 | 4,524.00 |
| R. Schaffer | 240.00 | 1.1 | 264.00 |
| L. Kasten | 250.00 | 73.4 | 18,350.00 |
| J. Siatta | 100.00 | 6.5 | 650.00 |
| **Total All Timekeepers** | | **98.4** | **$23,788.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Delivery - Federal Express | 30.24 |
| Westlaw Computer Research | 565.44 |
| Delivery - UPS | 27.96 |
| Lexis | 1,530.04 |
| Long Distance Telephone | 9.71 |
| Document Preparation | 26.25 |
| Copying Expense (Outside Office) | 0.07 |
| Photocopying | 642.40 |
| **Total Advances** | **$ 2,832.11** |

**TOTAL FEES AND ADVANCES** **$26,620.11 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**