# EXHIBIT A - 3

LEWIS AND ROCA LLP LAWYERS

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

Federal Tax ID No.
86-0095078

ACCT. NO. 14863-00015

September 17, 2003
Invoice No. 683964

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

**ADVANCES**

| | | |
|---|---|---|
| 03-26-2002 | Photocopying | 4.60 |
| 04-01-2002 | Photocopying | 0.80 |
| 04-03-2002 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 04-08-2002 | Lexis | 10.00 |
| 04-08-2002 | Lexis | 50.83 |
| 04-08-2002 | Lexis | 8.50 |
| 04-11-2002 | Travel Expense by Mr. L Kasten on 5/6-7/02 for airfare to Washington DC. | 302.48 |
| 04-18-2002 | Photocopying | 387.00 |
| 04-19-2002 | Photocopying | 12.00 |
| 04-19-2002 | Photocopying | 15.80 |
| 04-19-2002 | Photocopying | 8.40 |
| 04-19-2002 | Photocopying | 19.20 |
| 04-19-2002 | Photocopying | 14.00 |
| 04-19-2002 | Photocopying | 11.20 |
| 04-19-2002 | Photocopying | 62.40 |
| 04-19-2002 | Photocopying | 1.80 |
| 04-22-2002 | Lexis | 1.89 |
| 04-22-2002 | Lexis | 15.00 |
| 04-22-2002 | Lexis | 8.50 |
| 04-24-2002 | Westlaw Computer Research | 140.82 |
| 04-24-2002 | Photocopying | 3.20 |
| 04-24-2002 | Photocopying | 3.40 |
| 04-24-2002 | Lexis | 122.84 |
| 04-24-2002 | Lexis | 42.75 |
| 04-24-2002 | Lexis | 65.00 |
| 04-24-2002 | Lexis | 15.00 |
| 04-24-2002 | Lexis | 8.50 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 04-24-2002 | Lexis | 10.00 |
| 04-24-2002 | Lexis | 4.25 |
| 04-25-2002 | Lexis | 35.00 |
| 05-01-2002 | Photocopying | 33.80 |
| 05-01-2002 | Lexis | 5.00 |
| 05-01-2002 | Lexis | 5.00 |
| 05-01-2002 | Lexis | 12.75 |
| 05-01-2002 | Document Preparation | 1.00 |
| 05-02-2002 | Lexis | 4.25 |
| 05-02-2002 | Lexis | 10.00 |
| 05-02-2002 | Lexis | 30.00 |
| 05-02-2002 | Lexis | 106.79 |
| 05-03-2002 | Lexis | 5.00 |
| 05-03-2002 | Lexis | 10.00 |
| 05-04-2002 | Lexis | 10.00 |
| 05-04-2002 | Lexis | 25.00 |
| 05-04-2002 | Lexis | 8.50 |
| 05-09-2002 | Meeting Expense by Mr. L Kasten on 5/6-7/02 for meals in Washington DC for Oral Argument in Court of Appeals for Federal Circuit. | 69.44 |
| 05-09-2002 | Travel Expense by Mr. L Kasten on 5/6-7/02 for travel to Washington DC for Oral Argument in Court of Appeals for Federal Circuit. | 642.69 |
| 05-13-2002 | Outside Messenger Services - VENDOR: Embassy Courier Co. Inc. | 19.00 |
| 05-28-2002 | Copying Expense (Outside Office) - VENDOR: West Group | 140.82 |
| 05-28-2002 | Copying Expense (Outside Office) - VENDOR: West Group Corretion to previous charge | (140.82) |
| 05-31-2002 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 40.64 |
| 05-31-2002 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 35.69 |
| 08-09-2002 | Copying Expense (Outside Office) - VENDOR: Pacer Service Center | 5.39 |
| 10-11-2002 | Photocopying | 1.00 |
| 10-11-2002 | Facsimile Document 1(1202)633-9623 | 0.00 |
| 12-23-2002 | Photocopying | 0.20 |
| 12-23-2002 | Photocopying | 14.80 |
| 12-23-2002 | Photocopying | 1.20 |
| 12-23-2002 | Photocopying | 1.00 |
| 12-26-2002 | Long Distance Telephone 1(202)307-6288 7490 | 0.62 |
| 12-27-2002 | Court Fees - - VENDOR: U.S. Court of Appeals Payment for cassette tape of oral argument | 20.00 |
| 12-27-2002 | Photocopying | 0.20 |
| 12-27-2002 | Photocopying | 0.20 |
| 12-27-2002 | Long Distance Telephone 1(202)633-6550 4609 | 3.73 |
| 01-07-2003 | Photocopying | 0.20 |
| 01-10-2003 | Long Distance Telephone 1(202)312-5520 4609 | 1.86 |
| 01-10-2003 | Facsimile Document 1-202-633-6453 | 0.00 |

