# EXHIBIT A - 4

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

October 26, 2004
Invoice No. 717868

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH SEPTEMBER 24, 2004

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 06-07-2004 | J. Hauer<br>Westlaw research | 0.6 | 78.00 |
| 06-09-2004 | J. Hauer<br>Case research | 1.1 | 143.00 |
| 06-10-2004 | J. Hauer<br>Research | 2.3 | 299.00 |
| 06-11-2004 | J. Hauer<br>Research | 3.8 | 494.00 |
| 06-14-2004 | J. Hauer<br>Research and write memo | 4.3 | 559.00 |
| 06-15-2004 | J. Hauer<br>Research | 5.6 | 728.00 |
| 06-17-2004 | J. Hauer<br>Research and writing | 3.5 | 455.00 |
| 06-17-2004 | J. Hauer<br>Write memo | 0.5 | 65.00 |
| 06-18-2004 | J. Hauer<br>Research rescission | 0.4 | 52.00 |
| 06-18-2004 | J. Hauer<br>Research rescission | 1.2 | 156.00 |
| 06-21-2004 | J. Hauer | 1.2 | 156.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Rescission research | | |
| 06-21-2004 | J. Hauer<br>Write memo | 2.7 | 351.00 |
| 06-22-2004 | J. Hauer<br>Write memo | 2.5 | 325.00 |
| 06-23-2004 | J. Hauer<br>Research restitution | 2.5 | 325.00 |
| 06-28-2004 | J. Hauer<br>Finish memo | 5.4 | 702.00 |
| 06-30-2004 | J. Hauer<br>Revise memo | 1.3 | 169.00 |
| 07-08-2004 | R. Papetti<br>Work out disclosure issues | 0.2 | 70.00 |
| 07-19-2004 | R. Papetti<br>Work on disclosure statement | 0.5 | 175.00 |
| 09-22-2004 | D. James<br>Review file and pleadings re case background | 1.5 | 187.50 |
| 09-23-2004 | D. James<br>Work on response to interrogatories and request for production | 1.2 | 150.00 |
| 09-24-2004 | D. James<br>Work on response to interrogatories and request for production | 4.2 | 525.00 |
| | TOTAL HOURS | 46.5 | |
| | TOTAL FEES | | $ 6,164.50 |

**ADVANCES**

| | | |
|---|---|---|
| 06-01-2004 | Long Distance Telephone 1(202)219-9546 7429 | 1.98 |
| 06-01-2004 | Long Distance Telephone 1(202)219-9657 LOST | 1.98 |
| 06-07-2004 | Photocopying | 0.80 |
| 06-07-2004 | Long Distance Telephone 1(202)305-7562 5337 | 1.98 |

| | | |
|---|---|---|
| 06-10-2004 | Westlaw | 1.36 |
| 06-10-2004 | Westlaw | 3.79 |
| 06-10-2004 | Westlaw | 13.88 |
| 06-10-2004 | Westlaw | 23.36 |
| 06-14-2004 | Westlaw | 2.00 |
| 06-14-2004 | Westlaw | 5.70 |
| 06-14-2004 | Westlaw | 63.37 |
| 06-14-2004 | Westlaw | 18.55 |
| 06-14-2004 | Westlaw | 2.20 |
| 06-14-2004 | Westlaw | 6.25 |
| 06-14-2004 | Westlaw | 15.56 |
| 06-14-2004 | Westlaw | 47.17 |
| 06-15-2004 | Westlaw | 14.31 |
| 06-15-2004 | Westlaw | 40.45 |
| 06-15-2004 | Westlaw | 392.19 |
| 06-15-2004 | Westlaw | 28.76 |
| 06-15-2004 | Westlaw | 144.94 |
| 06-15-2004 | Westlaw | 5.91 |
| 06-15-2004 | Westlaw | 47.28 |
| 06-15-2004 | Photocopying | 0.20 |
| 06-17-2004 | Westlaw | 18.16 |
| 06-17-2004 | Westlaw | 51.50 |
| 06-17-2004 | Westlaw | 635.61 |
| 06-17-2004 | Westlaw | 137.43 |
| 06-17-2004 | Westlaw | 29.55 |
| 06-17-2004 | Westlaw | 3.87 |
| 06-17-2004 | Westlaw | 15.00 |
| 06-18-2004 | Westlaw | 8.72 |
| 06-18-2004 | Westlaw | 24.75 |
| 06-18-2004 | Westlaw | 63.70 |
| 06-18-2004 | Westlaw | 163.55 |
| 06-18-2004 | Westlaw | 22.36 |
| 06-18-2004 | Westlaw | 9.04 |
| 06-18-2004 | Westlaw | 11.82 |
| 06-18-2004 | Westlaw | 3.87 |
| 06-18-2004 | Westlaw | 10.00 |
| 06-21-2004 | Westlaw | 21.76 |
| 06-21-2004 | Westlaw | 61.90 |
| 06-21-2004 | Westlaw | 128.07 |
| 06-21-2004 | Westlaw | 20.85 |
| 06-21-2004 | Westlaw | 8.49 |
| 06-21-2004 | Westlaw | 464.15 |

