# EXHIBIT A - 5

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

February 28, 2005
Invoice No. 728716

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JANUARY 24, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 01-04-2005 | R. Papetti<br>Work with Ms. A. Grignan re research on Espionage Act | 0.5 | 175.00 |
| 01-04-2005 | A. Ponce<br>Discussion with Mr. R. Papetti re memo on Espionage Act for letter to opposing counsel as part of settlement negotiations; reading opposing counsel's letter, draft letter and cases previously researched by other associate | 0.3 | 51.00 |
| 01-05-2005 | A. Ponce<br>Reading and researching materials on Espionage Act for Memorandum | 1.3 | 201.00 |
| 01-06-2005 | A. Ponce<br>Researching and drafting memorandum on Espionage Act | 2.5 | 376.50 |
| 01-07-2005 | A. Ponce<br>Researching cases on Westlaw and reading cases for memo on Espionage Act | 1.7 | 256.50 |
| 01-10-2005 | A. Ponce<br>Researching and writing Espionage Act memorandum. | 2.2 | 327.00 |
| 01-11-2005 | A. Ponce<br>Researching and writing Espionage Act memorandum. | 2.7 | 402.00 |
| 01-12-2005 | A. Ponce<br>Researching and writing Espionage Act memorandum. | 2.7 | 408.00 |
| 01-13-2005 | A. Ponce<br>Researching and writing Espionage Act memorandum. | 2.6 | 393.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| 01-14-2005 | A. Ponce<br>Researching and writing Espionage Act memo. | 2.0 | 301.50 |
| 01-16-2005 | A. Ponce<br>Researching and writing Espionage Act memorandum. | 2.1 | 307.50 |
| 01-17-2005 | A. Ponce<br>Researching and writing Espionage Act memo. | 1.8 | 276.00 |
| 01-18-2005 | A. Ponce<br>Researching and writing Espionage Act memo. | 2.8 | 412.50 |
| 01-19-2005 | A. Ponce<br>Researching and writing memorandum on the Espionage Act. | 3.3 | 498.00 |
| 01-20-2005 | R. Papetti<br>Work with Ms. A. Grignon re espionage act issue | 0.4 | 140.00 |
| 01-20-2005 | A. Ponce<br>Researching and writing memorandum on Espionage Act. | 2.7 | 397.50 |
| 01-21-2005 | A. Ponce<br>Researching and writing memo on Espionage Act. | 1.6 | 241.50 |
| 01-22-2005 | A. Ponce<br>Researching and writing memorandum on Espionage Act | 3.7 | 547.50 |
| 01-23-2005 | A. Ponce<br>Researching and writing memorandum on Espionage Act | 2.0 | 301.50 |
| 01-24-2005 | R. Papetti<br>Work with Ms. A. Grignan on espionage act issues | 0.2 | 70.00 |
| 01-24-2005 | A. Ponce<br>Researching and writing memo on Espionage Act; editing and proofreading memo. | 2.0 | 301.50 |
| | TOTAL HOURS | 41.1 | |
| | TOTAL FEES | | $ 6,385.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 10-05-2004 | Outside Professional Services - - VENDOR:Pacer Service Center | 0.56 |
| 01-03-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 01-04-2005 | Photocopying | 6.60 |
| 01-04-2005 | Photocopying | 0.80 |
| 01-20-2005 | Photocopying | 14.40 |
| 01-26-2005 | Photocopying | 2.60 |
| 02-07-2005 | Photocopying | 8.40 |
| | TOTAL ADVANCES | $ 33.36 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 350.00 | 1.1 | 385.00 |
| A. Ponce | 150.00 | 40.0 | 6,000.00 |
| **Total All Timekeepers** | | **41.1** | **$6,385.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Outside Professional Services | 0.56 |
| Photocopying | 32.80 |
| **Total Advances** | **$ 33.36** |

**TOTAL FEES AND ADVANCES** **$6,418.36 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

April 6, 2005
Invoice No. 731977

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MARCH 10, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 03-10-2005 | R. Papetti<br>Telephone conference with Mr. W. Grantham; work on scheduling deposition | 0.4 | 140.00 |
| | TOTAL HOURS | 0.4 | |
| | TOTAL FEES | | $ 140.00 |

**ADVANCES**

| | | |
|---|---|---|
| 02-22-2005 | Long Distance Telephone 1(202)307-0277 5337 | 5.94 |
| 02-23-2005 | Photocopying | 1.60 |
| 02-23-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 03-17-2005 | Photocopying | 0.20 |
| 03-29-2005 | Photocopying | 12.40 |
| 03-29-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.56 |
| 03-30-2005 | Photocopying | 0.40 |
| 03-31-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.28 |
| | TOTAL ADVANCES | $ 21.38 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 731977
April 6, 2005


**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 350.00 | 0.4 | 140.00 |
| **Total All Timekeepers** | | **0.4** | **$140.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 6.78 |
| Photocopying | 14.60 |
| **Total Advances** | **$ 21.38** |

