# EXHIBIT A - 6

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

September 20, 2005
Invoice No. 746222

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2005

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 08-02-2005 | A. Ponce<br>Talk to C. Hanger about sending settlement letter to judge; email to R. Papetti with follow up questions about letter; call from R. Papetti about sending letter. | 0.2 | 38.00 |
| 08-04-2005 | A. Ponce<br>Prepare, edit mediation letter for judge. | 1.0 | 190.00 |
| 08-19-2005 | R. Papetti<br>Review status and correspondence | 0.2 | 74.00 |
| 08-29-2005 | R. Papetti<br>Prepare for and participate in telephone conference with settlement judge; telephone conference with Mr. R. Hipp | 1.1 | 407.00 |
| 08-29-2005 | A. Ponce<br>Correspondence from R. Papetti regarding discussion with settlement judge. | 0.1 | 19.00 |
| 08-30-2005 | N. Kale<br>Review issues regarding document production with Ms. C. Anderson; review deposition of Mr. W. Grantham | 1.4 | 231.00 |
| 08-31-2005 | N. Kale<br>Review document production issues with Mr. R. Papetti; continued review of Mr. W. Grantham deposition and prepare outline of discovery logistics | 0.2 | 33.00 |
| | TOTAL HOURS | 4.2 | |

LEWIS AND ROCA LLP LAWYERS



TOTAL FEES $ 992.00

**ADVANCES**

| | | |
|---|---|---|
| 08-04-2005 | Westlaw | 3.04 |
| 08-04-2005 | Westlaw | 8.61 |
| 08-04-2005 | Westlaw | 164.19 |
| 08-04-2005 | Westlaw | 1.39 |
| 08-04-2005 | Photocopying | 3.60 |
| 08-04-2005 | Photocopying | 1.80 |
| 08-04-2005 | Long Distance Telephone 1(202)357-6540 7429 | 1.98 |
| 08-04-2005 | Long Distance Telephone 1(202)357-6540 7429 | 0.99 |
| 08-04-2005 | Facsimile Document 1(1202)357-6546 | 0.00 |
| 08-29-2005 | Facsimile Document 1(1202)307-0972 | 0.00 |

TOTAL ADVANCES $ 185.60

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 1.3 | 481.00 |
| A. Ponce | 190.00 | 1.3 | 247.00 |
| N. Kale | 165.00 | 1.6 | 264.00 |
| **Total All Timekeepers** | | **4.2** | **$992.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Westlaw Computer Research | 177.23 |
| Long Distance Telephone | 2.97 |
| Photocopying | 5.40 |
| **Total Advances** | **$ 185.60** |

**TOTAL FEES AND ADVANCES** **$1,177.60 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

October 24, 2005
Invoice No. 749162

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 09-01-2005 | N. Kale<br>Continued review of Mr. W. Grantham deposition relative to archived records | 0.8 | 132.00 |
| 09-07-2005 | R. Papetti<br>Telephone conference with clients re documents to gather | 0.4 | 148.00 |
| 09-07-2005 | N. Kale<br>Review U.S. Federal Court of Claims Order regarding document production; telephone conference with Ms. M. Mendez regarding document production issues | 0.8 | 132.00 |
| 09-12-2005 | N. Kale<br>Telephone conference with Ms. M. Mendez regarding status of documents for production; memo to Mr. R. Papetti regarding same | 0.7 | 115.50 |
| 09-13-2005 | R. Papetti<br>Follow up on document gathering | 0.2 | 74.00 |
| 09-13-2005 | N. Kale<br>Telephone conference with Ms. M. Mendez regarding status and logistics of document production; memo to Mr. R. Papetti regarding same; review e-mail memo from Ms. M. Mendez regarding Improvement Summary | 1.6 | 264.00 |
| 09-15-2005 | N. Kale<br>Review and analyze client documents responsive to court ordered request; draft summary of same | 2.8 | 462.00 |
| 09-16-2005 | N. Kale<br>Telephone conferences with Ms. Molly Mendez regarding IAR | 2.3 | 379.50 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | response to court order document production; review and analyze client documents; draft summary of costs | | |
| 09-19-2005 | N. Kale<br>Review and analyze client documents for production pursuant to court order; review status of same with Mr. R. Papetti | 2.3 | 379.50 |
| 09-20-2005 | R. Papetti<br>Work on damages issue | 0.6 | 222.00 |
| 09-20-2005 | N. Kale<br>Continued review, analysis and compilation of documentation for preparation to court in response to court order; prepare indices documentation; telephone conferences with Ms. M. Mendez regarding same | 6.5 | 1,072.50 |
| 09-21-2005 | N. Kale<br>Finalize documentation and analysis of production to court pursuant to court order; telephone conferences with Ms. M. Mendez and Mr. W. Grantham regarding same | 3.2 | 528.00 |
| 09-22-2005 | R. Papetti<br>Work on damages supplement | 0.3 | 111.00 |
| 09-22-2005 | N. Kale<br>Review additional labor costs ledgers received from Ms. M. Mendez; telephone conference with Ms. M. Mendez regarding status of document production to court; memo to Mr. R. Papetti regarding status and logistics of supplemental documentation; finalize initial and supplemental records produced to court | 3.3 | 544.50 |
| 09-26-2005 | N. Kale<br>Review and compile documents received from Ms. M. Mendez responsive to court order | 5.1 | 841.50 |
| 09-27-2005 | N. Kale<br>Review and compile third supplement to document production per court order; prepare summary and index of same | 2.3 | 379.50 |
| 09-28-2005 | N. Kale<br>Review and revise summary overview of costs associated with refurbishment of C-120 aircraft; review and revise third supplemental documents and summary | 2.1 | 346.50 |
| 09-30-2005 | R. Papetti | 0.3 | 111.00 |

