# EXHIBIT A - 7

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

February 15, 2006
Invoice No. 758750

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 01-31-2006 | R. Papetti<br>Telephone conference with Mr. R. Hipp re settlement agreement | 0.3 | 111.00 |
| | TOTAL HOURS | 0.3 | |
| | TOTAL FEES | | $ 111.00 |

**ADVANCES**

| | | |
|---|---|---|
| 12-01-2005 | Photocopying | 3.60 |
| 12-01-2005 | Photocopying | 0.40 |
| 12-20-2005 | Photocopying | 0.40 |
| 01-13-2006 | Miscellaneous by Mr. R. Papetti on 11/14-16/05 for CREDIT on airfare traveling to Washington DC to attend settlement meeting at Court of Federal Claims | (5.00) |
| 01-31-2006 | Long Distance Telephone 1(202)305-3091 5337 | 1.98 |
| | TOTAL ADVANCES | $ 1.38 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 0.3 | 111.00 |
| **Total All Timekeepers** | | **0.3** | **$111.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 1.98 |
| Other | (5.00) |
| Photocopying | 4.40 |
| **Total Advances** | **$ 1.38** |

**TOTAL FEES AND ADVANCES** **$112.38 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

March 13, 2006
Invoice No. 761247

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH FEBRUARY 28, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 02-06-2006 | R. Papetti<br>Comment on draft settlement agreement | 0.4 | 148.00 |
| 02-07-2006 | R. Papetti<br>Follow-up on settlement | 0.1 | 37.00 |
| 02-15-2006 | R. Papetti<br>Follow up on settlement status | 0.1 | 37.00 |
| 02-24-2006 | R. Papetti<br>Telephone conference with Mr. W. Gratham and Mr. J. Smith; review settlement paperwork | 0.7 | 259.00 |
| 02-28-2006 | R. Papetti<br>Draft letter to potential customer of IAR re background of litigation | 1.3 | 481.00 |
| | TOTAL HOURS | 2.6 | |
| | TOTAL FEES | | $ 962.00 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 2.6 | 962.00 |
| **Total All Timekeepers** | | **2.6** | **$962.00** |

**TOTAL FEES AND ADVANCES** **$962.00 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

April 5, 2006
Invoice No. 763938

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MARCH 7, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 03-01-2006 | R. Papetti<br>Draft letter for IAR to send to client | 1.7 | 629.00 |
| 03-03-2006 | R. Papetti<br>Work on release language issue in settlement agreement | 0.5 | 185.00 |
| 03-06-2006 | R. Papetti<br>Follow up on settlement status | 0.2 | 74.00 |
| 03-07-2006 | R. Papetti<br>Work on status report | 0.3 | 111.00 |
| | TOTAL HOURS | 2.7 | |
| | TOTAL FEES | | $ 999.00 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 2.7 | 999.00 |
| **Total All Timekeepers** | | **2.7** | **$999.00** |

**TOTAL FEES AND ADVANCES** **$999.00 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP
LAWYERS

Federal Tax ID No.
86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

May 5, 2006
Invoice No. 767244

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH APRIL 20, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 04-13-2006 | R. Papetti<br>Follow-up on settlement status | 0.3 | 111.00 |
| 04-19-2006 | R. Papetti<br>Follow up on settlement | 0.2 | 74.00 |
| 04-20-2006 | R. Papetti<br>Correspond with R. Hipp re settlement | 0.2 | 74.00 |
| | TOTAL HOURS | 0.7 | |
| | TOTAL FEES | | $ 259.00 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 767244
May 5, 2006


**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 0.7 | 259.00 |
| **Total All Timekeepers** | | **0.7** | **$259.00** |

**TOTAL FEES AND ADVANCES** **$259.00 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

June 19, 2006
Invoice No. 770177

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MAY 31, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 05-05-2006 | R. Papetti<br>Telephone conference with Fritz; conference with DOJ lawyer | 0.4 | 148.00 |
| 05-10-2006 | R. Papetti<br>Correspond with R. Hipp re settlement; review CFR citations | 0.9 | 333.00 |
| 05-11-2006 | R. Papetti<br>Draft memo to R. Hipp | 0.3 | 111.00 |
| 05-12-2006 | R. Papetti<br>Review correspondence from R. Hipp | 0.2 | 74.00 |
| 05-22-2006 | R. Papetti<br>Draft memo to W. Grantham re type certificate | 0.4 | 148.00 |
| 05-26-2006 | R. Papetti<br>Follow up with Department of Justice | 0.1 | 37.00 |
| 05-31-2006 | R. Papetti<br>Send follow-up to IAR; update Fritz as to status | 0.2 | 74.00 |
| | TOTAL HOURS | 2.5 | |
| | TOTAL FEES | | $ 925.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 05-04-2006 | Long Distance Telephone 1(202)307-0277 7429 | 1.98 |
| 05-04-2006 | Long Distance Telephone 1(520)796-1511 7429 | 0.33 |
| 05-05-2006 | Long Distance Telephone 1(202)307-0277 5337 | 5.94 |
| 05-05-2006 | Long Distance Telephone 1(520)796-1511 5337 | 0.33 |
| 05-05-2006 | Long Distance Telephone 1(202)307-0277 5337 | 6.93 |
| 05-09-2006 | Long Distance Telephone 1(202)305-3091 5337 | 2.97 |
| 05-22-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 05-22-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 05-31-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.49 |
| 05-31-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.49 |
| | TOTAL ADVANCES | $ 19.79 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 370.00 | 2.5 | 925.00 |
| **Total All Timekeepers** | | **2.5** | **$925.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 19.79 |
| **Total Advances** | **$ 19.79** |

**TOTAL FEES AND ADVANCES** **$944.79 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

July 12, 2006
Invoice No. 772476

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JUNE 16, 2006

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 06-05-2006 | R. Papetti<br>Telephone conference with Mr. W. Grantham; telephone conference with Fritz; correspond with R. Hipp | 0.6 | 234.00 |
| 06-06-2006 | R. Papetti<br>Telephone conference with Mr. R. Hipp; telephone conference with Fritz; review CFR regulations | 0.8 | 312.00 |
| 06-07-2006 | R. Papetti<br>Telephone call to Mr. W. Grantham; telephone conference with Mr. R. Hipp; telephone conference with Mr. W. Grantham; draft e-mail to Mr. R. Hipp | 0.8 | 312.00 |
| 06-08-2006 | R. Papetti<br>Work on settlement issues | 0.2 | 78.00 |
| 06-09-2006 | R. Papetti<br>Work on resolving settlement issues | 0.7 | 273.00 |
| 06-16-2006 | R. Papetti<br>Work re settlement agreement | 0.8 | 312.00 |
| | TOTAL HOURS | 3.9 | |
| | TOTAL FEES | | $ 1,521.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 06-05-2006 | Long Distance Telephone 1(520)796-5188 5337 | 1.13 |
| 06-06-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.81 |
| 06-07-2006 | Long Distance Telephone 1(202)305-3091 5337 | 3.96 |
| 06-08-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.49 |
| 06-08-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 06-12-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 06-12-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.65 |
| 06-12-2006 | Long Distance Telephone 1(202)307-0277 5337 | 36.63 |
| 06-12-2006 | Long Distance Telephone 1(520)796-1511 5337 | 5.93 |
| | TOTAL ADVANCES | $ 50.26 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 3.9 | 1,521.00 |
| **Total All Timekeepers** | | **3.9** | **$1,521.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 50.26 |
| **Total Advances** | **$ 50.26** |

**TOTAL FEES AND ADVANCES** **$1,571.26 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**