# EXHIBIT A - 8

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

August 17, 2006
Invoice No. 775781

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JULY 28, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 07-18-2006 | R. Papetti<br>Work on status conference issues | 0.5 | 195.00 |
| 07-19-2006 | R. Papetti<br>Telephone conference with Mr. W. Grantham; correspond with R. Hipp; research re attorney's fees | 0.9 | 351.00 |
| 07-20-2006 | R. Papetti<br>Prepare for and participate in conference with court; telephone conference with Mr. W. Grantham | 1.1 | 429.00 |
| 07-24-2006 | R. Papetti<br>Follow up on status | 0.1 | 39.00 |
| 07-28-2006 | R. Papetti<br>Telephone conference with Fritz rte potential settlement | 0.3 | 117.00 |
| | TOTAL HOURS | 2.9 | |
| | TOTAL FEES | | $ 1,131.00 |

**ADVANCES**

| | | |
|---|---|---|
| 07-18-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.33 |
| 07-18-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 07-20-2006 | Long Distance Telephone 1(202)357-6400 7429 | 2.97 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 07-20-2006 | Long Distance Telephone 1(202)628-4888 7429 | 0.99 |
| 07-31-2006 | Long Distance Telephone 1(520)796-5188 5337 | 2.09 |
| | TOTAL ADVANCES | $ 6.38 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 775781
August 17, 2006 Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 2.9 | 1,131.00 |
| **Total All Timekeepers** | | **2.9** | **$1,131.00** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Long Distance Telephone | 6.38 |
| **Total Advances** | **$ 6.38** |

**TOTAL FEES AND ADVANCES** **$1,137.38 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

Federal Tax ID No.
86-0095078

ACCT. NO. 14863-00015

September 12, 2006
Invoice No. 778182

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH AUGUST 28, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 08-02-2006 | R. Papetti<br>Work on settlement issues | 0.5 | 195.00 |
| 08-14-2006 | R. Papetti<br>Work on settlement issues | 0.3 | 117.00 |
| 08-17-2006 | R. Papetti<br>Work with R. Hipp on settlement issues | 0.4 | 156.00 |
| 08-18-2006 | R. Papetti<br>Telephone conference with Mr. W. Grantham | 0.3 | 117.00 |
| 08-23-2006 | R. Papetti<br>Draft proposal to government | 0.9 | 351.00 |
| 08-28-2006 | R. Papetti<br>Work on settlement proposal | 0.8 | 312.00 |
| | TOTAL HOURS | 3.2 | |
| | TOTAL FEES | | $ 1,248.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 08-14-2006 | Photocopying | 0.20 |
| 08-14-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 08-23-2006 | Travel Expense by Mr. R Papetti on 11/14/05 for parking while in DC to attend settlement conference @ court of Federal Claims | 9.17 |
| | TOTAL ADVANCES | $ 9.37 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
| --- | --- | --- | --- |
| R. Papetti | 390.00 | 3.2 | 1,248.00 |
| **Total All Timekeepers** | | **3.2** | **$1,248.00** |

**ADVANCE SUMMARY**

| Description | Amount |
| --- | --- |
| Out of Town Travel | 9.17 |
| Photocopying | 0.20 |
| **Total Advances** | **$ 9.37** |

**TOTAL FEES AND ADVANCES** **$1,257.37 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

October 13, 2006
Invoice No. 781280

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH SEPTEMBER 21, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 09-08-2006 | R. Papetti<br>Work on settlement proposal | 0.6 | 234.00 |
| 09-13-2006 | R. Papetti<br>Work with R. Hipp re settlement issues | 0.9 | 351.00 |
| 09-14-2006 | R. Papetti<br>Two telephone conversations with Mr. W. Grantham ; conference with R. Hipp | 0.6 | 234.00 |
| 09-18-2006 | R. Papetti<br>Work on settlement proposal | 0.2 | 78.00 |
| 09-21-2006 | R. Papetti<br>Work re settlement proposal | 0.5 | 195.00 |
| | TOTAL HOURS | 2.8 | |
| | TOTAL FEES | | $ 1,092.00 |

