# EXHIBIT A-9

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

January 12, 2007
Invoice No. 791221

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH DECEMBER 29, 2006

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 12-06-2006 | J. Orzano<br>Work on memo re attorney fees | 1.4 | 231.00 |
| 12-07-2006 | J. Orzano<br>Research and work on draft memo re award of attorney fees | 9.5 | 1,567.50 |
| 12-08-2006 | R. Papetti<br>Work with J. Organo re EAJA fees issues; follow up with R. Hipp | 0.3 | 117.00 |
| 12-08-2006 | J. Orzano<br>Work on memo re attorney fees | 6.5 | 1,072.50 |
| 12-11-2006 | J. Orzano<br>Conduct follow research and revise attorney's fees memo | 6.6 | 1,089.00 |
| 12-15-2006 | R. Papetti<br>Follow-up on settlement | 0.2 | 78.00 |
| 12-29-2006 | R. Papetti<br>Joint telephone call to Judge Miller at R. Hipp's request | 0.2 | 78.00 |
| | TOTAL HOURS | 24.7 | |
| | TOTAL FEES | | $ 4,233.00 |

LEWIS AND ROCA LLP LAWYERS



**ADVANCES**

| | | |
|---|---|---|
| 12-07-2006 | Westlaw | 126.54 |
| 12-07-2006 | Westlaw | 41.02 |
| 12-07-2006 | Westlaw | 73.07 |
| 12-07-2006 | Westlaw | 168.74 |
| 12-08-2006 | Westlaw | 9.72 |
| 12-08-2006 | Westlaw | 27.44 |
| 12-08-2006 | Westlaw | 390.67 |
| 12-08-2006 | Westlaw | 10.42 |
| 12-08-2006 | Westlaw | 87.02 |
| 12-08-2006 | Westlaw | 3.70 |
| 12-08-2006 | Westlaw | 49.21 |
| 12-11-2006 | Westlaw | 14.71 |
| 12-11-2006 | Westlaw | 41.76 |
| 12-11-2006 | Westlaw | 574.14 |
| 12-11-2006 | Westlaw | 17.63 |
| 12-11-2006 | Westlaw | 143.12 |
| 12-11-2006 | Westlaw | 42.18 |
| 12-19-2006 | Long Distance Telephone 1(520)723-6555 5337 | 0.53 |
| 12-26-2006 | Long Distance Telephone 1(202)628-4888 7429 | 4.95 |

TOTAL ADVANCES $ 1,826.57

LEWIS AND ROCA LLP LAWYERS



**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 0.7 | 273.00 |
| J. Orzano | 165.00 | 24.0 | 3,960.00 |
| **Total All Timekeepers** | | **24.7** | **$4,233.00** |

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Westlaw Computer Research | 1,821.09 |
| Long Distance Telephone | 5.48 |
| **Total Advances** | **$ 1,826.57** |

**TOTAL FEES AND ADVANCES** **$6,059.57 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No.
86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

February 12, 2007
Invoice No. 794336

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JANUARY 23, 2007

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 01-10-2007 | R. Papetti<br>Follow up with client re status | 0.1 | 39.00 |
| 01-19-2007 | R. Papetti<br>Review government's status report; review EAJA | 0.5 | 195.00 |
| 01-22-2007 | R. Papetti<br>Draft response to status report; telephone conference with Mr. W. Grantham; research EAJA issues | 0.8 | 312.00 |
| 01-23-2007 | R. Papetti<br>Continue EAJA research | 0.2 | 78.00 |
| | TOTAL HOURS | 1.6 | |
| | TOTAL FEES | | $ 624.00 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
Invoice No. 794336
February 12, 2007 

**TIMEKEEPER SUMMARY**

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Papetti | 390.00 | 1.6 | 624.00 |
| **Total All Timekeepers** | | **1.6** | **$624.00** |

**TOTAL FEES AND ADVANCES** **$624.00 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
5355 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 770-2600

ACCT. NO. 14863-00015

April 6, 2007
Invoice No. 800877

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH MARCH 29, 2007

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 03-21-2007 | E. Cates<br>Research time limit for filing application for attorneys' fees under the EAJA in action in the court of claims; speak with Mr. R. Papetti re same; draft memo to Mr. R. Papetti re same | 4.0 | 1,020.00 |
| 03-28-2007 | R. Schaffer<br>Research regarding time limits for filing fee application | 0.3 | 112.50 |
| 03-29-2007 | R. Schaffer<br>Research deadline for filing EAJA attorneys fees application; email deadline to R. Papetti and docket deadline | 0.4 | 150.00 |
| | TOTAL HOURS | 4.7 | |
| | TOTAL FEES | | $ 1,282.50 |

**ADVANCES**

| | | |
|---|---|---|
| 03-12-2007 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 03-12-2007 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 03-13-2007 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 03-21-2007 | Westlaw | 12.38 |
| 03-21-2007 | Westlaw | 141.22 |
| 03-21-2007 | Westlaw | 35.05 |
| 03-21-2007 | Westlaw | 107.49 |
| 03-21-2007 | Westlaw | 117.46 |
| 03-21-2007 | Westlaw | 273.10 |

LEWIS AND ROCA LLP LAWYERS



| | | |
|---|---|---|
| 03-21-2007 | Westlaw | 87.66 |
| 03-21-2007 | Westlaw | 1.10 |
| 03-21-2007 | Westlaw | 19.15 |
| 03-21-2007 | Westlaw | 9.74 |
| | TOTAL ADVANCES | $ 804.69 |

LEWIS AND ROCA LLP LAWYERS



## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| R. Schaffer | 375.00 | 0.7 | 262.50 |
| E. Cates | 255.00 | 4.0 | 1,020.00 |
| **Total All Timekeepers** | | **4.7** | **$1,282.50** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Westlaw Computer Research | 804.35 |
| Long Distance Telephone | 0.34 |
| **Total Advances** | **$ 804.69** |

**TOTAL FEES AND ADVANCES** **$2,087.19 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**