IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-428 |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR ATTORNEY FEES**

Defendant, the United States, respectfully requests an enlargement of 45 days, from October 1, 2007 to November 15, 2007, in which to respond to plaintiff, International Air Response, Inc. ("IAR")'s application for attorney fees. This is our first request for an enlargement of time for this purpose. Counsel for IAR has authorized us to state that IAR does not oppose this motion.

We request additional time so that a transcript of the trial may be prepared. In its brief, IAR attempts to describe the evidence and arguments at trial without actual citations to the record. E.g., Pl. Br. at 4 (acknowledging the lack of a trial transcript). A 45-day enlargement will allow us to have a trial transcript prepared by the court reporter, so that the Court can decide IAR's motion based upon the record, rather than counsel's recollection of what transpired at trial.

For the foregoing reasons, we respectfully request that the Court grant a 45-day enlargement, until October 31, 2007, for our response to IAR's application for attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
by s/ Kirk T. Manhardt
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3091
Fax (202) 307-0972

September 28, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of September 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR ATTORNEY FEES " was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Roger A. Hipp