IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 00-428C |
| | ) | |
| vs. | ) | |
| | ) | (Assigned to the Honorable Christine |
| THE UNITED STATES, | ) | O.C. Miller) |
| | ) | |
| Defendant. | ) | E-Filed December 3, 2007 |
| | ) | |

**PLAINTIFF IAR'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff seeks an extension of time of nine days, until December 17, to file a reply brief in support of its pending Application for Attorneys' Fees and Costs. The Government's response was filed shortly before the Thanksgiving break and Plaintiff's counsel has been involved in responding to a stack of post-trial motions in another matter. The short extension will allow for an appropriate reply to be prepared. This is the first request for an extension on this brief and counsel for the Government has no objection to the request.

Respectfully submitted,

Date: December 3, 2007

By: s/ Randy Papetti
Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response



1855889.1