IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, | ) | |
| Plaintiff, | ) | Case No. 00-428C |
| vs. | ) | |
| THE UNITED STATES, | ) | (Assigned to the Honorable Christine O.C. Miller) |
| Defendant. | ) | E-Filed December 17, 2007 |

**PLAINTIFF IAR'S REQUEST FOR A TWO-DAY EXTENSION OF TIME TO FILE ITS REPLY BRIEF ON ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff IAR's reply brief on its pending application for fees and costs was to be filed on December 17, 2007. However, plaintiff's counsel unexpectedly has to be out of town on December 17 due to a hearing that was set at the end of last week in order for a plea to be entered in a criminal case that goes back seventeen years; IAR's counsel is lead counsel in the criminal matter. The plea is to be entered in Flagstaff, Arizona, which is approximately three hours from Phoenix and, therefore, Mr. Papetti will be out of the office on December 17, returning that night.

The two-day extension will allow Mr. Papetti to finalize, file and serve the brief, and is necessitated due to the unexpected press of events caused by the final negotiations of and hearing on the plea agreement. The brief thus will be filed no later than December 19, 2007.

Respectfully submitted,

Date: December 17, 2007

By: s/ Randy Papetti

Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
602-262-5337 Telephone
602-734-3865 Facsimile
Attorney of Record for Plaintiff
International Air Response