# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, INC., | ) | |
| Plaintiff, | ) | Docket No.: 00-428C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

Courtroom 7, Room 508
National Courts Building
717 Madison Place NW
Washington, D.C.

Wednesday,
November 15, 2006

The parties met, pursuant to notice of the Court, at 9:02 a.m.

BEFORE: HONORABLE CHRISTINE ODELL COOK MILLER
Judge

APPEARANCES:

For the Plaintiff:

RANDY S. PAPETTI, Esquire
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004
(602) 262-5337

For the Defendant:

ROGER A. HIPP, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-3091

APPEARANCES: (Cont'd.)

<u>Also for the Defendant</u>:

ELIN DUGAN, Esquire
U.S. Department of Agriculture
1400 Independence Avenue
Mail Stop 1415
Washington, D.C. 20250
(202) 720-4978

issued. Obviously the Agency had discussions about what will we do with the aircraft once we get those back?

Q Does the Forest Service have a purpose for those airplanes as you know to your extent?

A There is the potential for us to use them.

Q For what purpose?

A Well, again it depends on how they came back. Again, IAR isn't the only operator that was involved, but if those aircraft came back what I call intact with the tanks in them -- at the time, prior to 2003, we would have contracted out to use those aircraft as air tankers.

Q How about now?

A Well, due to the unfortunate incidents with the wings collapsing in 2003 and our grounding of the C-130As we would not operate those as air tankers today.

Q So does the Forest Service have any other planned purpose for these planes?

A We would declare them excess to GSA.

Q Which would mean what?

THE COURT: We'd go through another round.

THE WITNESS: GSA under their authority would then dispose of them.

Q If I understood in your answer and my recollection of the OIG report there was some disagreement between the Forest Service and the OIG as to whether the Forest Service had authority to enter into the transaction; the Forest Service suggesting it did, and if not why not. Is that fair?

A There was disagreement on that initially. I think the lengthier conversation was over was there a way to make them a good agreement, something founded on a regulation or statute. That was really the meat of the dialogue that took the most time is looking for an alternative to make them legitimate or a legally based document.

Q But you're aware, aren't you, sir, that initially the Forest Service did take the position that it did have authority and argued under these regulations that it did have authority until the OIG concluded otherwise?

A We did have discussion the OIG and with Office of General Counsel that at least initially we thought we had authority to enter into these agreements.

Q Then even after the report came out there was some disagreement on that point for a while, correct?

A There were some folks within the Agency who disagreed with the OIG's audit finding.

Q If Judge Miller concludes that there has to be a rescission of these claims back and forth and if she concludes that under the applicable law that IAR is entitled to money as part of that exchange, is the Forest Service prepared to actually follow through and pay IAR for any costs associated with that retraction?

A We'd be prepared to carry out the Judge's ruling.

MR. PAPETTI: No further questions, Your Honor.

MR. HIPP: I have no re-examination, Your Honor.

THE COURT: Thank you very much, Mr. Hooper. You can retake your place.

(Witness excused.)

THE COURT: Off the record.

(Whereupon, a short recess was taken.)

THE CLERK: Be seated.

THE COURT: We went off the record to confer with counsel and have party consultations as necessary. Before we close proceedings today is there any request for closing argument?

MR. PAPETTI: I don't have any, Your Honor,

unless you have any questions you'd like answered.

THE COURT: I don't believe so.

Mr. Hipp, do you?

MR. HIPP: In light of that we don't request argument.

THE COURT: Counsel may be seated. As I told counsel off the record the record will be closed with the official filing of the exhibits, and I'll enter an order closing proof upon their filing. I should say the official filing of the transcript proceedings which is I believe on a 30 day order and the filing of exhibits which Ms. Brodsky will be handling, so Mr. Hipp will deliver the precious Defendant's Exhibit No. 15 to her custody in addition to one copy to each of your exhibit books and then she'll therefore have all the exhibits, and Defendant's Exhibit No. 16, a copy of the regulations.

