# EXHIBIT C

# DECLARATION OF WILLIAM W. GRANTHAM

I, William "Woody"Grantham, declare as follows:

1. I am over the age of 18 and am competent to make this declaration.

2. In 2000, IAR had approximately 25 employees, not all of which were full time and some of which were seasonal employees.

3. In 2000, IAR certainly had a net worth of less than $7,000,000. In fact, IAR's tax returns reveal that the company had negative equity around that time.

I declare under penalty of perjury that the foregoing is true and correct:

EXECUTED this 19th day of December 2007.

William W. Grantham

# EXHIBIT D

# In The Matter Of:

*International Air Response v.*
*The United States*

---

*William W. Grantham*
*April 4, 2005*

---

*Griffin and Associates Court Reporters*
*3030 North Central Avenue*
*Suite 1102*
*Phoenix, AZ USA 85012*
*(602) 264-2230 or (888) 529-9990*

*Original File WG040405.TXT, 36 Pages*
*Min-U-Script® File ID: 0107839162*

**Word Index included with this Min-U-Script®**

DC-7 air tankers, two DC-7 freighters, and I think about two DC-7 sprayers. And then PB4Y2 and SC-119 and other various aircraft, but we owned as many as like 15 DC-7s at one time.

**Q:** Prior to this aircraft exchange, had T&G ever acquired aircraft directly from the federal government?

**A:** No, sir.

**Q:** Had T&G previously made any substantial purchases of equipment from the federal government?

**A:** No. No, sir.

**MR. HIPP:** Why don't we take a five-minute break, and I'll look at this other testimony that you identified for me.

(Recess taken from 10:44 a.m. to 10:50 a.m.)

**MR. HIPP:** Back on the record.

**Q:** (By Mr. Hipp) Do aircraft 117 and 118, do they have any other viable uses beyond the work that you're using them for for the military?

**A:** No, they don't.

**Q:** Do these aircraft, is there any civilian market for these aircraft?

**A:** Very, very limited. In fact, I would say nonexistent today due to, again, U.S. Forest Service's statements about the aircraft, their unknowledgeable statements about the aircraft.

**MR. PAPETTI:** You've probably qualified that



enough times now.

**MR. HIPP:** I'll stipulate you don't agree with the Forest Service's —

**THE WITNESS:** Right.

**Q:** (By Mr. Hipp) Do C-130 aircraft, do you know of any recent sales by your competitors of C-130 aircraft?

**A:** No, I don't.

**Q:** Are they — if there were a resale market for these aircraft, would these be advertised? Let me put it this way. Strike my question, start over.

If I were theoretically looking to buy a C-130 aircraft, I mean, where would I look?

**A:** There's a publication called Trade-a-Plane that people list aircraft in, probably maybe on the Internet under some type of an aircraft sales heading, and word of mouth. There was an advertisement of one for sale a couple of months ago up at Hawkins & Powers Aviation in Wyoming by a lender that had loaned money on the aircraft. I understand there was a foreclosure sale. I don't know if it sold or if they ever got a bid on it or not.

**Q:** And where did you find out about that potential sale?

**A:** We were sent a flyer on it at the time. I believe it was about three months ago.

**Q:** All right. I'm going to ask you some questions



about the financial picture at International Air, and I'll qualify that by saying that I'm just asking for your best good faith estimates. I understand that you don't have all of the company's financials in front of you, but we're just trying to get the best information we can onto the record for the purposes of making a settlement recommendation.

So, with that in mind now, your counsel previously provided me the income tax returns for International Air for 2001 and 2002. Do you know if the 2003 tax return's been completed?

**A:** I believe it has, but I'm not positive. It's on extension. It was — I have not talked to the accountants in the last week.

