# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERNATIONAL AIR RESPONSE,** | * | |
| Plaintiff, | * | |
| v. | * | No. 00-428C |
| **THE UNITED STATES,** | * | (Filed Dec. 20, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff IAR's Reply on Its Application for Attorneys' Fees and Costs filed on December 19, 2007, contained new evidentiary material. The court trusts that defendant will take note of the perceptive and accurate approach taken by plaintiff's able counsel with respect to substantial justification of the law and the facts, as well as the modest amount of attorneys' fees and costs claimed. Accordingly,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 78(a), defendant may file a surreply by January 8, 2008, addressing the new material. See Bazalo v. West, 150 F.3d 1380, 1382-84 (Fed. Cir. 1998).

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge