IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL AIR RESPONSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-428 |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE CONCERNING**
**THE COURT'S ORDER DATED DECEMBER 20, 2007**

Defendant, the United States, respectfully submits this notice in response to the Court's order dated December 20, 2007. In that order, the Court invited us to file a sur-reply brief to address new materials included in plaintiff, International Air Response, Inc. ("IAR")'s reply brief in support of its application for fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

We argued in our opposition brief that IAR had not shown that it satisfied the eligibility requirements set forth in 28 U.S.C. § 2412(d)(2)(B). That subsection limits EAJA eligibility to entities with a net worth of less than $7,000,000 and fewer than 500 employees at the time the action was filed. In the attachments to its reply brief, IAR included tax return information and a sworn declaration that appear to establish that IAR satisfies the net worth and employment requirements of section § 2412(d)(2)(B). In light of this new information and Bazalo v. West, 150 F.3d 1380, 1383-84 (Fed. Cir. 1997) (holding that a timely EAJA applicant may supplement its application with additional information concerning its net worth), we are now satisfied that IAR meets the net worth and maximum employment requirements of section 2412(d)(2)(B).

Accordingly, we respectfully submit this notice that defendant will not submit a sur-reply brief concerning that issue.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3091
Fax (202) 307-0972

January 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of January 2008, a copy of the foregoing "DEFENDANT'S NOTICE CONCERNING THE COURT'S ORDER DATED DECEMBER 20, 2007" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Roger A. Hipp