# EXHIBIT A

LEWIS AND ROCA LLP LAWYERS

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone (775) 823-2900

**Federal Tax ID No.**
**86-0095078**

ACCT. NO. 14863-00015

February 15, 2008
Invoice No. ******

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

v. U.S., U.S. Dept. of Agriculture, Forest
Service, and Ronald Hooper

**ADVANCES**

| | | |
|---|---|---|
| 04-14-2003 | Photocopying | 0.20 |
| 04-24-2003 | Court Fees - VENDOR: Arizona Supreme Court Clerk Fee for a certificate of good standing for Randy Papetti to go with his app to appear before the US Court of Federal Claims | 17.00 |
| 04-25-2003 | Photocopying | 0.40 |
| 07-10-2003 | Long Distance Telephone 1(202)719-3560 7429 | 0.74 |
| 07-14-2003 | Photocopying | 1.20 |
| 07-29-2003 | Photocopying | 3.20 |
| 08-01-2003 | Photocopying | 6.40 |
| 09-08-2003 | Photocopying | 0.60 |
| 09-11-2003 | Westlaw | 79.96 |
| 09-11-2003 | Westlaw | 34.99 |
| 09-11-2003 | Westlaw | 5.00 |
| 09-12-2003 | Fedex | 27.65 |
| 09-12-2003 | Westlaw | 79.98 |
| 09-12-2003 | Westlaw | 30.00 |
| 09-12-2003 | Westlaw | 39.98 |
| 09-12-2003 | Photocopying | 57.20 |
| 09-12-2003 | Photocopying | 0.40 |
| 09-12-2003 | Photocopying | 0.60 |
| 09-12-2003 | Photocopying | 9.20 |
| 11-06-2003 | Other Disbursements - - VENDOR:Pacer Service Center | 0.49 |
| 11-07-2003 | Long Distance Telephone 1(202)307-6288 5337 | 2.21 |
| 04-14-2004 | Fedex | 17.42 |
| 04-14-2004 | Photocopying | 4.00 |
| 04-14-2004 | Photocopying | 0.40 |
| 04-14-2004 | Long Distance Telephone 1(202)307-6288 7429 | 0.99 |

