# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERNATIONAL AIR RESPONSE,** | * | |
| Plaintiff, | * | |
| v. | * | No. 00-428C |
| **THE UNITED STATES,** | * | (Filed Mar. 3, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In its Memorandum Opinion and Order issued on February 15, 2008, the court granted plaintiff's EAJA application in the amount of $60,237.50 for attorneys' fees. The court also ordered plaintiff to file by February 20, 2008, 1) an itemized statement of its expenses incurred after April 7, 2003, and 2) an itemized statement of its fees and expenses incurred in connection with filing and briefing its EAJA application. Plaintiff duly filed its Submission of Itemized Statements. By ¶ 3 of the February 15 order, the court directed defendant to file any objection to plaintiff's submissions by February 29, 2008. Defendant filed no objection.

Plaintiff's attorneys' fees incurred after April 7, 2003, and before its submission of its EAJA application, total $60,237.50. Plaintiff's expenses incurred after April 7, 2003, total $15,373.54. Plaintiff's attorneys' fees incurred in connection with filing and briefing its EAJA application total $2,025.00. The sum of these fees and expenses is $77,636.04.

Accordingly,

**IT IS ORDERED**, as follows:

Pursuant to the Memorandum Opinion and Order issued on February 15, 2008, the Clerk of the Court shall enter judgment for plaintiff in the amount of $77,636.04.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge