# In the United States Court of Federal Claims

**No. 00-428 C**

**INTERNATIONAL AIR RESPONSE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed Order of March 3, 2008 , it was held that plaintiff is entitled to receive attorneys' fees and expenses pursuant to 28 U.S.C. §2412(d).

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff is awarded attorneys' fees and expenses in the sum of $77,636.04 with said sum to be paid by the subject agency as provided for in 28 U.S.C. §2412(d).

John S. Buckley
Acting Clerk of Court

**March 4, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.