# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERNATIONAL AIR RESPONSE, INC.,** *

Plaintiff, *

v. * No. 00-428C

**THE UNITED STATES,** * (Filed Mar. 18, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant this date filed Defendant's Motion for Reconsideration. Accordingly, pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

1. Plaintiff shall respond by March 26, 2008.

2. The court will rule without a reply.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge