United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

April 21, 2008

Roger Allen Hipp, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

In re: International Air Response v. United States, No. 00-428 C

Dear Mr. Hipp:

I forward herewith a certified copy of the judgment in the above-entitled case which provides for the recovery by plaintiff of attorney's fees and expenses pursuant to 28 U.S.C. § 2412(d).

This copy is forwarded to you for use in securing payment by the subject agency. By copy of this letter, plaintiff's counsel is being informed of this transmission.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosure
cc: Randall Steven Papetti, Esq.