# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
AUG 26 2008
U.S. COURT OF
FEDERAL CLAIMS

2008-5082

INTERNATIONAL AIR RESPONSE,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 00-CV-428, Judge Christine O.C. Miller.

## O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

08/26/08

cc: Clerk's Office, CFC
Roger A. Hipp
Randall S. Papetti

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
AUG 26 2008
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 08/26/08

INTERNATIONAL AIR RESPONSE V US, 2008-5082
CFC - 00-CV-428

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 8/26/08