| | | |
|---|---|---|
| 01-14-2003 | Long Distance Telephone 1(202)312-5520 4609 | 1.86 |
| 01-14-2003 | Long Distance Telephone 1(202)312-3467 4609 | 1.24 |
| 01-16-2003 | Package/Letter Delivery - VENDOR: Federal Express Corporation | 17.69 |
| 01-20-2003 | Overtime | 52.61 |
| 01-20-2003 | Overtime | 189.39 |
| 01-20-2003 | Westlaw Computer Research | 10.88 |
| 01-20-2003 | Westlaw Computer Research | 4.28 |
| 01-20-2003 | Westlaw Computer Research | 11.36 |
| 01-20-2003 | Westlaw Computer Research | 24.93 |
| 01-20-2003 | Westlaw Computer Research | 31.13 |
| 01-20-2003 | Westlaw Computer Research | 92.24 |
| 01-20-2003 | Photocopying | 4.00 |
| 01-20-2003 | Photocopying | 4.00 |
| 01-20-2003 | Photocopying | 4.80 |
| 01-20-2003 | Photocopying | 84.20 |
| 01-20-2003 | Photocopying | 0.40 |
| 01-23-2003 | Delivery - Federal Express - VENDOR: Federal Express Corporation | 27.69 |
| 01-30-2003 | Delivery - Federal Express - VENDOR: Federal Express Corporation 1/20 | 28.01 |
| 01-30-2003 | Delivery - Federal Express - VENDOR: Federal Express Corporation 1/20 | 37.18 |
| 01-31-2003 | Westlaw Computer Research | 1.96 |
| 01-31-2003 | Westlaw Computer Research | 2.10 |
| 01-31-2003 | Westlaw Computer Research | 3.97 |
| 01-31-2003 | Westlaw Computer Research | 5.23 |
| 01-31-2003 | Westlaw Computer Research | 16.05 |
| 04-07-2003 | Photocopying | 4.00 |
| 04-14-2003 | Photocopying | 0.20 |
| 04-24-2003 | Court Fees - VENDOR: Arizona Supreme Court Clerk Fee for a certificate of good standing for Randy Papetti to go with his app to appear before the US Court of Federal Claims | 17.00 |
| 04-25-2003 | Photocopying | 0.40 |
| 07-10-2003 | Long Distance Telephone 1(202)719-3560 7429 | 0.74 |
| 07-14-2003 | Photocopying | 1.20 |
| 07-29-2003 | Photocopying | 3.20 |
| 08-01-2003 | Photocopying | 6.40 |
| 09-08-2003 | Photocopying | 0.60 |
| 09-11-2003 | Westlaw | 79.96 |
| 09-11-2003 | Westlaw | 34.99 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 09-11-2003 | Westlaw | 5.00 |
| 09-12-2003 | Westlaw | 79.98 |
| 09-12-2003 | Westlaw | 30.00 |
| 09-12-2003 | Westlaw | 39.98 |
| | TOTAL ADVANCES | $ 3,470.96 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCE SUMMARY**

| Description | Amount |
| --- | --- |
| Overtime | 242.00 |
| Pickup and Delivery | 19.00 |
| Delivery - Federal Express | 186.90 |
| Supplies | 69.44 |
| Travel Expense | 945.17 |
| Court Fees | 37.00 |
| Westlaw Computer Research | 614.86 |
| Lexis | 630.35 |
| Long Distance Telephone | 10.05 |
| Document Preparation | 1.00 |
| Copying Expense (Outside Office) | 5.39 |
| Photocopying | 709.80 |
| **Total Advances** | **$ 3,470.96** |

**TOTAL FEES AND ADVANCES** **$3,470.96 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

October 20, 2003
Invoice No. 686456

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH SEPTEMBER 12, 2003

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 05-08-2003 | R. Papetti<br>Work on status report | 0.5 | 145.00 |
| 05-13-2003 | R. Papetti<br>Two telephone conferences with Mr. K. Kessler re joint status report | 0.5 | 145.00 |
| 06-03-2003 | R. Papetti<br>Work on file review and assessment of potential counterclaim | 0.7 | 227.50 |
| 06-27-2003 | R. Papetti<br>Telephone conversation with Mr. K. Kessler | 0.2 | 65.00 |
| 07-21-2003 | R. Papetti<br>Work on application; telephone conference with court | 0.3 | 97.50 |
| 09-12-2003 | R. Papetti<br>Work on motion to dismiss | 1.1 | 357.50 |
| | TOTAL HOURS | 3.3 | |
| | TOTAL FEES | | $ 1,037.50 |

**ADVANCES**

| | | |
|---|---|---|
| 09-12-2003 | Photocopying | 57.20 |
| 09-12-2003 | Photocopying | 0.40 |
| 09-12-2003 | Photocopying | 0.60 |
| 09-12-2003 | Photocopying | 9.20 |

LEWIS AND ROCA LLP LAWYERS



| | |
|---|---|
| TOTAL ADVANCES | $ 67.40 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 290.00 | 1.0 | 290.00 |
| R. Papetti | 325.00 | 2.3 | 747.50 |
| **Total All Timekeepers** | | **3.3** | **$1,037.50** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Photocopying | 67.40 |
| **Total Advances** | **$ 67.40** |