| | | |
|---|---|---|
| 06-21-2004 | Westlaw | 11.82 |
| 06-22-2004 | Westlaw | 27.53 |
| 06-22-2004 | Westlaw | 78.27 |
| 06-22-2004 | Westlaw | 253.81 |
| 06-22-2004 | Westlaw | 509.05 |
| 06-22-2004 | Westlaw | 129.34 |
| 06-23-2004 | Westlaw | 3.82 |
| 06-23-2004 | Westlaw | 10.84 |
| 06-23-2004 | Westlaw | 9.60 |
| 06-23-2004 | Westlaw | 90.47 |
| 06-23-2004 | Westlaw | 8.63 |
| 06-28-2004 | Westlaw | 1.14 |
| 07-08-2004 | Photocopying | 3.20 |
| 07-08-2004 | Facsimile Document 1(1202)305-7643 | 0.00 |
| 07-08-2004 | Facsimile Document 1(1202)305-7643 | 0.00 |
| 07-09-2004 | Photocopying | 1.20 |
| 07-09-2004 | Long Distance Telephone 1(202)305-7562 7429 | 0.99 |
| 07-09-2004 | Long Distance Telephone 1(202)305-7562 7429 | 1.98 |
| 07-12-2004 | Long Distance Telephone 1(202)305-7562 7429 | 1.98 |
| 07-12-2004 | Long Distance Telephone 1(202)305-7562 7429 | 0.99 |
| 07-19-2004 | Fedex | 27.64 |
| 07-19-2004 | Photocopying | 2.40 |
| 08-10-2004 | Miscellaneous by Mr. L Kasten on 5/6/02 for upgrade for airline through St. Louis, MO | 32.29 |
| 08-26-2004 | Long Distance Telephone 1(202)305-7562 7429 | 2.97 |
| 09-07-2004 | Photocopying | 7.80 |
| 09-15-2004 | Photocopying | 1.20 |
| 09-23-2004 | Photocopying | 17.40 |
| 09-24-2004 | Photocopying | 7.80 |
| 09-24-2004 | Photocopying | 3.20 |
| 09-24-2004 | Photocopying | 2.00 |

TOTAL ADVANCES $ 4,047.48

LEWIS AND ROCA LLP
LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 717868
October 26, 2004 

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 350.00 | 0.7 | 245.00 |
| D. James | 125.00 | 6.9 | 862.50 |
| J. Hauer | 130.00 | 38.9 | 5,057.00 |
| **Total All Timekeepers** | | **46.5** | **$6,164.50** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Federal Express | 27.64 |
| Westlaw Computer Research | 3,925.50 |
| Long Distance Telephone | 14.85 |
| Other | 32.29 |
| Photocopying | 47.20 |
| **Total Advances** | **$ 4,047.48** |