**TOTAL FEES AND ADVANCES** **$161.38 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

May 9, 2005
Invoice No. 735593

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH APRIL 14, 2005

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 04-04-2005 | R. Papetti<br>Prepare for and attend deposition of Mr. W. Grantham | 3.9 | 1,365.00 |
| 04-14-2005 | R. Papetti<br>Telephone call to Mr. R. Hipp | 0.1 | 35.00 |
| | TOTAL HOURS | 4.0 | |
| | TOTAL FEES | | $ 1,400.00 |

**ADVANCES**

| | | |
|---|---|---|
| 03-30-2005 | Service of Process - - VENDOR:E-Z Messenger Attorney Service | 31.75 |
| 04-25-2005 | Photocopying | 0.40 |
| 04-25-2005 | Photocopying | 0.20 |
| 04-28-2005 | Reporting Services and Transcript - - VENDOR:Griffin and Associates Court Reporters | 117.00 |
| | TOTAL ADVANCES | $ 149.35 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 735593
May 9, 2005 Page 2

## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 350.00 | 4.0 | 1,400.00 |
| **Total All Timekeepers** | | **4.0** | **$1,400.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Service of Process | 31.75 |
| Reporting Services and Transcript | 117.00 |
| Photocopying | 0.60 |
| **Total Advances** | **$ 149.35** |

**TOTAL FEES AND ADVANCES** **$1,549.35 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

June 28, 2005
Invoice No. 739069

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MAY 17, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 05-09-2005 | R. Papetti<br>Telephone conference with Mr. W. Grantham re settlement offer | 0.3 | 105.00 |
| 05-17-2005 | R. Papetti<br>Telephone conference with Mr. W. Grantham | 0.2 | 70.00 |
| | TOTAL HOURS | 0.5 | |
| | TOTAL FEES | | $ 175.00 |

**ADVANCES**

| | | |
|---|---|---|
| 05-05-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 05-09-2005 | Photocopying | 1.80 |
| | TOTAL ADVANCES | $ 1.80 |

LEWIS AND ROCA LLP LAWYERS



## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 350.00 | 0.5 | 175.00 |
| **Total All Timekeepers** | | **0.5** | **$175.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Photocopying | 1.80 |
| **Total Advances** | **$ 1.80** |

**TOTAL FEES AND ADVANCES** **$176.80 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

July 19, 2005
Invoice No. 740457

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JUNE 8, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 06-08-2005 | R. Papetti<br>Correspond with Mr. R. Hipp re settlement conference | 0.3 | 111.00 |
| | TOTAL HOURS | 0.3 | |
| | TOTAL FEES | | $ 111.00 |

**ADVANCES**

| | | |
|---|---|---|
| 06-13-2005 | Photocopying | 2.40 |
| | TOTAL ADVANCES | $ 2.40 |

LEWIS AND ROCA LLP LAWYERS



## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 0.3 | 111.00 |
| **Total All Timekeepers** | | **0.3** | **$111.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Photocopying | 2.40 |
| **Total Advances** | **$ 2.40** |

**TOTAL FEES AND ADVANCES** **$113.40 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

August 18, 2005
Invoice No. 743566

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JULY 28, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 07-05-2005 | R. Papetti<br>Prepare for status and settlement hearing | 2.0 | 740.00 |
| 07-07-2005 | R. Papetti<br>Prepare for and attend status conference call | 1.0 | 370.00 |
| 07-19-2005 | A. Ponce<br>Talk to R. Papetti regarding letter revision to include analysis on non-applicability of espionage act; read over prior memo on espionage act; read over letter to edit; edit letter. | 3.1 | 589.00 |
| 07-20-2005 | A. Ponce<br>Edit letter to Roger Hipp to send to judge. | 3.2 | 608.00 |
| 07-21-2005 | A. Ponce<br>Edit letter to Judge Miller. | 4.3 | 817.00 |
| 07-28-2005 | A. Ponce<br>Revise settlement letter for judge. | 1.5 | 285.00 |
| | TOTAL HOURS | 15.1 | |
| | TOTAL FEES | | $ 3,409.00 |

**ADVANCES**

| | | |
|---|---|---|
| 07-01-2005 | Long Distance Telephone 1(202)357-6541 7429 | 3.96 |
| 07-05-2005 | Long Distance Telephone 1(202)357-6540 7429 | 0.99 |
| 07-19-2005 | Photocopying | 0.20 |

LEWIS AND ROCA LLP LAWYERS



| | |
|---|---|
| TOTAL ADVANCES | $ 5.15 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 3.0 | 1,110.00 |
| A. Ponce | 190.00 | 12.1 | 2,299.00 |
| **Total All Timekeepers** | | **15.1** | **$3,409.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 4.95 |
| Photocopying | 0.20 |
| **Total Advances** | **$ 5.15** |

**TOTAL FEES AND ADVANCES** **$3,414.15 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**