Work on damages issue

| | | |
|---|---|---|
| TOTAL HOURS | 35.6 | |
| TOTAL FEES | | $ 6,243.00 |

**ADVANCES**

| | | |
|---|---|---|
| 09-07-2005 | Photocopying | 0.40 |
| 09-07-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 09-07-2005 | Long Distance Telephone 1(520)796-5188 5337 | 1.93 |
| 09-07-2005 | Long Distance Telephone 1(520)796-5188 5367 | 1.45 |
| 09-12-2005 | Long Distance Telephone 1(520)796-5188 5367 | 2.25 |
| 09-16-2005 | Long Distance Telephone 1(520)796-5188 5367 | 1.29 |
| 09-16-2005 | Long Distance Telephone 1(520)796-5188 5367 | 0.81 |
| 09-19-2005 | Photocopying | 6.40 |
| 09-19-2005 | Photocopying | 0.40 |
| 09-19-2005 | Photocopying | 8.60 |
| 09-20-2005 | Photocopying | 38.40 |
| 09-20-2005 | Photocopying | 14.80 |
| 09-20-2005 | Long Distance Telephone 1(520)796-5188 5367 | 2.72 |
| 09-21-2005 | Fedex | 52.23 |
| 09-21-2005 | Photocopying | 0.60 |
| 09-21-2005 | Photocopying | 0.40 |
| 09-22-2005 | Photocopying | 0.40 |
| 09-27-2005 | Photocopying | 37.60 |
| 09-28-2005 | Photocopying | 9.20 |

| | |
|---|---|
| TOTAL ADVANCES | $ 180.21 |

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| ACCOUNT NO. | 14863-00015 |
| Invoice No. | 749162 |
| October 24, 2005 | Page 4 |

## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 1.8 | 666.00 |
| N. Kale | 165.00 | 33.8 | 5,577.00 |
| **Total All Timekeepers** | | **35.6** | **$6,243.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Federal Express | 52.23 |
| Long Distance Telephone | 10.78 |
| Photocopying | 117.20 |
| **Total Advances** | **$ 180.21** |