**ADVANCES**

| | | |
|---|---|---|
| 09-05-2006 | Reporting Services and Transcript - - VENDOR:Heritage Reporting Corporation | 50.00 |
| 09-07-2006 | Reporting Services and Transcript - - VENDOR:Heritage Reporting Corporation | 20.00 |
| 09-08-2006 | Photocopying | 0.60 |
| 09-12-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 09-13-2006 | Long Distance Telephone 1(520)796-1511 7429 | 0.49 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 09-15-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 09-21-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 09-21-2006 | Facsimile Document 1(1520)723-6550 | 0.00 |
| | TOTAL ADVANCES | $ 71.43 |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| ACCOUNT NO. | 14863-00015 |
| Invoice No. | 781280 |
| October 13, 2006 | Page 3 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 2.8 | 1,092.00 |
| **Total All Timekeepers** | | **2.8** | **$1,092.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Reporting Services and Transcript | 70.00 |
| Long Distance Telephone | 0.83 |
| Photocopying | 0.60 |
| **Total Advances** | **$ 71.43** |

**TOTAL FEES AND ADVANCES** **$1,163.43 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

Federal Tax ID No.
86-0095078

ACCT. NO. 14863-00015

November 15, 2006
Invoice No. 785077

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH OCTOBER 23, 2006

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 10-03-2006 | R. Papetti<br>Follow up with Mr. R. Hipp | 0.2 | 78.00 |
| 10-05-2006 | R. Papetti<br>Work on settlement issues | 1.7 | 663.00 |
| 10-12-2006 | R. Papetti<br>Follow up on status | 0.2 | 78.00 |
| 10-23-2006 | R. Papetti<br>Follow-up with Roger Hipp | 0.1 | 39.00 |
| | TOTAL HOURS | 2.2 | |
| | TOTAL FEES | | $ 858.00 |

**ADVANCES**

| | | |
|---|---|---|
| 10-17-2006 | Long Distance Telephone 1(202)305-3091 5337 | 8.91 |
| 10-26-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.53 |
| 10-26-2006 | Long Distance Telephone 1(435)467-4060 7429 | 2.97 |
| 10-27-2006 | Long Distance Telephone 1(202)307-0277 7429 | 1.98 |
| 10-27-2006 | Long Distance Telephone 1(202)307-0277 7429 | 1.98 |
| | TOTAL ADVANCES | $ 16.37 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 785077
November 15, 2006 

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 2.2 | 858.00 |
| **Total All Timekeepers** | | **2.2** | **$858.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Long Distance Telephone | 16.37 |
| **Total Advances** | **$ 16.37** |

**TOTAL FEES AND ADVANCES** **$874.37 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

December 12, 2006
Invoice No. 787832

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH NOVEMBER 21, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 11-06-2006 | R. Papetti<br>Prepare for trial | 3.8 | 1,482.00 |
| 11-07-2006 | R. Papetti<br>Prepare for trial | 2.5 | 975.00 |
| 11-08-2006 | R. Papetti<br>Prepare for trial | 5.1 | 1,989.00 |
| 11-09-2006 | R. Papetti<br>Prepare for pretrial conference; attend pretrial conference | 2.4 | 936.00 |
| 11-10-2006 | R. Papetti<br>Prepare for trial | 0.8 | 312.00 |
| 11-13-2006 | R. Papetti<br>Prepare for trial | 5.3 | 2,067.00 |
| 11-14-2006 | R. Papetti<br>Prepare for trial; travel to DC | 14.2 | 5,538.00 |
| 11-15-2006 | R. Papetti<br>Prepare for and attend trial; travel back to Phoenix | 12.5 | 4,875.00 |
| 11-16-2006 | R. Papetti<br>Review EAJA options; telephone conference with Mr. W. Grantham re Air Force inquiry; follow-up and file restoration after trial | 1.1 | 429.00 |
| 11-17-2006 | R. Papetti<br>Conference with R. Hipp re settlement; redraft settlement proposal | 0.8 | 312.00 |