The Court has heard testimony today from two witnesses who have given open and forthright testimony. I was particularly impressed with the testimony of Plaintiff's witness and principal for these proceedings, Mr. Grantham. Mr. Grantham has detailed circumstances whereby he ably qualifies as a bona fide purchaser for value under any scenario dealing with the acquisition of the three aircraft.

In a subsequent written opinion I will detail findings to support that ultimate finding. I will also give an opinion in the alternative about a value if any restitution would be an appropriate remedy should the first finding for any reason not meet with appellate favor. Plaintiff has not pleaded for damages.

If I do proceed to the point two alternative and if I were not upheld on point one, Plaintiff would have an affirmative recovery. There is no proof that these aircraft were valued by the individuals who valued them at the amount of $2.4 million in toto. The individuals who valued them have not testified.

They have been totally discredited through other proceedings against them for violation of laws and finally the documents themselves do not establish value or we haven't had any other documents that establish value, so we have neither testimony nor documentary evidence to establish value on the asserted counterclaim as to which the government bears the burden of proof.

But Plaintiff has fully discharged its burden of proof to show that Plaintiff was a bona fide purchaser for value of the subject aircraft. I will be issuing findings of fact and conclusions of law in

accordance with the foregoing which I offer the parties today only for two purposes.

One, because I think that Mr. Grantham has gone through enough, this has been a virtual odyssey; and two, because I urge the government to expeditiously end this matter by other means, which I'm giving it the opportunity to do unless or until I have an opinion ready for publication in which case it will be entered.

So I have instructed Mr. Hipp that if the government finally sees this case in a reasonable light that Mr. Hipp should advise Ms. Kelly, my law clerk, by no later than 30 days from today that the government is settling this case on terms that the Plaintiff has deemed to be agreeable and that a stipulation of dismissal will be filed by a date certain.

I want to thank Ms. Brodsky and counsel. I understand Mr. Hipp inherited this case and I appreciate the candor of Mr. Hooper, who is a credit to the government because anybody who talks that fast about things that are so complicated has got to be intelligent. Also, for Mr. Grantham's patience in this matter.