**Q:** Who are the accountants?

**A:** American Express Financial Services.

**Q:** How long have you been using them?

**A:** About one year.

**Q:** Who did you use previously, in the recent past?

**A:** A gentleman named Paul Peterson who was a private CPA.

**Q:** Where is he located?

**A:** Mesa, Arizona.

**Q:** About how many employees does International Air have right now?

**A:** Well, we're down to about six right now, six or



seven.

**Q:** And basically speaking, what are those six people's positions or titles?

**A:** Well, the secretary, the maintenance — director of maintenance, and then the other people are basically maintenance personnel, maintenance — maintenance, combination of pilot and maintenance, combination flight engineers. They're dually qualified people, some of them.

**Q:** Okay. In 2002, you've listed gross receipts of approximately $3.4 million and in 2001 gross receipts of approximately $2.9 million. Do you know approximately what the gross receipts were for 2003?

**A:** A lot less. I'm not positive. I'd say probably half of that or something.

**Q:** And why the decline?

**A:** Because the U.S. Forest Service grounded the air tanker operations.

**Q:** Okay. And I should note this, but I don't. About when did that happen?

**A:** May the 11th of last year, 11th or 12th is when we were notified.

**MR. PAPETTI:** 2004 or 2003?

**THE WITNESS:** Last year, 2004.

**MR. PAPETTI:** I think he asked —

**MR. HIPP:** I have that in the file. I was just

Page 29

trying to get oriented here.
**MR. PAPETTI:** Okay.
**THE WITNESS:** I'm sorry.
**MR. HIPP:** I mean, that's obviously a record I can look up, but ...
**THE WITNESS:** Let me back up just a moment though. The financials is what Randy was getting to. The financials for 2003 would be somewhere probably in line with 2002 there because the big drop wouldn't take place until after we were grounded, which was 2004, just to clarify the whole thing. I was wrong.
**Q:** (By Mr. Hipp) Okay. So, the financial results for 2004 would show a big drop-off?
**A:** Yes, sir.
**Q:** Was International Air profitable in 2004?
**A:** Yes, it was as far as I know.
**Q:** Approximately how much profit?
**A:** Only a guess, somewhere in the neighborhood of maybe approximately $400,000.
**Q:** Was International Air profitable in 2003?
**A:** I'm sorry. See, let me back up just a minute.
**Q:** Sure.
**A:** I'm confused because what I gave you was an estimate for 2003. 2004 probably won't be near that because of the drop-off. It might even be a loss. Our year end is June

Page 30

30th of each year. That's why —
**Q:** Ah, okay. That will help clarify the confusion. Then if you could explain for me the compensation of officers and wages and why those numbers vary. Well, let me back up.
Who are the officers of International Air?
**A:** I am the only officer.
**Q:** And have you been the only officer since, say, 2000?
**A:** Yes, sir, I believe so.
**Q:** Okay. And how much do you pay yourself in your capacity as an officer?
**A:** 78,000 a year. I'm going to ask for a raise, too.
**Q:** Okay. And do you pay yourself any other kind of salary at International Air?
**A:** No.
**Q:** All right. So, your compensation from International Air is 78,000, and that's all you pay yourself as an officer and employee?
**A:** That's correct.
**Q:** Since 2000, have any of the officers or employees been members of your family?
**A:** My son is now working there, and he was working there at the time I believe or he started working there

Page 31

sometime after 2002. I don't remember the date.
**Q:** What's your son's name?
**A:** Travis, T-R-A-V-I-S, Grantham, G-R-A-N-T-H-A-M.
**Q:** And about how much is Travis paid?
**A:** Right now, he's paid approximately $4,000 per month.
**Q:** Are you the only shareholder of International Air now?
**A:** Yes, sir.
**Q:** Do you know what or how much International Air is worth currently from a balance sheet perspective?
**A:** Oh, I really couldn't tell you. I couldn't tell you what they're worth. I mean, not a whole lot because, of course, like our D1, DC-7 that we still operate, it's totally an air tanker. It's grounded by the U.S. Forest Service. And, of course, the C-130s only have the limited military usage. So not very much today.
**Q:** I should know this, but what does the Forest Service use to fight fires now?
**A:** Well, they're using more helicopters and what they call single engine air tankers, small crop duster type airplanes, and they're spending — after they grounded all of the large fixed wing air tankers last year, they went out and spent like 165 million additional dollars over and above the large air tanker budget in order to hire more helicopters and