| | | |
|---|---|---|
| 04-21-2004 | Long Distance Telephone 1(202)305-7562 7429 | 0.99 |
| 04-22-2004 | Fedex | 17.42 |
| 04-22-2004 | Photocopying | 3.40 |
| 04-29-2004 | Photocopying | 12.40 |
| 04-29-2004 | Photocopying | 18.60 |
| 05-01-2004 | Fedex | 26.21 |
| 05-01-2004 | Photocopying | 8.80 |
| 05-01-2004 | Photocopying | 4.80 |
| 05-01-2004 | Photocopying | 2.00 |
| 05-18-2004 | Photocopying | 0.60 |
| 06-01-2004 | Long Distance Telephone 1(202)219-9657 LOST | 1.98 |
| 06-01-2004 | Long Distance Telephone 1(202)219-9546 7429 | 1.98 |
| 06-07-2004 | Photocopying | 0.80 |
| 06-07-2004 | Long Distance Telephone 1(202)305-7562 5337 | 1.98 |
| 06-10-2004 | Westlaw | 1.36 |
| 06-10-2004 | Westlaw | 3.79 |
| 06-10-2004 | Westlaw | 13.88 |
| 06-10-2004 | Westlaw | 23.36 |
| 06-14-2004 | Westlaw | 2.00 |
| 06-14-2004 | Westlaw | 5.70 |
| 06-14-2004 | Westlaw | 63.37 |
| 06-14-2004 | Westlaw | 18.55 |
| 06-14-2004 | Westlaw | 2.20 |
| 06-14-2004 | Westlaw | 6.25 |
| 06-14-2004 | Westlaw | 15.56 |
| 06-14-2004 | Westlaw | 47.17 |
| 06-15-2004 | Westlaw | 14.31 |
| 06-15-2004 | Westlaw | 40.45 |
| 06-15-2004 | Westlaw | 392.19 |
| 06-15-2004 | Westlaw | 28.76 |
| 06-15-2004 | Westlaw | 144.94 |
| 06-15-2004 | Westlaw | 5.91 |
| 06-15-2004 | Westlaw | 47.28 |
| 06-15-2004 | Photocopying | 0.20 |
| 06-17-2004 | Westlaw | 18.16 |
| 06-17-2004 | Westlaw | 51.50 |
| 06-17-2004 | Westlaw | 635.61 |
| 06-17-2004 | Westlaw | 137.43 |
| 06-17-2004 | Westlaw | 29.55 |
| 06-17-2004 | Westlaw | 3.87 |
| 06-17-2004 | Westlaw | 15.00 |
| 06-18-2004 | Westlaw | 8.72 |
| 06-18-2004 | Westlaw | 24.75 |
| 06-18-2004 | Westlaw | 63.70 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 06-18-2004 | Westlaw | 163.55 |
| 06-18-2004 | Westlaw | 22.36 |
| 06-18-2004 | Westlaw | 9.04 |
| 06-18-2004 | Westlaw | 11.82 |
| 06-18-2004 | Westlaw | 3.87 |
| 06-18-2004 | Westlaw | 10.00 |
| 06-21-2004 | Westlaw | 21.76 |
| 06-21-2004 | Westlaw | 61.90 |
| 06-21-2004 | Westlaw | 128.07 |
| 06-21-2004 | Westlaw | 20.85 |
| 06-21-2004 | Westlaw | 8.49 |
| 06-21-2004 | Westlaw | 464.15 |
| 06-21-2004 | Westlaw | 11.82 |
| 06-22-2004 | Westlaw | 27.53 |
| 06-22-2004 | Westlaw | 78.27 |
| 06-22-2004 | Westlaw | 253.81 |
| 06-22-2004 | Westlaw | 509.05 |
| 06-22-2004 | Westlaw | 129.34 |
| 06-23-2004 | Westlaw | 3.82 |
| 06-23-2004 | Westlaw | 10.84 |
| 06-23-2004 | Westlaw | 9.60 |
| 06-23-2004 | Westlaw | 90.47 |
| 06-23-2004 | Westlaw | 8.63 |
| 06-28-2004 | Westlaw | 1.14 |
| 07-08-2004 | Photocopying | 3.20 |
| 07-08-2004 | Facsimile Document 1(1202)305-7643 | 0.00 |
| 07-08-2004 | Facsimile Document 1(1202)305-7643 | 0.00 |
| 07-09-2004 | Photocopying | 1.20 |
| 07-09-2004 | Long Distance Telephone 1(202)305-7562 7429 | 0.99 |
| 07-09-2004 | Long Distance Telephone 1(202)305-7562 7429 | 1.98 |
| 07-12-2004 | Long Distance Telephone 1(202)305-7562 7429 | 1.98 |
| 07-12-2004 | Long Distance Telephone 1(202)305-7562 7429 | 0.99 |
| 07-19-2004 | Fedex | 27.64 |
| 07-19-2004 | Photocopying | 2.40 |
| 08-10-2004 | Miscellaneous by Mr. L Kasten on 5/6/02 for upgrade for airline through St. Louis, MO | 32.29 |
| 08-26-2004 | Long Distance Telephone 1(202)305-7562 7429 | 2.97 |
| 09-07-2004 | Photocopying | 7.80 |
| 09-15-2004 | Photocopying | 1.20 |
| 09-23-2004 | Photocopying | 17.40 |
| 09-24-2004 | Photocopying | 7.80 |
| 09-24-2004 | Photocopying | 3.20 |
| 09-24-2004 | Photocopying | 2.00 |
| 10-05-2004 | Outside Professional Services - - VENDOR:Pacer Service Center | 0.56 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 10-08-2004 | Long Distance Telephone 1(520)796-5188 5337 | 0.56 |