**TOTAL FEES AND ADVANCES** **$1,104.90**
**(U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

December 18, 2003
Invoice No. 691586

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH OCTOBER 6, 2003

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 09-11-2003 | R. Papetti<br>Work on motion to dismiss | 2.0 | 650.00 |
| 10-06-2003 | R. Papetti<br>Calculate due dates | 0.3 | 97.50 |
| | TOTAL HOURS | 2.3 | |
| | TOTAL FEES | | $ 747.50 |

**ADVANCES**

| | | |
|---|---|---|
| 09-12-2003 | Fedex | 27.65 |
| 11-06-2003 | Other Disbursements - - VENDOR:Pacer Service Center | 0.49 |
| 11-07-2003 | Long Distance Telephone 1(202)307-6288 5337 | 2.21 |
| | TOTAL ADVANCES | $ 30.35 |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| ACCOUNT NO. | 14863-00015 |
| Invoice No. | 691586 |
| December 18, 2003 | Page 2 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 325.00 | 2.3 | 747.50 |
| **Total All Timekeepers** | | **2.3** | **$747.50** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Federal Express | 27.65 |
| Other Disbursements | 0.49 |
| Long Distance Telephone | 2.21 |
| **Total Advances** | **$ 30.35** |

**TOTAL FEES AND ADVANCES** **$777.85 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

May 7, 2004
Invoice No. 703420

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH APRIL 30, 2004

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 04-29-2004 | D. Weinzweig<br>Office conference with Mr. R. Papetti re status and strategy; review motion; review response; review previous DC Circuit opinion; check court rules re procedure; draft chronology of procedure; draft notes of arguments in respective forums | 4.2 | 882.00 |
| 04-30-2004 | D. Weinzweig<br>Review remainder of briefing; review two earlier Arizona district court opinions; review portions of defendant's counterclaim; review earlier motions in Arizona district court; legal research re res judicata, statute of limitations as decision on the merits, test for same cause of action, claim splitting; draft reply to response to motion to dismiss | 6.6 | 1,386.00 |
| 04-30-2004 | D. Weinzweig<br>Review and revise reply; additional legal research re statute of limitations | 1.0 | 210.00 |
| | TOTAL HOURS | 11.8 | |
| | TOTAL FEES | | $ 2,478.00 |

**ADVANCES**

| | | |
|---|---|---|
| 04-14-2004 | Fedex | 17.42 |
| 04-14-2004 | Photocopying | 4.00 |
| 04-14-2004 | Photocopying | 0.40 |
| 04-14-2004 | Long Distance Telephone 1(202)307-6288 7429 | 0.99 |
| 04-21-2004 | Long Distance Telephone 1(202)305-7562 7429 | 0.99 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 04-22-2004 | Fedex | 17.42 |
| 04-22-2004 | Photocopying | 3.40 |
| 04-29-2004 | Photocopying | 12.40 |

| | |
|---|---|
| TOTAL ADVANCES | $ 57.02 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| D. Weinzweig | 210.00 | 11.8 | 2,478.00 |
| **Total All Timekeepers** | | **11.8** | **$2,478.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Federal Express | 34.84 |
| Long Distance Telephone | 1.98 |
| Photocopying | 20.20 |
| **Total Advances** | **$ 57.02** |

**TOTAL FEES AND ADVANCES** **$2,535.02**
**(U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

June 11, 2004
Invoice No. 705897

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MAY 20, 2004

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 05-01-2004 | R. Papetti<br>Work on reply brief | 4.6 | 1,495.00 |
| 05-01-2004 | D. Weinzweig<br>Revise reply brief; additional legal research re res judicata and statute of limitations | 1.5 | 315.00 |
| 05-14-2004 | R. Papetti<br>Review documents related to settlement | 0.6 | 195.00 |
| 05-17-2004 | D. Weinzweig<br>Review court order re motion to dismiss; review portions of reply in support of motion to dismiss | 0.3 | 63.00 |
| 05-18-2004 | R. Papetti<br>Review court order; strategy re available options | 0.9 | 292.50 |
| 05-20-2004 | R. Papetti<br>Prepare for and participate in telephone call re settlement and cypres distribution | 2.2 | 715.00 |
| | TOTAL HOURS | 10.1 | |
| | TOTAL FEES | | $ 3,075.50 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 04-29-2004 | Photocopying | 18.60 |
| 05-01-2004 | Fedex | 26.21 |
| 05-01-2004 | Photocopying | 8.80 |
| 05-01-2004 | Photocopying | 4.80 |
| 05-01-2004 | Photocopying | 2.00 |
| 05-18-2004 | Photocopying | 0.60 |

TOTAL ADVANCES $ 61.01

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 705897
June 11, 2004


**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 325.00 | 8.3 | 2,697.50 |
| D. Weinzweig | 210.00 | 1.8 | 378.00 |
| **Total All Timekeepers** | | **10.1** | **$3,075.50** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Federal Express | 26.21 |
| Photocopying | 34.80 |
| **Total Advances** | **$ 61.01** |

**TOTAL FEES AND ADVANCES** **$3,136.51 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**