**TOTAL FEES AND ADVANCES** **$10,211.98 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

January 21, 2005
Invoice No. 725141

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH DECEMBER 29, 2004

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 10-05-2004 | R. Papetti<br>Work on settlement filing and relay comments to client | 3.1 | 1,085.00 |
| 10-12-2004 | R. Papetti<br>Work on discovery; review court order | 0.3 | 105.00 |
| 10-12-2004 | D. James<br>Work on response to interrogatories | 2.1 | 262.50 |
| 10-13-2004 | R. Papetti<br>Prepare for hearing; telephone conference with client; telephone conference with Mr. R. Hipp | 1.2 | 420.00 |
| 10-13-2004 | D. James<br>Work on answers to interrogatories | 3.5 | 437.50 |
| 10-15-2004 | R. Papetti<br>Dictate letter to Mr. W. Grantham | 0.2 | 70.00 |
| 10-19-2004 | T. Weaver<br>Conference with Mr. R. Papetti re case status and settlement memorandum; Review of legal and factual documents in file; review of related Aero Union case; | 5.3 | 1,060.00 |
| 10-19-2004 | D. James<br>Compile documents for Mr. T. Weaver | 0.3 | 37.50 |
| 10-20-2004 | R. Papetti<br>Draft letter to Mr. W. Grantham; work with Mr. T. Weaver | 1.3 | 455.00 |
| 10-20-2004 | T. Weaver | 6.8 | 1,360.00 |

| | | | |
|---|---|---|---|
| | Research re grounding of C-130A aircraft; research re case law on 40 USC 484; review of factual and legal documents in file; | | |
| 10-21-2004 | T. Weaver<br>Research re grounding of C-130A's; telephone conference with Ms. M. Mendez re grounding of C-130A; telephone conference with Ms. M. Mendez re factual questions; review of fax from Ms. M. Mendez; research re bona fide purchasers of surplus government property | 7.5 | 1,500.00 |
| 10-22-2004 | R. Papetti<br>Work on settlement issues | 0.4 | 140.00 |
| 10-22-2004 | T. Weaver<br>Research re bona fide purchasers under the FPASA; preparing section of settlement memorandum re legal argument that the FPASA protects Grantham; review of fax from Ms. M. Mendez; telephone conference with Ms. M. Mendez | 6.9 | 1,380.00 |
| 10-25-2004 | R. Papetti<br>Work on mediation issues | 0.8 | 280.00 |
| 10-25-2004 | T. Weaver<br>Preparing settlement memorandum; research re bona fide purchaser; research re rescission and restitution | 5.9 | 1,180.00 |
| 10-26-2004 | T. Weaver<br>Research re rescission and restitution and government contracts | 6.8 | 1,360.00 |
| 10-27-2004 | T. Weaver<br>Research re illegal and/or unauthorized contract with the government; research re rescission and restitution; preparing section of Settlement memorandum re same | 4.9 | 980.00 |
| 10-28-2004 | T. Weaver<br>Preparing settlement memorandum; research re void contracts and the acts of government employees | 2.9 | 580.00 |
| 10-29-2004 | T. Weaver<br>Preparing settlement memorandum | 4.6 | 920.00 |
| 11-01-2004 | T. Weaver<br>Preparing settlement memorandum; telephone conference with Ms. M. Mendez re the history of the use of the three exchanged planes | 2.9 | 580.00 |
| 11-02-2004 | T. Weaver | 4.1 | 820.00 |