**TOTAL FEES AND ADVANCES** **$6,423.21 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

November 18, 2005
Invoice No. 750820

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH OCTOBER 28, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 10-04-2005 | N. Kale<br>Receipt and review of U. S. Dept. of Justice documents, preparation of transmittal letter to Mr. W. Grantham, instructions re Federal Express; request for conference with Mr. R. Papetti | 0.8 | 132.00 |
| 10-07-2005 | R. Papetti<br>Draft letter to Mr. W. Grantham | 0.6 | 222.00 |
| 10-12-2005 | R. Papetti<br>Prepare for hearing | 1.2 | 444.00 |
| 10-13-2005 | R. Papetti<br>Telephone call to Mr. W. Grantham | 0.1 | 37.00 |
| 10-20-2005 | A. Ponce | 0.3 | 57.00 |
| 10-26-2005 | A. Ponce<br>Meet with R. Papetti regarding need for more information on value of the planes to put together bullet points; call to M. Kale regarding obtaining file on value of plains; begin drafting outline of bullet points. | 0.3 | 57.00 |
| 10-28-2005 | A. Ponce<br>Review materials from IAR regarding value of planes. | 0.6 | 114.00 |
| | TOTAL HOURS | 3.9 | |
| | TOTAL FEES | | $ 1,063.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 10-04-2005 | Fedex | 14.59 |
| 10-07-2005 | Photocopying | 0.40 |
| 10-18-2005 | Photocopying | 2.40 |
| 10-18-2005 | Photocopying | 0.40 |
| 10-26-2005 | Long Distance Telephone 1(202)429-1700 7429 | 3.96 |
| 10-26-2005 | Long Distance Telephone 1(202)737-1234 7429 | 1.98 |
| 10-26-2005 | Long Distance Telephone 1(202)483-2000 7429 | 1.98 |
| 10-26-2005 | Long Distance Telephone 1(703)684-7200 7429 | 5.94 |
| 10-26-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.49 |
| 10-26-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| | TOTAL ADVANCES | $ 32.14 |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| ACCOUNT NO. | 14863-00015 |
| Invoice No. | 750820 |
| November 18, 2005 | Page 3 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 1.9 | 703.00 |
| A. Ponce | 190.00 | 1.2 | 228.00 |
| N. Kale | 165.00 | 0.8 | 132.00 |
| **Total All Timekeepers** | | **3.9** | **$1,063.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Federal Express | 14.59 |
| Long Distance Telephone | 14.35 |
| Photocopying | 3.20 |
| **Total Advances** | **$ 32.14** |

**TOTAL FEES AND ADVANCES** **$1,095.14**
**(U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

December 14, 2005
Invoice No. 753537

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH NOVEMBER 28, 2005

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 11-01-2005 | R. Papetti<br>Conference with A. Grignon re hearing materials | 0.2 | 74.00 |
| 11-01-2005 | A. Ponce<br>Discuss layout of points to argue before judge with R. Papetti. | 0.1 | 19.00 |
| 11-02-2005 | R. Papetti<br>Review fax from I. Grantham; telephone conference with W. Grantham; conference with A. Grignon re appraisal information | 1.2 | 444.00 |
| 11-02-2005 | A. Ponce<br>Conference call with W. Graham and R. Papetti regarding government claims about value of C-130 planes. | 0.8 | 152.00 |
| 11-03-2005 | A. Ponce<br>Review documents regarding appraisal of planes; meet with R. Papetti regarding same. | 0.4 | 76.00 |
| 11-04-2005 | A. Ponce<br>Review materials on aircraft valuations for hearing; email C. Anderson regarding valuation from bankruptcy appraisal. | 1.2 | 228.00 |
| 11-07-2005 | R. Papetti<br>Work on preparing for hearing | 3.0 | 1,110.00 |
| 11-07-2005 | A. Ponce<br>Talk with C. Anderson regarding obtaining appraisal from Bankruptcy file; meet with R. Papetti regarding IAR presentation; obtain plane appraisals and copy. | 0.8 | 152.00 |
| 11-08-2005 | A. Ponce | 4.8 | 912.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| | Review materials and begin drafting presentation for settlement hearing. | | |
| 11-09-2005 | R. Papetti<br>Review background materials re aircraft | 0.6 | 222.00 |
| 11-09-2005 | A. Ponce<br>Draft powerpoint presentation for R. Papetti; research on damages and Pacific Harbor to determine whether IAR is bona fide purchaser and whether government can collect damages. | 5.4 | 1,026.00 |
| 11-10-2005 | R. Papetti<br>Prepare for D.C. hearing | 3.0 | 1,110.00 |
| 11-10-2005 | A. Ponce<br>Call from W. Grantham regarding insurance and upcoming plane purchase; call to M. Mendes regarding insurance; call to insurer regarding same; meet with R. Papetti regarding hearing preparations; research on government's entitlement to damages. | 1.8 | 342.00 |
| 11-11-2005 | R. Papetti<br>Work on preparing for hearing | 5.0 | 1,850.00 |
| 11-11-2005 | A. Ponce<br>Assist R. Papetti and drafting and editing powerpoint presentation for settlement hearing; calls to IAR. | 7.8 | 1,482.00 |
| 11-11-2005 | C. Yoohs<br>Work on presentation for Mr. R. Papetti; load presentation onto laptop; | 2.4 | 300.00 |
| 11-14-2005 | R. Papetti<br>Prepare for hearing and travel to D.C. | 7.8 | 2,886.00 |
| 11-14-2005 | A. Ponce<br>Research on government's ability to recover damages when contract is declared void ab initio; reply to IAR insurer; fax appraisal to R. Hipp; call to R. Hipp to confirm receipt of appraisal; call from R. Papetti regarding same. | 2.3 | 437.00 |
| 11-15-2005 | R. Papetti<br>Prepare for and attend mediation | 8.2 | 3,034.00 |
| 11-15-2005 | A. Ponce | 0.2 | 38.00 |