LEWIS AND ROCA LLP LAWYERS



| | | | |
|---|---|---|---|
| 11-20-2006 | R. Papetti<br>Wind up matters after trial; telephone conference with client | 0.3 | 117.00 |
| 11-21-2006 | R. Papetti<br>Telephone conference with Mr. W. Grantham | 0.2 | 78.00 |
| | TOTAL HOURS | 49.0 | |
| | TOTAL FEES | | $ 19,110.00 |

**ADVANCES**

| | | |
|---|---|---|
| 11-01-2006 | Long Distance Telephone 1(202)862-1600 7429 | 2.97 |
| 11-01-2006 | Long Distance Telephone 1(202)638-4600 7429 | 4.95 |
| 11-01-2006 | Long Distance Telephone 1(202)479-0027 7429 | 5.94 |
| 11-03-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.72 |
| 11-05-2006 | Westlaw | 1.75 |
| 11-05-2006 | Westlaw | 4.91 |
| 11-05-2006 | Westlaw | 50.47 |
| 11-05-2006 | Westlaw | 14.07 |
| 11-06-2006 | Fedex | 48.51 |
| 11-06-2006 | Westlaw | 2.47 |
| 11-06-2006 | Westlaw | 29.52 |
| 11-06-2006 | Westlaw | 10.97 |
| 11-06-2006 | Westlaw | 14.06 |
| 11-06-2006 | Photocopying | 42.40 |
| 11-07-2006 | Photocopying | 43.20 |
| 11-07-2006 | Photocopying | 3.00 |
| 11-07-2006 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 11-08-2006 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 11-09-2006 | Long Distance Telephone 1(202)307-0277 5337 | 0.99 |
| 11-09-2006 | Long Distance Telephone 1(202)305-3091 5337 | 6.93 |
| 11-09-2006 | Long Distance Telephone 1(703)692-1475 5337 | 0.99 |
| 11-09-2006 | Long Distance Telephone 1(202)305-3091 5337 | 0.99 |
| 11-09-2006 | Long Distance Telephone 1(520)796-5188 5337 | 1.45 |
| 11-09-2006 | Long Distance Telephone 1(520)723-6555 5337 | 2.24 |
| 11-13-2006 | Fedex | 49.42 |
| 11-13-2006 | Photocopying | 43.40 |
| 11-13-2006 | Long Distance Telephone 1(202)305-3091 5337 | 1.98 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.53 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 11-13-2006 | Long Distance Telephone 1(202)479-0027 7429 | 9.90 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.53 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 11-13-2006 | Long Distance Telephone 1(202)582-1234 7429 | 1.98 |
| 11-13-2006 | Long Distance Telephone 1(202)857-3388 7429 | 15.84 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 11-14-2006 | Outside Professional Services - - VENDOR:PACER Service Center | 0.48 |
| 11-14-2006 | Photocopying | 22.80 |
| 11-14-2006 | Photocopying | 23.80 |
| 11-14-2006 | Photocopying | 1.00 |
| 11-14-2006 | Photocopying | 0.20 |
| 11-14-2006 | Photocopying | 0.80 |
| 11-14-2006 | Photocopying | 1.60 |
| 11-14-2006 | Long Distance Telephone 1(301)652-2000 7429 | 2.97 |
| 11-14-2006 | Facsimile Document 1(1301)664-7317 | 0.00 |
| 11-15-2006 | Travel Expenses on 11/14/06 - 11/15/06 regarding trip to D.C. for trial- - VENDOR:Randy Papetti | 1,975.92 |
| 11-15-2006 | Meal Expenses on 11/14/06-11/15/06 regarding trip to D.C. for trial - - VENDOR:Randy Papetti | 6.53 |
| 11-22-2006 | Long Distance Telephone 1(301)652-2000 7429 | 1.98 |
| | TOTAL ADVANCES | $ 2,456.18 |

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 49.0 | 19,110.00 |
| **Total All Timekeepers** | | **49.0** | **$19,110.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Travel Expense | 1,975.92 |
| Federal Express | 97.93 |
| Outside Professional Services | 0.48 |
| Westlaw Computer Research | 128.22 |
| Meeting Expense | 6.53 |
| Long Distance Telephone | 64.90 |
| Photocopying | 182.20 |
| **Total Advances** | **$ 2,456.18** |

**TOTAL FEES AND ADVANCES** **$21,566.18 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**