I usually have anything requiring a trial in

# EXHIBIT B

2000 **FEDERAL INCOME TAX SUMMARY** **PAGE 1**

CLIENT 0902 INTERNATIONAL AIR RESPONSE, INC. 86-0321772

| | 2000 | 1999 | DIFF |
|---|---|---|---|
| **ORDINARY INCOME** | | | |
| GROSS RECEIPTS LESS RETURNS/ALLOWANCE . | 2,681,267 | 2,305,740 | 375,527 |
| COST OF GOODS SOLD (SCHED. A, LINE 8) . | 1,699,923 | 1,374,329 | 325,594 |
| GROSS PROFIT . . . . . . . . . . . . . . . . . | 981,344 | 931,411 | 49,933 |
| OTHER INCOME . . . . . . . . . . . . . . . . . | 0 | 9,573 | -9,573 |
| TOTAL INCOME (LOSS) . . . . . . . . . . . | 981,344 | 940,984 | 40,360 |
| **ORDINARY DEDUCTIONS** | | | |
| COMPENSATION OF OFFICERS . . . . . . . . . | 0 | 90,483 | -90,483 |
| SALARIES/WAGES (LESS EMPLOYMENT CR.) . . | 107,279 | 27,215 | 80,064 |
| REPAIRS AND MAINTENANCE . . . . . . . . . | 21,506 | 18,570 | 2,936 |
| RENTS . . . . . . . . . . . . . . . . . . . . | 4,518 | 11,125 | -6,607 |
| TAXES AND LICENSES . . . . . . . . . . . . | 4,832 | 12,404 | -7,572 |
| INTEREST . . . . . . . . . . . . . . . . . . | 267,410 | 138,505 | 128,905 |
| DEPRECIATION FROM FORM 4562 . . . . . . . | 11,510 | 16,950 | -5,440 |
| DEPRECIATION CLAIMED ON SCHEDULE A . . . | 7,146 | 13,135 | -5,989 |
| TOTAL DEPRECIATION . . . . . . . . . . . . | 4,364 | 3,815 | 549 |
| PENSION, PROFIT-SHARING, ETC. PLANS . . | 0 | 4,962 | -4,962 |
| EMPLOYEE BENEFIT PROGRAMS . . . . . . . . | 12,645 | 794 | 11,851 |
| OTHER DEDUCTIONS . . . . . . . . . . . . . | 363,422 | 346,085 | 17,337 |
| TOTAL DEDUCTIONS . . . . . . . . . . . . . | 785,976 | 653,958 | 132,018 |
| ORDINARY INCOME (LOSS) . . . . . . . . . . | 195,368 | 287,026 | -91,658 |
| **REFUND OR AMOUNT DUE** | | | |
| BALANCE DUE . . . . . . . . . . . . . . . . | 0 | 0 | 0 |
| **SCHEDULE K – INCOME** | | | |
| ORDINARY INCOME (LOSS) . . . . . . . . . . | 195,368 | 287,026 | -91,658 |
| INTEREST INCOME . . . . . . . . . . . . . . | 6,248 | 7,861 | -1,613 |
| ORDINARY DIVIDENDS . . . . . . . . . . . . | 0 | 311 | -311 |
| NET LONG-TERM CAPITAL GAIN (LOSS) . . . | 0 | 281 | -281 |
| OTHER INCOME (LOSS) . . . . . . . . . . . . | 0 | 3,000 | -3,000 |
| **SCHEDULE K – DEDUCTIONS** | | | |
| CHARITABLE CONTRIBUTIONS . . . . . . . . . | 1,620 | 136 | 1,484 |
| SECTION 179 EXPENSE DEDUCTION . . . . . . | 20,000 | 13,680 | 6,320 |
| **SCHEDULE K – INVESTMENT INTEREST** | | | |
| INV. INC. ON LINES 4A,4B,4C & 4F . . . . | 6,248 | 8,172 | -1,924 |
| **SCHEDULE K – TAX PREFERENCE ITEMS** | | | |
| DEPR. ADJUST. ON PROPERTY AFTER 1986 . . | -10,154 | -18,105 | 7,951 |
| **SCHEDULE K – OTHER ITEMS** | | | |
| NONDEDUCTIBLE EXPENSES . . . . . . . . . . | 0 | 30,788 | -30,788 |
| TOTAL PROPERTY DISTRIBUTIONS . . . . . . . | 16,388 | 240,000 | -223,612 |
| INCOME (LOSS) (SCHEDULE M-1) . . . . . . . | 179,996 | 284,663 | -104,667 |

| | 2000 | 1999 | DIFF |
|---|---|---|---|
| **SCHEDULE L – BALANCE SHEET** | | | |
| BEGINNING ASSETS . . . . . . . . . . . . . . | 520,169 | 792,940 | -272,771 |
| BEGINNING LIABILITIES & EQUITY . . . . . | 520,169 | 792,940 | -272,771 |
| ENDING ASSETS . . . . . . . . . . . . . . | 862,897 | 520,169 | 342,728 |
| ENDING LIABILITIES & EQUITY . . . . . . | 862,897 | 520,169 | 342,728 |

Form **1120S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2000**

For calendar year 2000, or tax year beginning 7/01, 2000, and ending 6/30, 20 01

A Effective date of election as an S corporation: 9/11/1987

B Business code no. (see pages 29-31): 481000

Use IRS label. Otherwise, print or type.