Page 32

more single engine air tankers which were — single engine air tankers, they call it a seat, but what it is, it's a crop duster like you'd see spray in the field. Like, you know, the little yellow single engine airplanes you see flying around farmlands. You've probably seen them.
**MR. PAPETTI:** He's from Wichita. Maybe.
**MR. HIPP:** I've never seen the forest. Grass fires, yes, but never come close to a forest fire.
**THE WITNESS:** Like the little airplanes like they crop dust with, you know.
**Q:** (By Mr. Hipp) Okay. Mr. Grantham, I don't want to make an exhibit of the tax returns because there's no need for purpose getting so much confidential information into the record, but if I could just have you recite a few of the highlights so that they'll be in the transcript. Let me mark the categories here.
For 2002, what were the gross receipts?
**A:** 3,408,806.
**Q:** And what was the total income?
**A:** $1,027,599.
**Q:** What was officer compensation?
**A:** $78,000.
**Q:** And how much for salary and wages?
**A:** Well, it shows none for 2002. That can't be right.

Page 33

MR. PAPETTI: Well, I think it's less employment credit. It's how it got booked. Paid it all one year.

Q: (By Mr. Hipp) Okay. If we just read those categories for 2001, what was the gross receipts?

A: Gross receipts were $2,924,612.

Q: Total income?

A: $1,224,928.

Q: Officer compensation?

A: Zero.

Q: Did you not pay yourself that year?

A: I may not have. They only let me have money when they have money. So if the company's — I've always told Molly that if she's short on anybody, short me before she — so they may not have. There's been a lot of years that went by that I didn't get paid.

Q: Salary and wages for 2001?

A: 531,947.

Q: And for 2000, what were the gross receipts?

A: $2,681,267.

Q: The total income?

A: $981,344.

Q: Officer compensation?

A: I don't even see it on there. It must be in salaries. I don't see it on there.

Q: Okay. How much for salaries?

Page 34

A: 2000 was $107,000, 107,279.

MR. HIPP: All right. Let's go off the record for a second while I look at my notes.

(Recess taken from 11:09 a.m. to 11:12 a.m.)

MR. HIPP: Back on the record.

Q: (By Mr. Hipp) Where is Sergio Tomassoni today?

A: He passed away about two months ago.

MR. PAPETTI: I didn't know that.

THE WITNESS: Yeah, Sergio died about two months ago.

Q: (By Mr. Hipp) I'm sorry to hear that. Have you talked to Fred Fuchs in the recent past?

A: Approximately two years ago sometime.

Q: Where is Mr. Fuchs today?

A: As far as I know, he still lives in the Albuquerque, New Mexico, area.

Q: When was the last time you talked to Roy Reagan?

A: I haven't talked to Mr. Reagan for probably 10 years.

Q: Do you know where he is today?

A: Last I knew, he lived in the Phoenix area here.

MR. HIPP: All right. Let's go off the record again for a minute.

(Recess taken from 11:13 a.m. to 11:42 a.m.)

Page 35

(The deposition was concluded at 11:42 a.m.)

WILLIAM W. GRANTHAM

Page 36

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BE IT KNOWN, that the foregoing deposition was taken by me pursuant to stipulation of counsel; that I, Kristin A: Woodall, RPR, a Certified Court Reporter, in the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that sig nature was requested; that the foregoing 35 pages are a full, true, and accurate transcript of all proceedings and testimony had and adduced upon the taking of said deposition, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED at Gilbert, Arizona, this 17th day of April, 2005.

KRISTIN A. WOODALL, RPR
Certified Court Reporter
Certificate No. 50196