| 10-12-2004 | Fedex | 17.87 |
| 10-12-2004 | Fedex | 17.87 |
| 10-12-2004 | Photocopying | 2.00 |
| 10-12-2004 | Photocopying | 4.00 |
| 10-12-2004 | Photocopying | 0.80 |
| 10-13-2004 | Photocopying | 0.20 |
| 10-13-2004 | Long Distance Telephone 1(202)219-9546 7429 | 2.97 |
| 10-13-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 10-15-2004 | Photocopying | 0.80 |
| 10-15-2004 | Photocopying | 2.20 |
| 10-15-2004 | Long Distance Telephone 1(202)307-0277 7429 | 0.99 |
| 10-15-2004 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 10-18-2004 | Long Distance Telephone 1(202)305-3091 5337 | 0.99 |
| 10-19-2004 | Westlaw | 1.63 |
| 10-19-2004 | Westlaw | 14.45 |
| 10-19-2004 | Westlaw | 11.84 |
| 10-19-2004 | Westlaw | 3.87 |
| 10-19-2004 | Westlaw | 10.02 |
| 10-19-2004 | Photocopying | 43.00 |
| 10-19-2004 | Long Distance Telephone 1(202)305-3091 5337 | 9.90 |
| 10-20-2004 | Westlaw | 4.60 |
| 10-20-2004 | Westlaw | 13.09 |
| 10-20-2004 | Westlaw | 192.31 |
| 10-20-2004 | Westlaw | 19.63 |
| 10-20-2004 | Westlaw | 71.04 |
| 10-20-2004 | Westlaw | 7.74 |
| 10-20-2004 | Westlaw | 25.05 |
| 10-20-2004 | Photocopying | 1.00 |
| 10-20-2004 | Photocopying | 6.20 |
| 10-20-2004 | Photocopying | 9.40 |
| 10-20-2004 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 10-21-2004 | Westlaw | 1.37 |
| 10-21-2004 | Westlaw | 3.93 |
| 10-21-2004 | Westlaw | 34.53 |
| 10-21-2004 | Westlaw | 41.44 |
| 10-21-2004 | Westlaw | 40.08 |
| 10-21-2004 | Long Distance Telephone 1(520)796-5188 5337 | 1.68 |
| 10-21-2004 | Long Distance Telephone 1(520)796-5188 5315 | 0.84 |
| 10-22-2004 | Photocopying | 0.60 |
| 10-22-2004 | Photocopying | 0.20 |
| 10-22-2004 | Photocopying | 3.20 |
| 10-22-2004 | Photocopying | 0.40 |
| 10-22-2004 | Long Distance Telephone 1(520)796-5188 5315 | 2.24 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 10-25-2004 | Long Distance Telephone 1(202)457-6453 5315 | 0.99 |
| 10-25-2004 | Long Distance Telephone 1(202)457-4653 5315 | 1.98 |
| 10-25-2004 | Long Distance Telephone 1(202)457-6453 5315 | 3.96 |
| 10-26-2004 | Westlaw | 3.10 |
| 10-26-2004 | Westlaw | 8.83 |
| 10-26-2004 | Westlaw | 13.66 |
| 10-26-2004 | Westlaw | 11.02 |
| 10-26-2004 | Westlaw | 147.98 |
| 10-26-2004 | Westlaw | 65.12 |
| 10-26-2004 | Westlaw | 3.87 |
| 10-26-2004 | Westlaw | 15.03 |
| 10-26-2004 | Westlaw | 216.30 |
| 10-27-2004 | Westlaw | 4.16 |
| 10-27-2004 | Westlaw | 11.77 |
| 10-27-2004 | Westlaw | 17.39 |
| 10-27-2004 | Westlaw | 55.71 |
| 10-27-2004 | Westlaw | 69.76 |
| 10-27-2004 | Westlaw | 35.52 |
| 10-27-2004 | Westlaw | 72.10 |
| 10-27-2004 | Photocopying | 0.20 |
| 10-29-2004 | Westlaw | 11.10 |
| 10-29-2004 | Westlaw | 1.89 |
| 10-29-2004 | Westlaw | 5.01 |
| 11-01-2004 | Photocopying | 8.00 |
| 11-01-2004 | Long Distance Telephone 1(520)796-5188 5315 | 3.64 |
| 11-02-2004 | Photocopying | 9.40 |
| 11-02-2004 | Long Distance Telephone 1(520)796-5188 5315 | 0.56 |
| 11-03-2004 | Photocopying | 3.00 |
| 11-03-2004 | Photocopying | 2.40 |
| 11-03-2004 | Photocopying | 0.80 |
| 11-04-2004 | Photocopying | 14.80 |
| 11-09-2004 | Photocopying | 0.80 |
| 11-09-2004 | Long Distance Telephone 1(520)796-5188 5315 | 3.08 |
| 11-09-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 11-12-2004 | Long Distance Telephone 1(202)307-0277 5337 | 5.94 |
| 11-15-2004 | Long Distance Telephone 1(202)307-0277 5337 | 1.98 |
| 11-16-2004 | Long Distance Telephone 1(520)796-5188 5315 | 1.40 |
| 11-17-2004 | Long Distance Telephone 1(909)597-3722 5204 | 2.97 |
| 11-17-2004 | Long Distance Telephone 1(520)574-0462 5204 | 0.91 |