| | | | |
|---|---|---|---|
| | Preparing settlement memorandum; telephone conference with Ms. M. Mendez re foreign use of C-130A's | | |
| 11-02-2004 | D. James<br>Compile documents for Mr. T. Weaver | 0.4 | 50.00 |
| 11-03-2004 | T. Weaver<br>Preparing settlement memorandum and appendix to settlement memorandum; | 1.1 | 220.00 |
| 11-03-2004 | D. James<br>Compile documents for Mr. T. Weaver | 0.5 | 62.50 |
| 11-04-2004 | T. Weaver<br>Preparing Settlement memorandum | 2.5 | 500.00 |
| 11-08-2004 | T. Weaver<br>Preparing answers to interrogatories | 1.3 | 260.00 |
| 11-09-2004 | R. Papetti<br>Draft letter to Mr. R. Hipp; work on settlement letter | 0.8 | 280.00 |
| 11-09-2004 | T. Weaver<br>Preparing answers to interrogatories and request for production of documents | 3.5 | 700.00 |
| 11-12-2004 | T. Weaver<br>Review fax from Ms. M. Mendez | 0.1 | 20.00 |
| 11-15-2004 | R. Papetti<br>Telephone conference with Mr. R. Hipp; review stipulation; meet with Mr. T. Weaver | 1.0 | 350.00 |
| 11-16-2004 | R. Papetti<br>Work on settlement brief issues | 0.3 | 105.00 |
| 11-16-2004 | T. Weaver<br>Review and analysis of financial documents received from IAR for incorporation into the settlement memorandum; preparation of the settlement memorandum | 1.9 | 380.00 |
| 11-17-2004 | T. Weaver<br>Preparing updating memo re financial documents received from IAR | 0.4 | 80.00 |
| 11-17-2004 | D. James | 1.9 | 237.50 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Telephone Call to Pima Museum re Airplane; Telephone call to Flame Museum re airplanes; review documents | | |
| 11-18-2004 | R. Papetti<br>Review and authorize motion to vacate settlement conference | 0.3 | 105.00 |
| 11-18-2004 | T. Weaver<br>Preparing settlement memorandum | 4.2 | 840.00 |
| 11-18-2004 | D. James<br>Review documents; telephone call to Molly re documents; telephone call to Pima Museum re airplane | 0.4 | 50.00 |
| 11-19-2004 | T. Weaver<br>Research re Restatement of contracts and restitution; preparing settlement memorandum; telephone conference with Ms. M. Mendez re documentation of improvements to the C-130A aircraft | 5.3 | 1,060.00 |
| 11-22-2004 | R. Papetti<br>Work on settlement letter | 0.7 | 245.00 |
| 11-22-2004 | T. Weaver<br>Preparing settlement memorandum; telephone conference with Mr. W. Grantham | 4.1 | 820.00 |
| 11-23-2004 | T. Weaver<br>Preparing settlement memorandum | 2.8 | 560.00 |
| 11-23-2004 | D. James<br>Compile documents for Mr. T. Weaver | 0.4 | 50.00 |
| 11-29-2004 | R. Papetti<br>Telephone conference with Mr. W. Grantham | 0.2 | 70.00 |
| 11-30-2004 | R. Papetti<br>Work on settlement letter | 0.2 | 70.00 |
| 12-02-2004 | R. Papetti<br>Correspond with client re materials needed | 0.3 | 105.00 |
| 12-10-2004 | R. Papetti<br>Work on settlement letter | 0.8 | 280.00 |
| 12-17-2004 | R. Papetti | 2.1 | 735.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Work on draft settlement letter | | |
| 12-20-2004 | R. Papetti<br>Work on settlement letter | 5.7 | 1,995.00 |
| 12-21-2004 | R. Papetti<br>Work on settlement brief | 3.1 | 1,085.00 |
| 12-29-2004 | R. Papetti<br>Work on settlement letter with Mr. W. Grantham | 0.6 | 210.00 |
| | TOTAL HOURS | 118.7 | |
| | TOTAL FEES | | $ 26,537.50 |