| | | | |
|---|---|---|---|
| 11-16-2005 | R. Papetti<br>Travel back from D.C.; telephone conference with Mr. W. Grantham; draft notes re hearing; update team re status | 6.0 | 2,220.00 |
| 11-16-2005 | A. Ponce | 0.4 | 76.00 |
| 11-17-2005 | R. Papetti<br>Telephone conference with Mr. W. Grantham | 0.2 | 74.00 |
| 11-17-2005 | A. Ponce<br>File materials from presentation; return appraisals to bankruptcy file. | 0.1 | 19.00 |
| 11-18-2005 | R. Papetti<br>Clean up re files and hearing exhibits | 0.4 | 148.00 |
| 11-28-2005 | R. Papetti<br>Correspond with Mr. R. Hipp | 0.2 | 74.00 |
| | TOTAL HOURS | 64.3 | |
| | TOTAL FEES | | $ 18,505.00 |

**ADVANCES**

| | | |
|---|---|---|
| 11-07-2005 | Photocopying | 0.60 |
| 11-07-2005 | Long Distance Telephone 1(202)357-6540 7429 | 0.99 |
| 11-09-2005 | Long Distance Telephone 1(202)357-6540 7429 | 3.96 |
| 11-10-2005 | Westlaw | 35.52 |
| 11-10-2005 | Westlaw | 32.76 |
| 11-10-2005 | Photocopying | 0.40 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 1.61 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 0.33 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 0.33 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 3.05 |
| 11-10-2005 | Long Distance Telephone 1(303)526-5300 5385 | 1.98 |
| 11-10-2005 | Long Distance Telephone 1(303)807-7351 5385 | 2.97 |
| 11-10-2005 | Long Distance Telephone 1(303)807-7351 5385 | 1.98 |
| 11-10-2005 | Long Distance Telephone 1(303)807-7351 5385 | 1.98 |
| 11-10-2005 | Long Distance Telephone 1(303)526-5300 5385 | 1.98 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 11-11-2005 | Westlaw | 11.84 |
| 11-11-2005 | Westlaw | 16.38 |
| 11-11-2005 | Westlaw | 5.46 |
| 11-11-2005 | Westlaw | 182.12 |
| 11-11-2005 | Westlaw | 5.92 |
| 11-11-2005 | Photocopying | 0.40 |
| 11-11-2005 | Photocopying | 0.80 |
| 11-11-2005 | Long Distance Telephone 1(520)796-5188 5385 | 1.13 |
| 11-14-2005 | Westlaw | 17.76 |
| 11-14-2005 | Westlaw | 10.92 |
| 11-14-2005 | Westlaw | 273.18 |
| 11-14-2005 | Photocopying | 1.20 |
| 11-14-2005 | Long Distance Telephone 1(202)307-0277 5385 | 6.93 |
| 11-14-2005 | Long Distance Telephone 1(202)307-0277 5385 | 4.95 |
| 11-16-2005 | Long Distance Telephone 1(202)307-0277 5337 | 1.98 |
| 11-17-2005 | Photocopying | 1.00 |
| 11-30-2005 | Travel Expense by Mr. R. Papetti on 11/14/05 for travel to Washington DC to attend settlement meeting at Court of Federal Claims | 1,123.97 |
| | TOTAL ADVANCES | $ 1,756.38 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 753537
December 14, 2005


**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 35.8 | 13,246.00 |
| A. Ponce | 190.00 | 26.1 | 4,959.00 |
| C. Yoohs | 125.00 | 2.4 | 300.00 |
| **Total All Timekeepers** | | **64.3** | **$18,505.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Westlaw Computer Research | 591.86 |
| Long Distance Telephone | 36.15 |
| Out of Town Travel | 1,123.97 |
| Photocopying | 4.40 |
| **Total Advances** | **$ 1,756.38** |

**TOTAL FEES AND ADVANCES** **$20,261.38 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**