INTERNATIONAL AIR RESPONSE, INC.
22000 SOUTH PRICE ROAD
CHANDLER, AZ 85248

COPY

C Employer identification number: 86-0321772

D Date incorporated: 7/15/1976

E Total assets (see page 11): $ 862,897

F Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change in address (4) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ▶ 1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See page 11 of the instructions for more information.

| Section | Line | Description | Sub-line | Sub-amount | Line no. | Amount |
|---|---|---|---|---|---|---|
| INCOME | 1 a | Gross receipts or sales 2,681,267 b Less returns & allowances c Bal ▶ | | | 1c | 2,681,267 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 1,699,923 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 981,344 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 4 | |
| | 5 | Other income (loss) (attach schedule) | | | 5 | |
| | 6 | **Total income (loss).** Combine lines 3 through 5 ▶ | | | 6 | 981,344 |
| DEDUCTIONS (SEE PG 12 INSTRS FOR LIMITATIONS) | 7 | Compensation of officers | | | 7 | |
| | 8 | Salaries and wages (less employment credits) | | | 8 | 107,279 |
| | 9 | Repairs and maintenance | | | 9 | 21,506 |
| | 10 | Bad debts | | | 10 | |
| | 11 | Rents | | | 11 | 4,518 |
| | 12 | Taxes and licenses | | | 12 | 4,832 |
| | 13 | Interest | | | 13 | 267,410 |
| | 14 a | Depreciation (if required, attach Form 4562) | 14a | 11,510 | | |
| | b | Depreciation claimed on Schedule A and elsewhere on return | 14b | 7,146 | | |
| | c | Subtract line 14b from line 14a | | | 14c | 4,364 |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | | | 15 | |
| | 16 | Advertising | | | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | | | 17 | |
| | 18 | Employee benefit programs | | | 18 | 12,645 |
| | 19 | Other deductions (attach schedule) SEE STATEMENT 1 | | | 19 | 363,422 |
| | 20 | **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19 ▶ | | | 20 | 785,976 |
| | 21 | Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | | | 21 | 195,368 |
| TAX AND PAYMENTS | 22 | **Tax:** a Excess net passive income tax (att. schedule) | 22a | | | |
| | b | Tax from Schedule D (Form 1120S) | 22b | | | |
| | c | Add lines 22a & 22b (see page 15 of the instrs for addl taxes) | | | 22c | |
| | 23 | **Payments:** a 2000 estimated tax payments & amt applied from 1999 return | 23a | | | |
| | b | Tax deposited with Form 7004 | 23b | | | |
| | c | Credit for Federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | d | Add lines 23a through 23c | | | 23d | |
| | 24 | Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| | 25 | **Tax due.** If the total of lines 22c and 24 is larger than line 23d, enter amount owed. See page 4 of the instructions for depository method of payment ▶ | | | 25 | 0 |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ▶ | | | 26 | |
| | 27 | Enter amount of line 26 you want: **Credited to 2001 estimated tax** ▶ **Refunded** ▶ | | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ______ Date ______ ▶ Title ______

**Paid Preparer's Use Only**

Preparer's signature ▶ Paul D. Petersen Date 3-11-02 Check if self-employed ☒ Preparer's SSN or PTIN P00082239

Firm's name (or yours, if self-employed) address, and ZIP code ▶ PAUL D. PETERSEN, CPA, PLC
BLD. 11, #127, 1423 S. HIGLEY
MESA, AZ 85206-3450

EIN

Phone No. (480) 505-6244

**For Paperwork Reduction Act Notice, see the separate instructions.** Form **1120S** (2000)

KFA SF0US1 11/29/00

Form 1120S (2000) INTERNATIONAL AIR RESPONSE, INC. 86-0321772 Page 2

## Schedule A — Cost of Goods Sold (see page 16 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 7,500 |
| 2 | Purchases | 2 | 213,869 |
| 3 | Cost of labor | 3 | 450,765 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) SEE STATEMENT 2 | 5 | 1,063,731 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,735,865 |
| 7 | Inventory at end of year | 7 | 35,942 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 1,699,923 |

9a Check all methods used for valuing closing inventory:
(i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (specify method used and attach explanation) ▶

b Check if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 9d

e Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No
If "Yes," attach explanation.

## Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: (a) ☐ Cash (b) ☐ Accrual (c) ☒ Other (specify) ▶ MODIFIED CASH | | |
| 2 | Refer to the list on pages 29 through 31 of the instructions and state the corporation's principal: (a) Business activity ▶ AIRCRAFT SERVICES (b) Product or service ▶ FIREFIGHTING, ETC | | |
| 3 | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and employer identification number and (b) percentage owned | | X |
| 4 | Was the corporation a member of a controlled group subject to the provisions of section 1561? | | X |
| 5 | Check this box if the corporation has filed or is required to file **Form 8264,** Application for Registration of a Tax Shelter ▶ ☐ | | |
| 6 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If so, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 7 | If the corporation: (a) filed its election to be an S corporation after 1986, (b) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation, and (c) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see page 17 of the instructions) ▶ $ | | |
| 8 | Check this box if the corporation had accumulated earnings and profits at the close of the tax year (see page 18 of the instructions) ▶ ☒ | | |

**Note:** If the corporation had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

## Schedule K — Shareholders' Shares of Income, Credits, Deductions, etc.

| | (a) Pro rata share items | | (b) Total Amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 21) | 1 | 195,368 |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3 a Gross income from other rental activities 3a | | |
| | b Expenses from other rental activities 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss): | | |
| | a Interest income | 4a | 6,248 |
| | b Ordinary dividends | 4b | |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 4d | |
| | e Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | |
| | (1) 28% rate gain (loss) ▶ (1) Total for year ▶ | 4e(2) | |
| | f Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 5 | |
| | 6 Other income (loss) (attach schedule) | 6 | |

**Schedule K** **Shareholders' Shares of Income, Credits, Deductions, etc. (continued)**

| Section | (a) Pro rata share items | Line | (b) Total amount |
|---|---|---|---|
| Deductions | 7 Charitable contributions (attach schedule) SEE STATEMENT 3 | 7 | 1,620 |
| | 8 Section 179 expense deduction (attach Form 4562) | 8 | 20,000 |
| | 9 Deductions related to portfolio income (loss) (itemize) | 9 | |
| | 10 Other deductions (attach schedule) | 10 | |
| Investment Interest | 11 a Interest expense on investment debts | 11a | |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | 6,248 |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| Credits | 12 a Credit for alcohol used as fuel (attach Form 6478) | 12a | |
| | b Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12b(1) | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | 12b(2) | |
| | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12b(3) | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | 12b(4) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | |
| | e Credits related to other rental activities | 12e | |
| | 13 Other credits | 13 | |
| Adjustments and Tax Preference Items | 14 a Depreciation adjustment on property placed in service after 1986 | 14a | -10,154 |
| | b Adjusted gain or loss | 14b | |
| | c Depletion (other than oil and gas) | 14c | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 14e | |
| Foreign Taxes | 15 a Name of foreign country or U.S. possession ▶ | | |
| | b Gross income sourced at shareholder level | 15b | |
| | c Foreign gross income sourced at corporate level: | | |
| | (1) Passive | 15c(1) | |
| | (2) Listed categories (attach schedule) | 15c(2) | |
| | (3) General limitation | 15c(3) | |
| | d Deductions allocated and apportioned at shareholder level: | | |
| | (1) Interest expense | 15d(1) | |
| | (2) Other | 15d(2) | |
| | e Deductions allocated and apportioned at corporate level to foreign source income: | | |
| | (1) Passive | 15e(1) | |
| | (2) Listed categories (attach schedule) | 15e(2) | |
| | (3) General limitation | 15e(3) | |
| | f Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15f | |
| | g Reduction in taxes available for credit and gross income from all sources (attach schedule) | 15g | |
| Other | 16 Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 16b | |
| | 17 Tax-exempt interest income | 17 | |
| | 18 Other tax-exempt income | 18 | |
| | 19 Nondeductible expenses | 19 | |
| | 20 Total property distributions (including cash) other than dividends reported on line 22 below | 20 | 16,388 |
| | 21 Other items and amounts required to be reported separately to shareholders (attach schedule) | | |
| | 22 Total dividend distributions paid from accumulated earnings and profits | 22 | |
| | 23 Income (loss). (Required only if Schedule M-1 must be completed.) Combine lines 1 through 6 in column (b). From the result, subtract the sum of lines 7 through 11a, 15f, and 16b | 23 | 179,996 |