| 11-17-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 11-18-2004 | Westlaw | 35.64 |
| 11-18-2004 | Westlaw | 3.88 |
| 11-18-2004 | Westlaw | 55.22 |
| 11-18-2004 | Westlaw | 34.71 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 11-18-2004 | Westlaw | 8.22 |
| 11-18-2004 | Long Distance Telephone 1(520)618-4803 5204 | 0.41 |
| 11-18-2004 | Long Distance Telephone 1(520)796-5188 5204 | 0.84 |
| 11-18-2004 | Long Distance Telephone 1(520)248-0870 5204 | 0.41 |
| 11-19-2004 | Westlaw | 11.88 |
| 11-19-2004 | Westlaw | 3.88 |
| 11-19-2004 | Westlaw | 45.18 |
| 11-22-2004 | Westlaw | 1.13 |
| 11-22-2004 | Westlaw | 3.20 |
| 11-22-2004 | Westlaw | 55.36 |
| 11-22-2004 | Westlaw | 3.13 |
| 11-22-2004 | Westlaw | 23.76 |
| 11-22-2004 | Westlaw | 20.08 |
| 11-23-2004 | Photocopying | 6.20 |
| 11-23-2004 | Photocopying | 10.60 |
| 11-23-2004 | Photocopying | 0.20 |
| 12-09-2004 | Westlaw | 229.95 |
| 12-20-2004 | Westlaw | 5.07 |
| 12-20-2004 | Westlaw | 14.44 |
| 12-20-2004 | Westlaw | 134.67 |
| 12-20-2004 | Westlaw | 18.43 |
| 12-20-2004 | Westlaw | 8.81 |
| 12-20-2004 | Westlaw | 83.24 |
| 12-20-2004 | Westlaw | 47.45 |
| 12-20-2004 | Westlaw | 2.49 |
| 12-21-2004 | Westlaw | 1.21 |
| 12-21-2004 | Westlaw | 3.50 |
| 12-21-2004 | Westlaw | 27.18 |
| 12-21-2004 | Westlaw | 8.66 |
| 12-22-2004 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 12-29-2004 | Photocopying | 4.20 |
| 12-29-2004 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 01-03-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 01-04-2005 | Photocopying | 6.60 |
| 01-04-2005 | Photocopying | 0.80 |
| 01-20-2005 | Photocopying | 14.40 |
| 01-26-2005 | Photocopying | 2.60 |
| 02-07-2005 | Photocopying | 8.40 |
| 02-22-2005 | Long Distance Telephone 1(202)307-0277 5337 | 5.94 |
| 02-23-2005 | Photocopying | 1.60 |
| 02-23-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 03-17-2005 | Photocopying | 0.20 |
| 03-29-2005 | Photocopying | 12.40 |
| 03-29-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.56 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 03-30-2005 | Service of Process - - VENDOR:E-Z Messenger Attorney Service | 31.75 |
| 03-30-2005 | Photocopying | 0.40 |
| 03-31-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.28 |
| 04-25-2005 | Photocopying | 0.40 |
| 04-25-2005 | Photocopying | 0.20 |
| 04-28-2005 | Reporting Services and Transcript - - VENDOR:Griffin and Associates Court Reporters | 117.00 |
| 05-05-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 05-09-2005 | Photocopying | 1.80 |
| 06-13-2005 | Photocopying | 2.40 |
| 07-01-2005 | Long Distance Telephone 1(202)357-6541 7429 | 3.96 |
| 07-05-2005 | Long Distance Telephone 1(202)357-6540 7429 | 0.99 |
| 07-19-2005 | Photocopying | 0.20 |
| 08-04-2005 | Westlaw | 3.04 |
| 08-04-2005 | Westlaw | 8.61 |
| 08-04-2005 | Westlaw | 164.19 |
| 08-04-2005 | Westlaw | 1.39 |
| 08-04-2005 | Photocopying | 3.60 |
| 08-04-2005 | Photocopying | 1.80 |
| 08-04-2005 | Long Distance Telephone 1(202)357-6540 7429 | 1.98 |
| 08-04-2005 | Long Distance Telephone 1(202)357-6540 7429 | 0.99 |
| 08-04-2005 | Facsimile Document 1(1202)357-6546 | 0.00 |
| 08-29-2005 | Facsimile Document 1(1202)307-0972 | 0.00 |
| 09-07-2005 | Photocopying | 0.40 |
| 09-07-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 09-07-2005 | Long Distance Telephone 1(520)796-5188 5337 | 1.93 |
| 09-07-2005 | Long Distance Telephone 1(520)796-5188 5367 | 1.45 |
| 09-12-2005 | Long Distance Telephone 1(520)796-5188 5367 | 2.25 |
| 09-16-2005 | Long Distance Telephone 1(520)796-5188 5367 | 1.29 |
| 09-16-2005 | Long Distance Telephone 1(520)796-5188 5367 | 0.81 |