**ADVANCES**

| | | |
|---|---|---|
| 10-08-2004 | Long Distance Telephone 1(520)796-5188 5337 | 0.56 |
| 10-12-2004 | Fedex | 17.87 |
| 10-12-2004 | Fedex | 17.87 |
| 10-12-2004 | Photocopying | 0.80 |
| 10-12-2004 | Photocopying | 2.00 |
| 10-12-2004 | Photocopying | 4.00 |
| 10-13-2004 | Photocopying | 0.20 |
| 10-13-2004 | Long Distance Telephone 1(202)219-9546 7429 | 2.97 |
| 10-13-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 10-15-2004 | Photocopying | 0.80 |
| 10-15-2004 | Photocopying | 2.20 |
| 10-15-2004 | Long Distance Telephone 1(202)307-0277 7429 | 0.99 |
| 10-15-2004 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 10-18-2004 | Long Distance Telephone 1(202)305-3091 5337 | 0.99 |
| 10-19-2004 | Westlaw | 1.63 |
| 10-19-2004 | Westlaw | 14.45 |
| 10-19-2004 | Westlaw | 11.84 |
| 10-19-2004 | Westlaw | 3.87 |
| 10-19-2004 | Westlaw | 10.02 |
| 10-19-2004 | Photocopying | 43.00 |
| 10-19-2004 | Long Distance Telephone 1(202)305-3091 5337 | 9.90 |
| 10-20-2004 | Westlaw | 4.60 |
| 10-20-2004 | Westlaw | 13.09 |
| 10-20-2004 | Westlaw | 192.31 |
| 10-20-2004 | Westlaw | 19.63 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 10-20-2004 | Westlaw | 71.04 |
| 10-20-2004 | Westlaw | 7.74 |
| 10-20-2004 | Westlaw | 25.05 |
| 10-20-2004 | Photocopying | 1.00 |
| 10-20-2004 | Photocopying | 6.20 |
| 10-20-2004 | Photocopying | 9.40 |
| 10-20-2004 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 10-21-2004 | Westlaw | 1.37 |
| 10-21-2004 | Westlaw | 3.93 |
| 10-21-2004 | Westlaw | 34.53 |
| 10-21-2004 | Westlaw | 41.44 |
| 10-21-2004 | Westlaw | 40.08 |
| 10-21-2004 | Long Distance Telephone 1(520)796-5188 5337 | 1.68 |
| 10-21-2004 | Long Distance Telephone 1(520)796-5188 5315 | 0.84 |
| 10-22-2004 | Photocopying | 0.60 |
| 10-22-2004 | Photocopying | 0.20 |
| 10-22-2004 | Photocopying | 3.20 |
| 10-22-2004 | Photocopying | 0.40 |
| 10-22-2004 | Long Distance Telephone 1(520)796-5188 5315 | 2.24 |
| 10-25-2004 | Long Distance Telephone 1(202)457-6453 5315 | 0.99 |
| 10-25-2004 | Long Distance Telephone 1(202)457-4653 5315 | 1.98 |
| 10-25-2004 | Long Distance Telephone 1(202)457-6453 5315 | 3.96 |
| 10-26-2004 | Westlaw | 216.30 |
| 10-26-2004 | Westlaw | 3.10 |
| 10-26-2004 | Westlaw | 8.83 |
| 10-26-2004 | Westlaw | 13.66 |
| 10-26-2004 | Westlaw | 11.02 |
| 10-26-2004 | Westlaw | 147.98 |
| 10-26-2004 | Westlaw | 65.12 |
| 10-26-2004 | Westlaw | 3.87 |
| 10-26-2004 | Westlaw | 15.03 |
| 10-27-2004 | Westlaw | 4.16 |
| 10-27-2004 | Westlaw | 11.77 |
| 10-27-2004 | Westlaw | 17.39 |
| 10-27-2004 | Westlaw | 55.71 |
| 10-27-2004 | Westlaw | 69.76 |
| 10-27-2004 | Westlaw | 35.52 |
| 10-27-2004 | Westlaw | 72.10 |
| 10-27-2004 | Photocopying | 0.20 |
| 10-29-2004 | Westlaw | 11.10 |
| 10-29-2004 | Westlaw | 1.89 |
| 10-29-2004 | Westlaw | 5.01 |