Form **1120S** (2000)

**Schedule L — Balance Sheets per Books**

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 56,384 | | 258,825 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 7,500 | | 35,942 |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) ST.4 | | 50,461 | | 36,500 |
| 7 Loans to shareholders | | 159,428 | | 163,271 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 1,637,223 | | 1,728,516 | |
| b Less accumulated depreciation | 1,561,316 | 75,907 | 1,372,814 | 355,702 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 545,565 | | | |
| b Less accumulated amortization | 375,076 | 170,489 | | |
| 14 Other assets (attach schedule) ST.5 | | | | 12,657 |
| 15 Total assets | | 520,169 | | 862,897 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | 111,412 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach schedule) ST.6 | | 103,722 | | 1,041,903 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 935,525 | | 130,297 |
| 21 Other liabilities (attach schedule) ST.7 | | 17,500 | | |
| 22 Capital stock | | 1,176 | | 1,176 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -537,754 | | -421,891 |
| 25 Adjustments to shareholders' equity | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 520,169 | | 862,897 |

**Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return**
(You are not required to complete this schedule if the total assets on line 15, column (d), of Schedule L are less than $25,000.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 132,251 | 5 Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15f, and 16b (itemize): a Depreciation $ 47,745 b Travel and entertainment $ | 47,745 | 6 Deductions included on Schedule K, lines 1 through 11a, 15f, and 16b, not charged against book income this year (itemize): a Depreciation $ | |
| | | 7 Add lines 5 and 6 | 0 |
| 4 Add lines 1 through 3 | 179,996 | 8 Income (loss) (Schedule K, line 23). Line 4 less line 7. | 179,996 |

**Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see page 27 of the instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 0 | 8,282 | |
| 2 Ordinary income from page 1, line 21 | 195,368 | | |
| 3 Other additions SEE STATEMENT 8 | 6,248 | | |
| 4 Loss from page 1, line 21 | ( ) | | |
| 5 Other reductions SEE STATEMENT 9 | (21,620) | ( ) | |
| 6 Combine lines 1 through 5 | 179,996 | 8,282 | |
| 7 Distributions other than dividend distributions | 16,388 | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 163,608 | 8,282 | |

**SCHEDULE K-1 (Form 1120S)**

Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.
For calendar year 2000 or tax year
beginning 7/01 , 2000, and ending 6/30 , 2001

OMB No. 1545-0130

**2000**

Shareholder's identifying number ▶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

Corporation's identifying number ▶86-0321772

Shareholder's name, address, and ZIP code
WILLIAM W GRANTHAM
22000 SOUTH PRICE ROAD
CHANDLER, AZ 85248

Corporation's name, address, and ZIP code
INTERNATIONAL AIR RESPONSE, INC.
22000 SOUTH PRICE ROAD
CHANDLER, AZ 85248

A Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ▶ 100%
B Internal Revenue Service Center where corporation filed its return ▶ OGDEN, UT
C Tax shelter registration number (see instructions for Schedule K-1) ▶
D Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 195,368 | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 6,248 | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | 4e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | (Enter on applicable line of your rtn) |
| | 5 | Net section 1231 gain (loss) (other than due to casualty or theft) | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) | 6 | | (Enter on applicable line of your rtn) |
| Deductions | 7 | Charitable contributions (attach schedule) SEE LINE 23 | 7 | 1,620 | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction | 8 | 20,000 | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | | |
| | 10 | Other deductions (attach schedule) | 10 | | |
| Investment Interest | 11a | Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | 6,248 | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | | (2) Investment expenses included on line 9 above | 11b(2) | | |
| Credits | 12a | Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | 12b(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12b(1) for property placed in service before 1990 | 12b(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | 12b(3) | | |
| | | (4) Other than on line 12b(3) for property placed in service after 1989 | 12b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | | |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e | Credits related to other rental activities | 12e | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S. Schedule K-1 (Form 1120S) 2000