| 09-19-2005 | Photocopying | 6.40 |
| 09-19-2005 | Photocopying | 0.40 |
| 09-19-2005 | Photocopying | 8.60 |
| 09-20-2005 | Photocopying | 38.40 |
| 09-20-2005 | Photocopying | 14.80 |
| 09-20-2005 | Long Distance Telephone 1(520)796-5188 5367 | 2.72 |
| 09-21-2005 | Fedex | 52.23 |
| 09-21-2005 | Photocopying | 0.60 |
| 09-21-2005 | Photocopying | 0.40 |
| 09-22-2005 | Photocopying | 0.40 |
| 09-27-2005 | Photocopying | 37.60 |
| 09-28-2005 | Photocopying | 9.20 |
| 10-04-2005 | Fedex | 14.59 |
| 10-07-2005 | Photocopying | 0.40 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 10-18-2005 | Photocopying | 2.40 |
| 10-18-2005 | Photocopying | 0.40 |
| 10-26-2005 | Long Distance Telephone 1(202)429-1700 7429 | 3.96 |
| 10-26-2005 | Long Distance Telephone 1(202)737-1234 7429 | 1.98 |
| 10-26-2005 | Long Distance Telephone 1(202)483-2000 7429 | 1.98 |
| 10-26-2005 | Long Distance Telephone 1(703)684-7200 7429 | 5.94 |
| 10-26-2005 | Long Distance Telephone 1(520)796-5188 7429 | 0.49 |
| 10-26-2005 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 11-07-2005 | Photocopying | 0.60 |
| 11-07-2005 | Long Distance Telephone 1(202)357-6540 7429 | 0.99 |
| 11-09-2005 | Long Distance Telephone 1(202)357-6540 7429 | 3.96 |
| 11-10-2005 | Westlaw | 35.52 |
| 11-10-2005 | Westlaw | 32.76 |
| 11-10-2005 | Photocopying | 0.40 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 1.61 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 0.33 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 0.33 |
| 11-10-2005 | Long Distance Telephone 1(520)796-5188 5385 | 3.05 |
| 11-10-2005 | Long Distance Telephone 1(303)526-5300 5385 | 1.98 |
| 11-10-2005 | Long Distance Telephone 1(303)807-7351 5385 | 2.97 |
| 11-10-2005 | Long Distance Telephone 1(303)807-7351 5385 | 1.98 |
| 11-10-2005 | Long Distance Telephone 1(303)807-7351 5385 | 1.98 |
| 11-10-2005 | Long Distance Telephone 1(303)526-5300 5385 | 1.98 |
| 11-11-2005 | Westlaw | 11.84 |
| 11-11-2005 | Westlaw | 16.38 |
| 11-11-2005 | Westlaw | 5.46 |
| 11-11-2005 | Westlaw | 182.12 |
| 11-11-2005 | Westlaw | 5.92 |
| 11-11-2005 | Photocopying | 0.40 |
| 11-11-2005 | Photocopying | 0.80 |
| 11-11-2005 | Long Distance Telephone 1(520)796-5188 5385 | 1.13 |
| 11-14-2005 | Westlaw | 17.76 |
| 11-14-2005 | Westlaw | 10.92 |
| 11-14-2005 | Westlaw | 273.18 |
| 11-14-2005 | Photocopying | 1.20 |
| 11-14-2005 | Long Distance Telephone 1(202)307-0277 5385 | 6.93 |
| 11-14-2005 | Long Distance Telephone 1(202)307-0277 5385 | 4.95 |
| 11-16-2005 | Long Distance Telephone 1(202)307-0277 5337 | 1.98 |
| 11-17-2005 | Photocopying | 1.00 |
| 11-30-2005 | Travel Expense by Mr. R. Papetti on 11/14/05 for travel to Washington DC to attend settlement meeting at Court of Federal Claims | 1,123.97 |
| 12-01-2005 | Photocopying | 3.60 |
| 12-01-2005 | Photocopying | 0.40 |
| 12-20-2005 | Photocopying | 0.40 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 01-13-2006 | Miscellaneous by Mr. R Papetti on 11/14-16/05 for CREDIT on airfare traveling to Washington DC to attend settlement meeting at Court of Federal Claims | (5.00) |
| 01-31-2006 | Long Distance Telephone 1(202)305-3091 5337 | 1.98 |
| 03-03-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 04-13-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 05-04-2006 | Long Distance Telephone 1(202)307-0277 7429 | 1.98 |
| 05-04-2006 | Long Distance Telephone 1(520)796-1511 7429 | 0.33 |
| 05-05-2006 | Long Distance Telephone 1(202)307-0277 5337 | 5.94 |
| 05-05-2006 | Long Distance Telephone 1(520)796-1511 5337 | 0.33 |
| 05-05-2006 | Long Distance Telephone 1(202)307-0277 5337 | 6.93 |