| | | |
|---|---|---|
| 11-01-2004 | Photocopying | 8.00 |
| 11-01-2004 | Long Distance Telephone 1(520)796-5188 5315 | 3.64 |
| 11-02-2004 | Photocopying | 9.40 |
| 11-02-2004 | Long Distance Telephone 1(520)796-5188 5315 | 0.56 |
| 11-03-2004 | Photocopying | 3.00 |
| 11-03-2004 | Photocopying | 2.40 |
| 11-03-2004 | Photocopying | 0.80 |
| 11-04-2004 | Photocopying | 14.80 |
| 11-09-2004 | Photocopying | 0.80 |
| 11-09-2004 | Long Distance Telephone 1(520)796-5188 5315 | 3.08 |
| 11-09-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 11-12-2004 | Long Distance Telephone 1(202)307-0277 5337 | 5.94 |
| 11-15-2004 | Long Distance Telephone 1(202)307-0277 5337 | 1.98 |
| 11-16-2004 | Long Distance Telephone 1(520)796-5188 5315 | 1.40 |
| 11-17-2004 | Long Distance Telephone 1(909)597-3722 5204 | 2.97 |
| 11-17-2004 | Long Distance Telephone 1(520)574-0462 5204 | 0.91 |
| 11-17-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 11-18-2004 | Westlaw | 35.64 |
| 11-18-2004 | Westlaw | 3.88 |
| 11-18-2004 | Westlaw | 55.22 |
| 11-18-2004 | Westlaw | 34.71 |
| 11-18-2004 | Westlaw | 8.22 |
| 11-18-2004 | Long Distance Telephone 1(520)618-4803 5204 | 0.41 |
| 11-18-2004 | Long Distance Telephone 1(520)796-5188 5204 | 0.84 |
| 11-18-2004 | Long Distance Telephone 1(520)248-0870 5204 | 0.41 |
| 11-19-2004 | Westlaw | 11.88 |
| 11-19-2004 | Westlaw | 3.88 |
| 11-19-2004 | Westlaw | 45.18 |
| 11-22-2004 | Westlaw | 1.13 |
| 11-22-2004 | Westlaw | 3.20 |
| 11-22-2004 | Westlaw | 55.36 |
| 11-22-2004 | Westlaw | 3.13 |
| 11-22-2004 | Westlaw | 23.76 |
| 11-22-2004 | Westlaw | 20.08 |
| 11-23-2004 | Photocopying | 6.20 |
| 11-23-2004 | Photocopying | 10.60 |
| 11-23-2004 | Photocopying | 0.20 |
| 12-09-2004 | Westlaw | 229.95 |
| 12-20-2004 | Westlaw | 5.07 |
| 12-20-2004 | Westlaw | 14.44 |
| 12-20-2004 | Westlaw | 134.67 |
| 12-20-2004 | Westlaw | 18.43 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 12-20-2004 | Westlaw | 8.81 |
| 12-20-2004 | Westlaw | 83.24 |
| 12-20-2004 | Westlaw | 47.45 |
| 12-20-2004 | Westlaw | 2.49 |
| 12-21-2004 | Westlaw | 1.21 |
| 12-21-2004 | Westlaw | 3.50 |
| 12-21-2004 | Westlaw | 27.18 |
| 12-21-2004 | Westlaw | 8.66 |
| 12-22-2004 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 12-29-2004 | Photocopying | 4.20 |
| 12-29-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |

TOTAL ADVANCES $ 2,375.89

LEWIS AND ROCA LLP LAWYERS



## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 350.00 | 23.4 | 8,190.00 |
| T. Weaver | 200.00 | 85.8 | 17,160.00 |
| D. James | 125.00 | 9.5 | 1,187.50 |
| **Total All Timekeepers** | | **118.7** | **$26,537.50** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Federal Express | 35.74 |
| Westlaw Computer Research | 2,156.31 |
| Long Distance Telephone | 49.24 |
| Photocopying | 134.60 |
| **Total Advances** | **$ 2,375.89** |

**TOTAL FEES AND ADVANCES** **$28,913.39 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**