KFA SHAREHOLDER 1

SF0US3 12/07/00

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter amount in column (b) on: |
|---|---|---|---|---|
| Adjustments and Tax Preference Items | 14a Depreciation adjustment on property placed in service after 1986 | 14a | -10,154 | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 14b | | |
| | c Depletion (other than oil and gas) | 14c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 14e | | |
| Foreign Taxes | 15a Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | b Gross income sourced at shareholder level | 15b | | |
| | c Foreign gross income sourced at corporate level: | | | |
| | (1) Passive | 15c(1) | | |
| | (2) Listed categories (attach schedule) | 15c(2) | | |
| | (3) General limitation | 15c(3) | | |
| | d Deductions allocated and apportioned at shareholder level: | | | |
| | (1) Interest expense | 15d(1) | | |
| | (2) Other | 15d(2) | | |
| | e Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | (1) Passive | 15e(1) | | |
| | (2) Listed categories (attach schedule) | 15e(2) | | |
| | (3) General limitation | 15e(3) | | |
| | f Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 15f | | Form 1116, Part II |
| | g Reduction in taxes available for credit and gross income from all sources (attach schedule) | 15g | | See Instructions for Form 1116 |
| Other | 16 Section 59(e)(2) expenditures: a Type ▶ | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S) |
| | b Amount | 16b | | |
| | 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 Other tax-exempt income | 18 | | See pages 7 and 8 of the Shareholders' Instructions for Schedule K-1 (Form 1120S). |
| | 19 Nondeductible expenses | 19 | | |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | 16,388 | |
| | 21 Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

23 Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed):

LINE 7
CHARITABLE CONTRIBUTIONS

CASH CONTRIBUTIONS - 50% LIMITATION .......................... $ 1,620

TOTAL $ 1,620

SHAREHOLDER 1 : WILLIAM W GRANTHAM 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



SF0US3A 11/30/00

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization

## (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No. 1545-0172

**2000**

Attachment Sequence No. 67

Name(s) shown on return: INTERNATIONAL AIR RESPONSE, INC.

Identifying number: 86-0321772

Business or activity to which this form relates: FORM 1120S

**Part I — Election To Expense Certain Tangible Property (Section 179)** Note: If you have any "listed property," complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $20,000 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | 26,635 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | 20,000 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 7-YEAR SHOP EQUIPMENT | 5,500 | 5,500 |
| 7-YEAR SHOP EQUIPMENT | 10,503 | 10,503 |
| 7-YEAR MANUALS | 2,265 | 2,265 |
| 7-YEAR MANUALS | 1,895 | 1,732 |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | 0 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 20,000 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 20,000 |
| 10 | Carryover of disallowed deduction from 1999. See page 3 of the instructions | 10 | 0 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 20,000 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. | 12 | 20,000 |
| 13 | Carryover of disallowed deduction to 2001. Add lines 9 and 10, less line 12 ▶ | 13 | 0 |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II — MACRS Depreciation for Assets Placed in Service Only During Your 2000 Tax Year** (Do not include listed property.)

**Section A – General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ▶ ☐

**Section B – General Depreciation System (GDS)** (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | 6,472 | 5 | HY | 200DB | 1,295 |
| c 7-year property | | 163 | 7 | HY | 200DB | 23 |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Alternative Depreciation System (ADS):** (See page 5 of the instructions.)