| 05-09-2006 | Long Distance Telephone 1(202)305-3091 5337 | 2.97 |
| 05-22-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 05-22-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 05-31-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.49 |
| 05-31-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.49 |
| 06-05-2006 | Long Distance Telephone 1(520)796-5188 5337 | 1.13 |
| 06-06-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.81 |
| 06-07-2006 | Long Distance Telephone 1(202)305-3091 5337 | 3.96 |
| 06-08-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.49 |
| 06-08-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 06-12-2006 | Long Distance Telephone 1(520)796-5188 7429 | 0.33 |
| 06-12-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.65 |
| 06-12-2006 | Long Distance Telephone 1(202)307-0277 5337 | 36.63 |
| 06-12-2006 | Long Distance Telephone 1(520)796-1511 5337 | 5.93 |
| 07-18-2006 | Long Distance Telephone 1(520)796-5188 5337 | 0.33 |
| 07-18-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 07-20-2006 | Long Distance Telephone 1(202)357-6400 7429 | 2.97 |
| 07-20-2006 | Long Distance Telephone 1(202)628-4888 7429 | 0.99 |
| 07-31-2006 | Long Distance Telephone 1(520)796-5188 5337 | 2.09 |
| 08-14-2006 | Photocopying | 0.20 |
| 08-14-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 08-23-2006 | Travel Expense by Mr. R Papetti on 11/14/05 for parking while in DC to attend settlement conference @ court of Federal Claims | 9.17 |
| 09-05-2006 | Reporting Services and Transcript - - VENDOR:Heritage Reporting Corporation | 50.00 |
| 09-07-2006 | Reporting Services and Transcript - - VENDOR:Heritage Reporting Corporation | 20.00 |
| 09-08-2006 | Photocopying | 0.60 |
| 09-12-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 09-13-2006 | Long Distance Telephone 1(520)796-1511 7429 | 0.49 |
| 09-15-2006 | Facsimile Document 1(1520)796-1064 | 0.00 |
| 09-21-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 09-21-2006 | Facsimile Document 1(1520)723-6550 | 0.00 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 10-17-2006 | Long Distance Telephone 1(202)305-3091 5337 | 8.91 |
| 10-26-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.53 |
| 10-26-2006 | Long Distance Telephone 1(435)467-4060 7429 | 2.97 |
| 10-27-2006 | Long Distance Telephone 1(202)307-0277 7429 | 1.98 |
| 10-27-2006 | Long Distance Telephone 1(202)307-0277 7429 | 1.98 |
| 11-01-2006 | Long Distance Telephone 1(202)862-1600 7429 | 2.97 |
| 11-01-2006 | Long Distance Telephone 1(202)638-4600 7429 | 4.95 |
| 11-01-2006 | Long Distance Telephone 1(202)479-0027 7429 | 5.94 |
| 11-03-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.72 |
| 11-05-2006 | Westlaw | 1.75 |
| 11-05-2006 | Westlaw | 4.91 |
| 11-05-2006 | Westlaw | 50.47 |
| 11-05-2006 | Westlaw | 14.07 |
| 11-06-2006 | Fedex | 48.51 |
| 11-06-2006 | Westlaw | 2.47 |
| 11-06-2006 | Westlaw | 29.52 |
| 11-06-2006 | Westlaw | 10.97 |
| 11-06-2006 | Westlaw | 14.06 |
| 11-06-2006 | Photocopying | 42.40 |
| 11-07-2006 | Photocopying | 43.20 |
| 11-07-2006 | Photocopying | 3.00 |
| 11-07-2006 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 11-08-2006 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 11-09-2006 | Long Distance Telephone 1(202)307-0277 5337 | 0.99 |
| 11-09-2006 | Long Distance Telephone 1(202)305-3091 5337 | 6.93 |
| 11-09-2006 | Long Distance Telephone 1(703)692-1475 5337 | 0.99 |
| 11-09-2006 | Long Distance Telephone 1(202)305-3091 5337 | 0.99 |
| 11-09-2006 | Long Distance Telephone 1(520)796-5188 5337 | 1.45 |