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part III — Other Depreciation** (Do not include listed property.) (See page 5 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 2000 | 17 | 9,940 |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | 252 |

**Part IV — Summary** (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions from line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | 11,510 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

**STATEMENT 1**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | |
|---|---|
| BANK CHARGES | $ 809 |
| DUES AND SUBSCRIPTIONS | 3,861 |
| FEES | 2,614 |
| INSURANCE | 85,885 |
| LEGAL AND PROFESSIONAL | 110,704 |
| MISCELLANEOUS | 1,577 |
| OUTSIDE SERVICES | 998 |
| POSTAGE | 718 |
| SUPPLIES | 66,890 |
| TELEPHONE | 14,206 |
| TRAINING AND EDUCATION | 290 |
| TRAVEL | 69,314 |
| UTILITIES | 5,556 |
| TOTAL | $ 363,422 |

**STATEMENT 2**
**FORM 1120S, SCHEDULE A, LINE 5**
**OTHER COSTS**

| | |
|---|---|
| CONTRACT LABOR | $ 125,479 |
| DEPRECIATION | 7,146 |
| FREIGHT | 13,679 |
| FUEL AND OIL | 428,340 |
| INSURANCE | 119,050 |
| LANDING FEES | 3,176 |
| LEASE EQUIPMENT | 1,241 |
| MAINTENANCE AND REPAIR | 62,951 |
| OTHER JOB COSTS | 29,888 |
| OUTSIDE SERVICES | 148,818 |
| PAYROLL TAXES | 36,148 |
| PER DIEM EXPENSES | 54,873 |
| SMALL TOOLS | 5,429 |
| SUPPLIES | 19,464 |
| TELEPHONE | 6,575 |
| UTILITIES | 1,474 |
| TOTAL | $ 1,063,731 |

**STATEMENT 3**
**FORM 1120S, SCHEDULE K, LINE 7**
**CHARITABLE CONTRIBUTIONS**

| | |
|---|---|
| CASH CONTRIBUTIONS - 50% LIMITATION | $ 1,620 |
| TOTAL | $ 1,620 |

STATEMENT 4
FORM 1120S, SCHEDULE L, LINE 6
OTHER CURRENT ASSETS

| | BEGINNING | ENDING |
|---|---|---|
| EMPLOYEE ADVANCES | $ 2,138 | $ 4,500 |
| MUTUAL FUNDS | 12,657 | 0 |
| NOTE RECEIVABLE | 20,000 | 20,000 |
| OTHER RECEIVABLES | 15,666 | 12,000 |
| TOTAL | $ 50,461 | $ 36,500 |

STATEMENT 5
FORM 1120S, SCHEDULE L, LINE 14
OTHER ASSETS

| | BEGINNING | ENDING |
|---|---|---|
| CSV LIFE INSURANCE | $ 0 | $ 12,657 |
| TOTAL | $ 0 | $ 12,657 |

STATEMENT 6
FORM 1120S, SCHEDULE L, LINE 18
OTHER CURRENT LIABILITIES

| | BEGINNING | ENDING |
|---|---|---|
| ADVANCES ON CONTRACT | $ 0 | $ 141,903 |
| CHARGE CARD PAYABLE | 2,106 | 0 |
| DEFERRED CASUALTY INCOME | 0 | 900,000 |
| P/R TAX AUDIT PAYABLE | 52,668 | 0 |
| PAYROLL TAXES PAYABLE | 48,948 | 0 |
| TOTAL | $ 103,722 | $ 1,041,903 |

STATEMENT 7
FORM 1120S, SCHEDULE L, LINE 21
OTHER LIABILITIES

| | BEGINNING | ENDING |
|---|---|---|
| NOTE PAYABLE - AFFILIATE | $ 17,500 | $ 0 |
| TOTAL | $ 17,500 | $ 0 |

STATEMENT 8
FORM 1120S, SCHEDULE M-2, LINE 3
OTHER ADDITIONS

| | |
|---|---|
| INTEREST INCOME | $ 6,248 |
| TOTAL | $ 6,248 |

**STATEMENT 9**
**FORM 1120S, SCHEDULE M-2, LINE 5**
**OTHER REDUCTIONS**

| | |
|---|---|
| CONTRIBUTIONS | $ 1,620 |
| SECTION 179 EXPENSE | 20,000 |
| TOTAL | $ 21,620 |