| 11-09-2006 | Long Distance Telephone 1(520)723-6555 5337 | 2.24 |
| 11-13-2006 | Fedex | 49.42 |
| 11-13-2006 | Photocopying | 43.40 |
| 11-13-2006 | Long Distance Telephone 1(202)305-3091 5337 | 1.98 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.53 |
| 11-13-2006 | Long Distance Telephone 1(202)479-0027 7429 | 9.90 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.53 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 11-13-2006 | Long Distance Telephone 1(202)582-1234 7429 | 1.98 |
| 11-13-2006 | Long Distance Telephone 1(202)857-3388 7429 | 15.84 |
| 11-13-2006 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 11-14-2006 | Outside Professional Services - - VENDOR:PACER Service Center | 0.48 |
| 11-14-2006 | Photocopying | 22.80 |
| 11-14-2006 | Photocopying | 23.80 |
| 11-14-2006 | Photocopying | 1.00 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 11-14-2006 | Photocopying | 0.20 |
| 11-14-2006 | Photocopying | 0.80 |
| 11-14-2006 | Photocopying | 1.60 |
| 11-14-2006 | Long Distance Telephone 1(301)652-2000 7429 | 2.97 |
| 11-14-2006 | Facsimile Document 1(1301)664-7317 | 0.00 |
| 11-15-2006 | Travel Expenses on 11/14/06 - 11/15/06 regarding trip to D.C. for trial- - VENDOR:Randy Papetti | 1,975.92 |
| 11-15-2006 | Meal Expenses on 11/14/06-11/15/06 regarding trip to D.C. for trial - - VENDOR:Randy Papetti | 6.53 |
| 11-22-2006 | Long Distance Telephone 1(301)652-2000 7429 | 1.98 |
| 12-07-2006 | Westlaw | 126.54 |
| 12-07-2006 | Westlaw | 41.02 |
| 12-07-2006 | Westlaw | 73.07 |
| 12-07-2006 | Westlaw | 168.74 |
| 12-08-2006 | Westlaw | 9.72 |
| 12-08-2006 | Westlaw | 27.44 |
| 12-08-2006 | Westlaw | 390.67 |
| 12-08-2006 | Westlaw | 10.42 |
| 12-08-2006 | Westlaw | 87.02 |
| 12-08-2006 | Westlaw | 3.70 |
| 12-08-2006 | Westlaw | 49.21 |
| 12-11-2006 | Westlaw | 14.71 |
| 12-11-2006 | Westlaw | 41.76 |
| 12-11-2006 | Westlaw | 574.14 |
| 12-11-2006 | Westlaw | 17.63 |
| 12-11-2006 | Westlaw | 143.12 |
| 12-11-2006 | Westlaw | 42.18 |
| 12-19-2006 | Long Distance Telephone 1(520)723-6555 5337 | 0.53 |
| 12-26-2006 | Long Distance Telephone 1(202)628-4888 7429 | 4.95 |
| 03-12-2007 | Long Distance Telephone 1(520)723-6555 7429 | 0.34 |
| 03-12-2007 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 03-13-2007 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 03-21-2007 | Westlaw | 12.38 |
| 03-21-2007 | Westlaw | 141.22 |
| 03-21-2007 | Westlaw | 35.05 |
| 03-21-2007 | Westlaw | 107.49 |
| 03-21-2007 | Westlaw | 117.46 |
| 03-21-2007 | Westlaw | 273.10 |
| 03-21-2007 | Westlaw | 87.66 |
| 03-21-2007 | Westlaw | 1.10 |
| 03-21-2007 | Westlaw | 19.15 |
| 03-21-2007 | Westlaw | 9.74 |
| 03-31-2007 | Outside Professional Services - - VENDOR:PACER Service Center | 0.08 |
| 09-14-2007 | Fedex | 38.94 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | |
|---|---|---|
| 09-14-2007 | Westlaw | 6.77 |
| 09-14-2007 | Westlaw | 19.28 |
| 09-14-2007 | Westlaw | 20.65 |
| 09-14-2007 | Westlaw | 415.93 |
| 09-14-2007 | Westlaw | 13.76 |
| 09-14-2007 | Westlaw | 29.10 |
| 09-26-2007 | Photocopying | 0.40 |
| 09-26-2007 | Facsimile Document 1(1520)723-6550 | 0.00 |
| 10-04-2007 | Photocopying | 0.20 |
| 10-24-2007 | Outside Professional Services - - VENDOR:PACER Service Center | 0.88 |
| 12-17-2007 | Photocopying | 3.00 |
| 12-19-2007 | Westlaw | 12.14 |
| 12-19-2007 | Westlaw | 31.08 |
| 12-19-2007 | Westlaw | 205.84 |
| 12-19-2007 | Photocopying | 2.40 |
| 12-19-2007 | Photocopying | 2.40 |
| 12-19-2007 | Photocopying | 0.20 |
| 12-19-2007 | Photocopying | 0.20 |
| 12-19-2007 | Facsimile Document 1(1928)684-1766 | 0.00 |
| 12-27-2007 | Photocopying | 1.40 |

TOTAL ADVANCES $ 15,373.64

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

**ADVANCE SUMMARY**

| Description | Amount |
|---|---|
| Travel Expense | 1,975.92 |
| Federal Express | 355.77 |
| Messenger Fees/Service of Process | 31.75 |
| Outside Professional Services | 2.00 |
| Court Fees | 17.00 |
| Other Disbursements | 0.49 |
| Westlaw Computer Research | 10,629.02 |
| Meeting Expense | 6.53 |
| Reporting Services and Transcript | 187.00 |
| Long Distance Telephone | 311.33 |
| Out of Town Travel | 1,133.14 |
| Other | 27.29 |
| Photocopying | 696.40 |
| **Total Advances** | **$ 15,373.64** |

**TOTAL FEES AND ADVANCES** **$15,373.64 (U.S. FUNDS)**

**DUE AND PAYABLE UPON RECEIPT**

# EXHIBIT B

LEWIS AND ROCA LLP LAWYERS

Federal Tax ID No. 86-0095078

Phoenix Office
Centralized Accounting Dept.
40 North Central
Phoenix, Arizona 85004
Main Telephone (602) 262-5311
Accounting (602) 262-5708
Facsimile (602) 734-3740

Tucson Office
One South Church Avenue
Tucson, Arizona 85701
Telephone (520) 622-2090

Las Vegas Office
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone (702) 949-8200

Albuquerque Office
201 Third Street, NW
Albuquerque, New Mexico 87102
Telephone (505) 764-5400

Reno Office
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone (775) 823-2900

ACCT. NO. 14863-00015

February 15, 2008
Invoice No. ******

**International Air Response, Inc.**
**Attn: Woody Grantham**
**P.O. Box 67**
**Coolidge, AZ 85228**

LEGAL SERVICES RENDERED THROUGH JANUARY 9, 2008

v. U.S., U.S. Dept. of Agriculture, Forest Service, and Ronald Hooper

| | | | |
|---|---|---|---|
| 06-01-2007 | R. Papetti<br>Work on fee petition | 0.3 | 37.50 |
| 06-08-2007 | R. Papetti<br>Work with J. Henderson on research re EAJA Act | 0.8 | 100.00 |
| 06-11-2007 | R. Schaffer<br>Research deadline for filing fee application where appeal is dismissed | 0.5 | 62.50 |
| 08-13-2007 | B. Pollock<br>Research re timing of fee applications under Equal Access to Justice Act | 0.8 | 100.00 |
| 09-06-2007 | R. Papetti<br>Work re fee petition | 0.2 | 25.00 |
| 09-07-2007 | R. Papetti<br>Work re fee request | 0.6 | 75.00 |
| 09-13-2007 | R. Papetti<br>Work on fee petition issues | 0.3 | 37.50 |
| 09-14-2007 | R. Papetti<br>Work on application for attorneys' fees and costs | 5.4 | 675.00 |

LEWIS AND ROCA LLP LAWYERS

ACCOUNT NO. 14863-00015
REMITTANCE PAGE
February 15, 2008

| | | | |
|---|---|---|---|
| 09-14-2007 | J. Zimmerman<br>Confer with Mr. R. Papetti re application for EAJA fees; research cases where Judge Miller granted requests for EAJA fees; review legal bills in connection with application for EAJA fees | 1.8 | 225.00 |
| 10-16-2007 | R. Papetti<br>Follow up when response will be filed and request transcript | 0.1 | 12.50 |
| 12-19-2007 | R. Papetti<br>Work on reply brief re attorneys' fee matter | 5.3 | 662.50 |
| 01-09-2008 | R. Papetti<br>Review surreply | 0.1 | 12.50 |
| | TOTAL HOURS | 16.2 | |
| | TOTAL FEES | | $ 2,025.00 |